# EXHIBIT A



# Non-negotiable sea waybills

NOTICE TO SHIPPERS

It has been agreed that your cargo will move on our vessels against Sea Waybills instead of Negotiable Bills of Lading.
You therefore agree to the following conditions:

1. Cargo carried under the Sea Waybill will be released to the party named as "Consignee" on the Sea Waybill upon proof of identification. Release will not be made upon presentation of the relevant Sea Waybill.

2. Unless Shippers formally notify MSC of any objections within five (5) business days of this notice, this notice shall be considered a formal understanding between MSC and the Shippers which shall apply to the Sea Waybill which was requested.

3. "Shippers", for the purpose of this notice and the Sea Waybill, include agents who are booking the underlying shipment on behalf of the Shipper of record listed on the Sea Waybill.

4. Upon receipt of the Sea Waybill by the Shippers, the terms and conditions of the MSC Sea Waybill are agreed by the Shipper.

5. The Shippers shall remain a final responsible party for the settlement of all sums due to MSC, including Freight and other charges, despite any legal duties that might exist between the Consignee and MSC concerning the same.

6. After the Sea Waybill is issued, the Shippers agree to follow and comply with MSC's then-current procedures, including without limitation procedures requiring a Letter of Indemnity in the event of a lost Sea Waybill, or instructions concerning delivery to a party other than the consignee listed on the Sea Waybill.

7. Unless the Shippers have exercised the option under #8 below, the Shippers shall be the only parties entitled to give instructions in relation to the contract of carriage.

8. The Shippers shall have the option to irrevocably renounce any right to vary the identity of the Consignee while the cargo underlying the Sea Waybill is in transit. Should this option be exercised, the Shippers undertake to indemnify MSC, their agents, servants, subcontractors and Owners of the carrying vessels against all liabilities, losses, costs and expenses arising from mis-delivery of the cargo, if arising from such renunciation.

**MSC MEDITERRANEAN SHIPPING COMPANY**
12-14 Chemin Rieu CH-1208 Geneva, Switzerland
T: +41 22 703 8888   E: info@msc.com <mailto:info@msc.com>

msc.com

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

## MEDITERRANEAN SHIPPING COMPANY S.A.

**Website:** www.msc.com

SCAC Code : MSCU

### SEA WAYBILL No.
**NOT NEGOTIABLE - COPY**

**MEDUCP009003**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525 PUDONG ROAD
SHANGHAI, 200135

EMAIL:

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9369734
COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC BREMEN - 125N** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177QPNPNS69596** | **21-129TPC-DT** | **TACOMA, WA** | **COLUMBUS, OH - RAMP** |

### PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**  Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXX | **4 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **28-JUNE-2021** | **28-JUNE-2021** | |

Sea Waybill U.S. Edition - 01/2017

TERMS CONTINUED  ON REVERSE ⏎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUCP009003**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **MEDU6406371** | | | | | |
| 20' DRY VAN | | | | | |
| SEAL NUMBER:FX18859076 | | | | | |
| MARKS AND NUMBERS: N/M | 12 PACKAGE(S) OF STEEL CORD | 17,568.000 | KGS. | 12.000 | CU. M. |
| | | 38,730.810 | LBS. | 423.773 | CU. FT. |
| **SEGU2764481** | | | | | |
| 20' DRY VAN | | | | | |
| SEAL NUMBER:FX18859100 | | | | | |
| MARKS AND NUMBERS: N/M | 12 PACKAGE(S) OF STEEL CORD | 17,535.000 | KGS. | 12.000 | CU. M. |
| | | 38,658.058 | LBS. | 423.773 | CU. FT. |
| **TGHU0963902** | | | | | |
| 20' DRY VAN | | | | | |
| SEAL NUMBER:FX18885459 | | | | | |
| MARKS AND NUMBERS: N/M | 12 PACKAGE(S) OF STEEL CORD | 17,622.000 | KGS. | 12.000 | CU. M. |
| | | 38,849.860 | LBS. | 423.773 | CU. FT. |
| **MSCU6589846** | | | | | |
| 20' DRY VAN | | | | | |
| SEAL NUMBER:FX18885469 | | | | | |
| MARKS AND NUMBERS: N/M | 12 PACKAGE(S) OF STEEL CORD | 17,592.000 | KGS. | 12.000 | CU. M. |
| | | 38,783.721 | LBS. | 423.773 | CU. FT. |
| | V1P04733032 | | | | |
| | **TOTAL NUMBER OF PACKAGES: 48** | **TOTAL:** 70,317.000 | KGS. | 1,695.091 | CU. FT. |
| | | 155,022.449 | LBS. | 48.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **28-JUNE-2021** | **28-JUNE-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# MEDITERRANEAN SHIPPING COMPANY S.A.

Website: www.msc.com                    SCAC Code : MSCU

## SEA WAYBILL No.

NOT NEGOTIABLE - COPY

**MEDUCP947723**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525 PUDONG ROAD
SHANGHAI, 200135

EMAIL:

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

LLOYDS/IMO NUMBER: 9635688
FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS . EXPRESS RELEASE

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| SFL MAUI - 131N | SHANGHAI, CHINA | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177QPNPNS10572 | 21-129TPC-DT | LOS ANGELES, CA | CHICAGO, IL - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (See Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 20-AUGUST-2021 | 20-AUGUST-2021 | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ⏎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

**MEDUCP947723**

Page 1 of 1

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSMU5050356 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18875726 | | | |
| MARKS AND NUMBERS: N/M | 3 PACKAGE(S) OF SERVICE FOR MORTON SHANGHAI | 1,532.000  KGS. | 14.760  CU. M. |
| | (CABGPBASIC | 3,377.482  LBS. | 521.241  CU. FT. |
| | V1P04792798 | | |
| | TOTAL NUMBER OF PACKAGES: 3    TOTAL: | 1,532.000  KGS.  3,377.482  LBS. | 521.241  CU. FT.  14.760  cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **20-AUGUST-2021** | **20-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | **www.msc.com**

| **msc** MEDITERRANEAN SHIPPING COMPANY S.A. | **SEA WAYBILL No.** | **MEDUCP947731** |
|---|---|---|
| | NOT NEGOTIABLE - COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |

**Website: www.msc.com**       SCAC Code : MSCU

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0    Of    Zero | 1 |

SHIPPER:

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525   EMAIL:
PUDONG ROAD
SHANGHAI, 200135

CONSIGNEE:

**PANDA LOGISTICS USA, INC.**

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9635688
SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS EXPRESS RELEASE

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

**PANDA LOGISTICS USA, INC.**

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **SFL MAUI - 131N** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177QPNPNS10573** | **21-129TPC-DT** | **LOS ANGELES, CA** | **CHICAGO, IL - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **2 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **20-AUGUST-2021** | **20-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ↲

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

RIDER PAGE

Page 1 of 1

**MEDUCP947731**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **TGBU5660846** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18841024 | | | |
| MARKS AND NUMBERS: N/M | 3 PACKAGE(S) OF FRAME | 14,249.400 KGS. | 39.800 CU. M. |
| | | 31,414.550 LBS. | 1,405.513 CU. FT. |
| **MEDU4536864** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18841074 | | | |
| MARKS AND NUMBERS: N/M | 3 PACKAGE(S) OF FRAME | 14,249.400 KGS. | 39.800 CU. M. |
| | | 31,414.550 LBS. | 1,405.513 CU. FT. |
| | V1P04792798 | | |
| | TOTAL NUMBER OF PACKAGES: 6 | **TOTAL:** 28,498.800 KGS. | 2,811.026 CU. FT. |
| | | 62,829.099 LBS. | 79.600 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **20-AUGUST-2021** | **20-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

**MSC**

**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com          SCAC Code : MSCU

**SEA WAYBILL No.**          **MEDUT5149082**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

SHIPPER:
**WICE LOGISTICS PUBLIC COMPANY LIMITED.**

88/8 NONSEE ROAD CHONGNONSEE, YANNAWA,BANGKOK 10120
THAILAND.

FORWARDING AGENT :

CONSIGNEE:
**PANDA LOGISTICS USA, INC.**

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-635-1990  FAX:1+310-635-1433

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9404663
SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILUR NE /PENALITIES WILL BE FOR SHIPPER'S ACCOUNTS. E TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS /FI

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
**PANDA LOGISTICS USA, INC.**

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-635-1990  FAX:1+310-635-1433

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC SONIA - 128A** | **LAEM CHABANG,THAILAND** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **EBKG01666133** | **21-507TPC-DT** | **LONG BEACH,CA,U.S.A** | **HOUSTON,TX,U.S.A.** |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **27-JULY-2021** | **27-JULY-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ⤵

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

RIDER PAGE

**MEDUT5149082**

Page 1 of 1

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MEDU6336206** 20' DRY VAN SEAL NUMBER:FJ10423878 MARKS AND NUMBERS: SCS-1799 C/NO: PO NO:2106281799-01 | 22 CRATE(S) OF STAINLESS STEEL STRIP MACHINE VERTICAL WINDING MACHINE PLASTIC CORE H.S.CODE:7 220.20.10 SCAC CODE:WFSO H BL NO.STB21003417 AMS SUBM IT BY WICE EXPORTER NAME: RILSON INDUSTRIES THAILAND CO.,LTD. V1P04778763 | 19,280.500   KGS. 42,506.226   LBS. | 25.000   CU. M. 882.860   CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 22                                     **TOTAL:** | 19,280.500   KGS. 42,506.226   LBS. | 882.860   CU. FT. 25.000   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **27-JULY-2021** | **27-JULY-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

| **msc** MEDITERRANEAN SHIPPING COMPANY S.A. | **SEA WAYBILL No.** | **MEDUT5389191** |
|---|---|---|

"Port-to-Port" or "Combined Transport" (see Clause 1)

Website: www.msc.com   SCAC Code : MSCU

**NOT NEGOTIABLE - COPY**

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

SHIPPER:
**WICE LOGISTICS PUBLIC COMPANY LIMITED**

88/8 NONSEE ROAD CHONGNONSEE, YANNAWA BANGKOK . 10120
THAILAND

FORWARDING AGENT :

CONSIGNEE:
**PANDA LOGISTICS USA, INC.**

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-635-1990 FAX:1+310-635-1433

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES LLOYDS/IMO NUMBER: 9710426
INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOO SON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY I DS, IN SUCH TEMPERATURES E TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FIN E/ PENALTIES WILL BE FOR SHIPPER'S ACCOUNTS. SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILUR CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REA

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
**PANDA LOGISTICS USA, INC.**

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-635-1990 FAX:1+310-635-1433

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC ANZU - 139A** | **LAEM CHABANG, THAILAND** | **LAT KRABANG,THAILAND** |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **173IB21135771** | 21-507TPC | **LONG BEACH, CA** | **CHICAGO,IL,UNITED STATES** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R   -   C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) **XXXXXXXXXXXXXXXX** | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) **1 cntr** | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE **14-OCTOBER-2021** | SHIPPED ON BOARD DATE **14-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED  ON REVERSE ⤴

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT5389191**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **GLDU5373883** <br><br> 20' DRY VAN <br><br> SEAL NUMBER:FJ12124055 <br><br> MARKS AND NUMBERS: STAR STAINLESS SC REW CHICAGO,IL P/ O NO. PO # 173548 , PO # 174754, PO # 174755, PO # 1 74756, PO # 17475 8, PO # 174523, P O # 174525, PO # 174762, PO # 174 196, PO # 173951, PO # 174757 P/NO . A25,A29,A36,A44 -A46, A49,A51,A53 -A59,A61- A63, A6 5-A70,A73-A78,H22 MADE IN THAILAND <br><br> V1P04848509 | 1370 CARTON(S) OF STAINLESS STEEL SCREWS HS CODE 7318.15.6010 SCAC COD E : WFSO HB/L NO.STB210049 06 SUBMIT BY WICE EXPORTER : TAIYO FASTENER(THAILAND | 17,196.830   KGS. <br> 37,912.520   LBS. | 25.000   CU. M. <br> 882.860   CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 1,370 | **TOTAL:**  17,196.830   KGS. <br> 37,912.520   LBS. | 882.860   CU. FT. <br> 25.000   cu. m. |

| PLACE AND DATE OF ISSUE <br><br> **14-OCTOBER-2021** | SHIPPED ON BOARD DATE <br><br> **14-OCTOBER-2021** | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier <br> MSC Mediterranean Shipping Company S.A. |
|---|---|---|

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

| **msc** **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUT5409171** |
|---|---|---|
| | **NOT NEGOTIABLE - COPY** | "Port-to-Port" or "Combined Transport" (see Clause 1) |

Website: www.msc.com          SCAC Code : MSCU

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
WICE LOGISTICS PUBLIC COMPANY LIMITED

88/8 NONSEE ROAD,CHONG-NONSEE, YANNAWA,BANGKOK 10120
THAILAND

FORWARDING AGENT :

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-635-1990 FAX:1+310-635-1433

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES. LLOYDS/IMO NUMBER: 9710426
SON OF NATURAL VARIATIONS IN ATSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY I CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REA E/ PENALTIES WILL BE FOR SHIPPER'S ACCOUNTS. DS, IN SUCH TEMPERATURES E TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FIN INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOO SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILUR

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-635-1990 FAX:1+310-635-1433

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC ANZU - 139A** | **LAEM CHABANG, THAILAND** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **173IB21140129** | **21-507TPC** | **LONG BEACH, CA, UNITED STATES** | **SALT LAKE CITY, UT, UNITED STATES** |

**PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **14-OCTOBER-2021** | **14-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED ON REVERSE ⏎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提申的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

**MEDUT5409171**

Page 1 of 1

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| TCKU2220854 <br><br> 20' DRY VAN <br><br> SEAL NUMBER:FJ10445317 <br><br> MARKS AND NUMBERS: PO#:1118654 <br> SKU#: SIZE: DESC.: QTY : C/NO.:1-1152 <br> MADE IN THAILAND | 1152 CARTON(S) OF STEEL NAILS PLASTIC COLLATED NAIL HS CODE:731700 SCAC CODE:WFSO HB/L NO.STB210 05008 AMS SUBMIT BY WICE EXPORTER NAME: COME BEST(THAILAND)CO.,LTD. <br><br><br> V1P04848947 | 19,385.280  KGS. <br> 42,737.227  LBS. | 25.000   CU. M. <br> 882.860  CU. FT. |
| TOTAL NUMBER OF PACKAGES: 1,152 | **TOTAL:** | 19,385.280  KGS. <br> 42,737.227  LBS. | 882.860  CU. FT. <br> 25.000   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier <br> MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **14-OCTOBER-2021** | **14-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

# MSC

**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com          SCAC Code : MSCU

**SEA WAYBILL No.**

**NOT NEGOTIABLE - COPY**

**MEDUT5460430**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
|---|---|---|
| 0   Of   Zero | | 1 |

**SHIPPER:**
WICE LOGISTICS PUBLIC COMPANY LIMITED

88/8 NONSEE ROAD,CHONG-NONSEE, YANNAWA,BANGKOK 10120
THAILAND

**FORWARDING AGENT :**

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-635-1990 FAX:1+310-635-1433

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9398383
MSC EXPRESSLY RESERVES ITS RIGHTS TO INVOICE TO THE MERCHANT ANY STORAGE, DETENTION  COSTS ACCRUED O.DS. IN SUCH TEMPERATURES SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. CARRIER WILL OFFER THE APPLICABLE FREE TIME AND RESULTING FROM THE EXTRAORDINARY DECISIONS CURRENTLY EXPERIENCED AT CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REA S/ PENALITEES WILL BE FOR SHIPPER'S ACCOUNTS. DESTINATION IN THE CARRIAGE OF CARGO TO FINAL PLACE OF DELIVERY. SON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOO E TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FIN

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-635-1990 FAX:1+310-635-1433

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC LUCIANA - 144A | LAEM CHABANG,THAILAND | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| EBKG02009592 | 21-507TPC | LONG BEACH, CA, UNITED STATES | CHICAGO, IL, UNITED STATES |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 3 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 30-NOVEMBER-2021 | 30-NOVEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ♩

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**          MEDUT5460430

**RIDER PAGE**

Page 1 of 1

CONTI NUATI ON OF PARTI CULARS FURNI SHED BY THE SHI PPER - NOT CHECKED BY CARRI ER - CARRI ER NOT RESPONSI BLE ( see Cl ause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **MSMU7904496** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FJ10456183 | | | | | |
| MARKS AND NUMBERS: 0088027746 USA NO :0001-0042 MADE I N THAILAND 008802 7747 USA NO:0001-0042 MADE IN THAI LAND 0088027748 U SA  NO:0001-0042 MADE IN THAILAND | 656 CARTON(S) OF (126 PALLETS) 43"LED TV MO DEL:V435-J01 126 PACKAGES = 1968 CARTONS HS CODE 852 872 ACI CODE:8F55 SCAC COD E:WFSO HB/L NO.STB21005555 AMS SUBMIT BY WICE EXPORT ER NAME: TPV TECHNOLOGY(TH AILAND) CO.,LTD. | 6,592.800 14,534.636 | KGS. LBS. | 67.568 2,386.123 | CU. M. CU. FT. |
| **MSMU5453407** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FJ10456169 | | | | | |
| MARKS AND NUMBERS: 0088027746 USA NO :0001-0042 MADE I N THAILAND 008802 7747 USA NO:0001-0042 MADE IN THAI LAND 0088027748 U SA  NO:0001-0042 MADE IN THAILAND | 656 CARTON(S) OF (126 PALLETS) 43"LED TV MO DEL:V435-J01 126 PACKAGES = 1968 CARTONS HS CODE 852 872 ACI CODE:8F55 SCAC COD E:WFSO HB/L NO.STB21005555 AMS SUBMIT BY WICE EXPORT ER NAME: TPV TECHNOLOGY(TH AILAND) CO.,LTD. | 6,592.800 14,534.636 | KGS. LBS. | 67.568 2,386.123 | CU. M. CU. FT. |
| **FFAU3797863** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FJ10456168 | | | | | |
| MARKS AND NUMBERS: 0088027746 USA NO :0001-0042 MADE I N THAILAND 008802 7747 USA NO:0001-0042 MADE IN THAI LAND 0088027748 U SA  NO:0001-0042 MADE IN THAILAND | 656 CARTON(S) OF (126 PALLETS) 43"LED TV MO DEL:V435-J01 126 PACKAGES = 1968 CARTONS HS CODE 852 872 ACI CODE:8F55 SCAC COD E:WFSO HB/L NO.STB21005555 AMS SUBMIT BY WICE EXPORT ER NAME: TPV TECHNOLOGY(TH AILAND) CO.,LTD. | 6,592.800 14,534.636 | KGS. LBS. | 67.568 2,386.123 | CU. M. CU. FT. |
| | V1P04930224 | | | | |
| | TOTAL NUMBER OF PACKAGES: 1,968          **TOTAL:** | 19,778,400 43,603.908 | KGS. LBS. | 7,158.370 202.704 | CU. FT. cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **30-NOVEMBER-2021** | **30-NOVEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | **www.msc.com**

# MSC

## MEDITERRANEAN SHIPPING COMPANY S.A.

Website: www.msc.com | SCAC Code : MSCU

### SEA WAYBILL No.

**NOT NEGOTIABLE - COPY**

**MEDUT5590855**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
|---|---|---|
| 0   Of   Zero | | 1 |

**SHIPPER:**
WICE LOGISTICS PUBLIC COMPANY LIMITED

88/8 NONSEE ROAD, CHONG NONSEE, YANNAWA, BANGKOK 10120,
THAILAND TEL:(662)681-6181 FAX:(662)681-6173

**FORWARDING AGENT :**

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-635-1990 FAX:1+310-635-1433

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9475258
SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILUR DESTINATION IN THE ON-CARRIAGE OF CARGO TO FINAL PLACE OF DELIVERY. E/ PENALITIES WILL BE FOR SHIPPER'S ACCOUNTS. CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REA MSC EXPRESSLY RESERVES ITS RIGHTS TO INVOICE TO THE MERCHANT ANY STORAGE, DETENTION  COSTS ACCRUED O INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOO SON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY I VER THE APPLICABLE FREE TIME AND RESULTING FROM THE EXTRAORDINARY DISORDERS CURRENTLY EXPERIENCED AT DS, IN SUCH TEMPERATURES E TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FIN

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-635-1990 FAX:1+310-635-1433

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING: | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC TARANTO - 147A** | **LAEM CHABANG,THAILAND** | **LAT KRABANG,THAILAND** |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **EBKG02155696** | **21-507TPC** | **LONG BEACH,CA,UNITED STATES** | **CHICAGO,IL,UNITED STATES** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **XXXXXXXXXXXXXXXX** | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **11-DECEMBER-2021** | **11-DECEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017 | TERMS CONTINUED ON REVERSE ♩

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**
**RIDER PAGE**

Page 1 of 1

**MEDUT5590855**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| TCKU2344095 | | | |
| 20' DRY VAN | | | |
| SEAL NUMBER:FJ12142232 | | | |
| MARKS AND NUMBERS: ALLOY CHICAGO MADE IN THAILAND P/O NO. : 2169150-00 P/NO. : I08,K75, K77 P/O NO. : 216 9514-00 P/NO. : I 01,I02,I03,I04, I 05,I06,I07,I08,I0 9, I10,I12,I13,I1 4,I15, I16,K43,K7 2,K76 | 774 CARTON(S) OF (20 PALLETS) STAINLESS STE EL SCREWS HTS #7318.14 INV OICE NO.: 1221521 N.W. 13, 068.150 KGS ACTUAL EXPORTE R : DURA FASTENERS CO., LTD. SCAC CODE : WFSO HB/L : STB21006117 AMS SUBMIT BY WICE ACI : 8F55 HB/L : STB21006117 ACI SUBMIT BY WICE | 14,091.550   KGS. 31,066.550   LBS. | 25.000   CU. M. 882.860   CU. FT. |
| | V1P04910820 | | |
| | TOTAL NUMBER OF PACKAGES: 774 | | |

TOTAL:

| | | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | | 14,091.550   KGS. | 882.860   CU. FT. |
| | | 31,066.550   LBS. | 25.000   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **11-DECEMBER-2021** | **11-DECEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单背面条件详情见我网站 | www.msc.com

# MSC
## MEDITERRANEAN SHIPPING COMPANY S.A.
Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**     MEDUT5607006

NOT NEGOTIABLE - COPY    "Port-to-Port" or "Combined Transport" (see Clause 1)

NO. & SEQUENCE OF SEA WAYBILLS    0   Of   Zero

NO. OF RIDER PAGES    1

SHIPPER:
**WICE LOGISTICS PUBLIC COMPANY LIMITED**
88/8 NONSEE ROAD CHONGNONSEE, YANNAWA BANGKOK .10120
THAILAND

FORWARDING AGENT :

CONSIGNEE:
**PANDA LOGISTICS USA, INC.**
1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-835-1990 FAX;1+310-835-1433

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

WINTER CLAUSE. CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD. AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS. IN SUCH TEMPERATURES...
LLOYD/IMO NUMBER: 9475058
E. TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COST/S/IN VER THE APPLICABLE FREE TIME AND RESULTING FROM THE EXTRAORDINARY DISORDERS CURRENTLY EXPERIENCED AT CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REA DS, IN SUCH TEMPERATURES MSC EXPRESSLY RESERVES ITS RIGHTS TO INVOICE TO THE MERCHANT ANY STORAGE, DETENTION COSTS ACCRUED D E/ PENALTIES WILL BE FOR SHIPPER'S ACCOUNTS. INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOO SD/I OF NATURAL VARIATION IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD. AND / OR CAUSED BY I SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILUR DESTINATION IN THE ON-CARRIAGE OF CARGO TO FINAL PLACE OF DELIVERY.

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
**PANDA LOGISTICS USA, INC.**
1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-835-1990 FAX;1+310-835-1433

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **MSC TARANTO - 147A** | | **LAEM CHABANG,THAILAND** | **LAT KRABANG,THAILAND** |
| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
| **EBKG02155708** | **21-507TPC** | **LONG BEACH,CA,UNITED STATES** | **CHICAGO,IL,UNITED STATES** |

PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE- See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods<br>(Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, they export administration or regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited.

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16):

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS THAT HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and of authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3)<br>**XXXXXXXXXXXXXXXX** | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1)<br>**1 cntr** | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE<br>**11-DECEMBER-2021** | SHIPPED ON BOARD DATE<br>**11-DECEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017      TERMS CONTINUED ON REVERSE J

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 請申閱本纸背條件請查閱網址 或網址 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT5607006**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| DFSU2705540 <br><br> 20' DRY VAN <br><br> SEAL NUMBER:FJ12140071 <br><br> MARKS AND NUMBERS: STAR STAINLESS SC REW CHICAGO,IL P/ O NO. PO # 174746 , PO # 174749, PO # 174199, PO # Q QQ 174197, PO # 1 75001, PO # 17501 0, PO # 175284, P O # 174775, PO # 175479, PO # QQQ 175480, PO # 1747 74, PO # 174773, PO # 174772, PO # 174771, PO # 175 600, PO # QQQ 175 494, PO # 177171 PO # QQQ 175280 P /NO. A88-A90,A93, A95,A98-A99,B01, B03,B05-B17,H12- H13, H31-H32,H35-H39 MADE IN THAIL AND <br><br> V1P04910820 | 1190 CARTON(S) OF STAINLESS STEEL BOLT SCREW S H.S. CODE : 7318.15.6070 SCAC CODE : WFSO HB/L NO. STB21006105 SUBMIT BY : M CE EXPORTER NAME : TAIYO F ASTENER (THAILAND) CO.,LTD . | 16,482.880  KGS. <br> 36,338.530  LBS. | 25.000  CU. M. <br> 882.860  CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 1,190     **TOTAL:** | 16,482.880  KGS. <br> 36,338.530  LBS. | 882.860  CU. FT. <br> 25.000  cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier |
|---|---|---|
| **11-DECEMBER-2021** | **11-DECEMBER-2021** | MSC Mediterranean Shipping Company S.A. |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | **www.msc.com**

| **msc** MEDITERRANEAN SHIPPING COMPANY S.A. | **SEA WAYBILL No.** | **MEDUT5656516** |
|---|---|---|
| Website: www.msc.com          SCAC Code : MSCU | NOT NEGOTIABLE - COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |

| | NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|---|
| | **0** Of **Zero** | **1** |

**SHIPPER:**
**WICE LOGISTICS PUBLIC COMPANY**

LIMITED 88/8 NONSEE ROAD,CHONG-NONSEE, YANNAWA,BANGKOK
10120 THAILAND

FORWARDING AGENT :

**CONSIGNEE:**
**PANDA LOGISTICS CHICAGO INC.**

1305 WILEY RD,SUITE 102 SCHAUMBURG,IL 60173 TEL:847-882-2988
E-MAIL:IMPORT-CHI@PANDALOGUSA.COM

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

WINTER CLAUSE: CARRIER HAS NO LIABILITY OF RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9404853
SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED – ALL COSTS/FIN E/ PENALITIES WILL BE FOR SHIPPER'S ACCOUNTS. CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REA SON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOO DS, IN SUCH TEMPERATURES MSC EXPRESSLY RESERVES ITS RIGHTS TO INVOICE TO THE MERCHANT ANY STORAGE, DETENTION COSTS ACCRUED O VER THE APPLICABLE FREE TIME AND RESULTING FROM THE EXTRAORDINARY DISORDERS CURRENTLY EXPERIENCED AT DESTINATION IN THE ON-CARRIAGE OF CARGO TO FINAL PLACE OF DELIVERY.

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
**PANDA LOGISTICS CHICAGO INC.**

1305 WILEY RD,SUITE 102 SCHAUMBURG,IL 60173 TEL:847-882-2988
E-MAIL:IMPORT-CHI@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING: | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC SONIA - 149A** | **LAEM CHABANG, THAILAND** | **LAT KRABANG,THAILAND** |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **173IB21164671** | **21-507TPC-DT** | **LONG BEACH, CA, UNITED STATES** | **KANSAS CITY, KS, UNITED STATES** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied by the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) **XXXXXXXXXXXXXXXX** | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) **2 cntrs** | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE and DATE OF ISSUE **24-DECEMBER-2021** | SHIPPED ON BOARD DATE **24-DECEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT5656516**

CONTI NUATI ON OF PARTI CULARS FURNI SHED BY THE SHI PPER - NOT CHECKED BY CARRI ER - CARRI ER NOT RESPONSI BLE ( s ee Cl aus e 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **GLDU4033343** | | | | | |
| 40' DRY VAN | | | | | |
| SEAL NUMBER:FJ12116757 | | | | | |
| MARKS AND NUMBERS: CRAYONKING BRAND CRAYON KING 500 4 -PACKS CK-500 CRA YONKING BRAND CRA YON KING CK-500 C RAYONKING BRAND C RAYON KING 720 3- PACKS  CR2160-3PK P | 1440 CARTON(S) OF CRAYONS 40 PALLETS (2,880 CARTONS) AS PER PROFORMA I NVOICE NO. AP 08/21,AP 09/ 21 (PO.NO.15308, 15313) H. S.CODE:9609.90 SCAC CODE:W FSO HB/L NO.STB21006312 AM S SUBMIT BY WICE EXPORTER NAME: SIAM QUALITY INDUSTR IES CO.,LTD. | 19,685.920 43,400.025 | KGS. LBS. | 48.424 1,710.065 | CU. M. CU. FT. |
| | | | | | |
| **INBU5389574** | | | | | |
| 40' DRY VAN | | | | | |
| SEAL NUMBER:FJ12128334 | | | | | |
| MARKS AND NUMBERS: CRAYONKING BRAND CRAYON KING 500 4 -PACKS CK-500 CRA YONKING BRAND CRA YON KING CK-500 C RAYONKING BRAND C RAYON KING 720 3- PACKS  CR2160-3PK P | 1440 CARTON(S) OF CRAYONS 40 PALLETS (2,880 CARTONS) AS PER PROFORMA I NVOICE NO. AP 08/21,AP 09/ 21 (PO.NO.15308, 15313) H. S.CODE:9609.90 SCAC CODE:W FSO HB/L NO.STB21006312 AM S SUBMIT BY WICE EXPORTER NAME: SIAM QUALITY INDUSTR IES CO.,LTD. | 17,959.360 39,593.611 | KGS. LBS. | 41.140 1,452.834 | CU. M. CU. FT. |
| | V1P04902769 | | | | |
| | TOTAL NUMBER OF PACKAGES: 2,880 | **TOTAL:** 37,645.280 82,993.636 | KGS. LBS. | 3,162.899 89.564 | CU. FT. cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **24-DECEMBER-2021** | **24-DECEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

| **msc** **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUT5676506** |
|---|---|---|
| Website: www.msc.com     SCAC Code : MSCU | NOT NEGOTIABLE - COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

SHIPPER:
**WICE LOGISTICS PUBLIC COMPANY LIMITED**

88/8 NONSEE ROAD, CHONG NONSEE, YANNAWA, BANGKOK 10120,
THAILAND TEL:(662) 681-6181 FAX:(662) 681-6173

FORWARDING AGENT :

CONSIGNEE:
**PANDA LOGISTICS USA, INC.**

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-635-1990 FAX:1+310-635-1433

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9401104
IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS (WOOD DEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC).THE MERC HANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPOR T WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS. CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REA SON OR NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY I NADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOO DS, IN SUCH TEMPERATURES

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
**PANDA LOGISTICS USA, INC.**

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-635-1990 FAX:1+310-635-1433

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING: | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC SOLA - 152A** | **LAEM CHABANG,THAILAND** | **SAMUT PRAKARN,THAILAND** |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **EBKG02262527** | **21-507TPC-DT** | **PRINCE RUPERT,CANADA** | **CHICAGO,UNITED STATES** |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 2 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 05-JANUARY-2022 | 05-JANUARY-2022 | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

**MEDUT5676506**

Page 1 of 1

| CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE ( see Clause 14) |||||
|---|---|---|---|---|
| **Container Numbers, Seal Numbers and Marks** | **Description of Packages and Goods** (Continued on further Sea Waybill Rider page(s), if applicable) || **Gross Cargo Weight** | **Measurement** |
| **MEDU3315508** 20' DRY VAN SEAL NUMBER:FJ13693738 MARKS AND NUMBERS: ALLOY SPRINGFIELD MADE IN THAILAND P/O NO. : 245296 0-00 P/NO. : R30, R37,R44 P/O NO. : 2601683-00 P/NO. : R31,R34, R43,R 46,R47,R48, R50,R 51,R52 P/O NO. : 2601686-00 P/NO. : R42,R49 P/O NO. : 2601687-00 P/N O. : R32,R35,R36, R38,R39,R40,R41, R45,R46,R50,R51, R52 ALLOY SPRINGF IELD MADE IN THAI LAND P/O NO. : 24 52960-00 P/NO. : R56,R62,R65 P/O N O. : 2601683-00 P /NO. : R54,R57,R5 8, R59,R60,R62,R6 5, R67,R68,R71,R7 2 P/O NO. : 26016 86-00 P/NO. : R63 ,R64,R72 P/O NO. : 2601687-00 P/NO . : R53,R55,R61, R62,R66,R68,R73 P / O NO. : 2601688- 00 P/NO. : R69,R7 0,R74 | | 794 CARTON(S) OF TOTAL 1,658 CARTONS 44 PAL LETS STAINLESS STEEL SCREW S HTS 7318.14 AND 7318.15 INVOICE NO. : 1221557,1221 558 FINAL DESTINATION : SP RINGFIELD, MO 65802 USA AC TUAL EXPORTER : DURA FASTE NERS CO., LTD. 733 MOO 4, I-EA-T FREE ZONE, SOI E-3, BANGPOO INDUSTRIAL ESTATE , MUANG, SAMUTPRAKARN 1028 0,THAILAND SCAC CODE : WFS O HB/L : STB22000059 AMS S UBMIT BY WICE ACI CODE : 8 FHK HB/L : STB22000059 ACI SUBMIT BY WICE | 16,829.000  KGS. 37,101.594  LBS. | |
| **MEDU6476260** 20' DRY VAN SEAL NUMBER:FJ13693739 MARKS AND NUMBERS: ALLOY SPRINGFIELD MADE IN THAILAND P/O NO. : 245296 0-00 P/NO. : R30, R37,R44 P/O NO. : 2601683-00 P/NO. : R31,R34, R43,R 46,R47,R48, R50,R 51,R52 P/O NO. : 2601686-00 P/NO. : R42,R49 P/O NO. : 2601687-00 P/N O. : R32,R35,R36, R38,R39,R40,R41, R45,R46,R50,R51, R52 ALLOY SPRINGF IELD MADE IN THAI LAND P/O NO. : 24 52960-00 P/NO. : R56,R62,R65 P/O N O. : 2601683-00 P /NO. : R54,R57,R5 8, R59,R60,R62,R6 5, R67,R68,R71,R7 2 P/O NO. : 26016 86-00 P/NO. : R63 ,R64,R72 P/O NO. : 2601687-00 P/NO . : R53,R55,R61, R62,R66,R68,R73 P / O NO. : 2601688- 00 P/NO. : R69,R7 0,R74 | | 864 CARTON(S) OF TOTAL 1,658 CARTONS 44 PAL LETS STAINLESS STEEL SCREW S HTS 7318.14 AND 7318.15 INVOICE NO. : 1221557,1221 558 FINAL DESTINATION : SP RINGFIELD, MO 65802 USA AC TUAL EXPORTER : DURA FASTE NERS CO., LTD. 733 MOO 4, I-EA-T FREE ZONE, SOI E-3, BANGPOO INDUSTRIAL ESTATE , MUANG, SAMUTPRAKARN 1028 0,THAILAND SCAC CODE : WFS O HB/L : STB22000059 AMS S UBMIT BY WICE ACI CODE : 8 FHK HB/L : STB22000059 ACI SUBMIT BY WICE | 17,264.690  KGS. 38,062.126  LBS. | |
| | TOTAL NUMBER OF PACKAGES: 1,658 | **TOTAL:** | 34,093.690  KGS. 75,163.720  LBS. | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **05-JANUARY-2022** | **05-JANUARY-2022** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

**MSC** — **MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com   SCAC Code : MSCU

**SEA WAYBILL No.**   **MEDUT5684518**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
WICE LOGISTICS PUBLIC COMPANY LIMITED

88/8 NONSEE ROAD, CHONG NONSEE, YANNAWA, BANGKOK 10120,
THAILAND TEL:(662)681-6181 FAX:(662)681-6173

FORWARDING AGENT :

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-635-1990 FAX:1+310-635-1433

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OF RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9404663
MSC EXPRESSLY RESERVES ITS RIGHTS TO INVOICE TO THE MERCHANT ANY STORAGE, DETENTION  COSTS ACCRUED O VER THE APPLICABLE FREE TIME AND RESULTING FROM THE EXTRAORDINARY EVENTS CURRENTLY EXPERIENCED AT DESTINATION IN THE ON-CARRIAGE OF CARGO TO FINAL PLACE OF DELIVERY. SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FIN E/ PENALTIES WILL BE FOR SHIPPER'S ACCOUNTS. CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REA SON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY I NADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOO DS, IN SUCH TEMPERATURES

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-635-1990 FAX:1+310-635-1433

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING: | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC SONIA - 149A | LAEM CHABANG, THAILAND | SAMUT PRAKARN,THAILAND |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| EBKG02341447 | 21-507TPC-DT | LONG BEACH, CA, UNITED STATES | CHICAGO, IL, UNITED STATES |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -   C A R R I E R   N O T   R E S P O N S I B L E -  See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO. ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 23-DECEMBER-2021 | 23-DECEMBER-2021 | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**            **MEDUT5684518**

RIDER PAGE

Page 1 of 1

| CONTI NUATI ON OF PARTI CULARS FURNI SHED BY THE SHI PPER - NOT CHECKED BY CARRI ER - CARRI ER NOT RESPONSI BLE ( see Cl ause 14) |
|---|

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MEDU2581041**<br><br>20' DRY VAN<br><br>SEAL NUMBER:FJ12139681<br><br>MARKS AND NUMBERS: SSS CHICAGO MADE IN THAILAND P/O N O. : 177268 P/NO. : M51,M54 P/O NO . : 177768 P/NO. :M54,M55,M57 P/O N O. : 177985 P/NO . : M45 P/O N O. : 178027 P/NO. : M50,M57 P/O NO . : 178036 P/NO. : M 54,M57 P/O NO. : 178161 P/NO. : M 4 P/O NO. : 17816 3 P/NO. : M43,M44 P/O NO. : 178169 P/NO. : M48,M54 P/O NO. : 178170 P/NO. :M02,M03,M 04, M08,M13,M15,M 41, M42,M45,M46,M 47, M48,M52,M56 P /O NO. : 178175 P /NO. : M53 P/O NO . : 178397 P/NO. : M44 P/O NO. : 1 78693 P/NO. :M40, M45, M49,M56,M58 P/O NO. : 178723 P/NO. : M47,M48 P/O NO. : QQQ1781 65 P/NO. : M46<br><br>V1P04902686 | 1428 CARTON(S) OF 1,428 CARTONS ( 25 PALLETS ) FASTENERS ALL IN CONFOR MITY WITH P.O. ( S ) - VARIOUS P.O. NO ( S ) C A ND F CHICAGO , IL INVOICE NO. : 1221537 L/C NO. : ML 10016213 DATE : 10.11.2021 ISSUING BANK : TD BANK N. A. MOUNT LAUREL (NEW JERSE Y) HTS # 7318.12 AND 7318. 14 AND 7318.15 N.W. 15,761 .560 KGS ACTUAL EXPORTER : DURA FASTENERS CO., LTD . SCAC CODE : WFSO HB/L : STB21006423 AMS SUBMIT BY WICE | 17,224.660 KGS.<br>37,973.875 LBS. | |
| TOTAL NUMBER OF PACKAGES: 1,428 | | **TOTAL:** 17,224.660 KGS.<br>37,973.875 LBS. | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **23-DECEMBER-2021** | **23-DECEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

## MSC

**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com                 SCAC Code : MSCU

**SEA WAYBILL No.**                     **MEDUT5770697**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
|---|---|---|
| 0   Of   Zero | | 1 |

**SHIPPER:**

WICE LOGISTICS PUBLIC COMPANY LIMITED

88/8 NONSEE ROAD, CHONG NONSEE, YANNAWA, BANGKOK 10120,
THAILAND TEL:(662) 681-6181 FAX:(662) 681-6173

**FORWARDING AGENT :**

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:+310-635-1990 FAX:1+310-635-1433

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

WINTER CLAUSE: CARRIER HAS NO LIABILITY OF RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9842085
INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOO SON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY I CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REA E TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTSFIN ISHE THE APPLICABLE FREE TIME AND RESULTING FROM THE EXTRAORDINARY DISORDERS CURRENTLY EXPERIENCED AT E PENALTIES WILL BE FOR SHIPPER'S ACCOUNTS. DESTINATION IN THE ON-CARRIAGE OF CARGO TO FINAL PLACE OF DELIVERY. MSC EXPRESSLY RESERVES ITS RIGHTS TO INVOICE TO THE MERCHANT ANY STORAGE, DETENTION COSTS ACCRUED O SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILUR DS, IN SUCH TEMPERATURES

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:1+310-635-1990 FAX:1+310-635-1433

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING: | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC FAITH - 202A** | **LAEM CHABANG,THAILAND** | **SAMUT PRAKARN,THAILAND** |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **EBKG02472052** | **21-507TPC-DT** | **LONG BEACH, CA, UNITED STATES** | **CHICAGO, IL, UNITED STATES** |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **25-JANUARY-2022** | **25-JANUARY-2022** | |

Sea Waybill U.S. Edition - 01/2017                 TERMS CONTINUED ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**MEDUT5770697**

RIDER PAGE

Page 1 of 1

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| TEMU1870130<br><br>20' DRY VAN<br><br>SEAL NUMBER:FJ13750495<br><br>MARKS AND NUMBERS: SSS CHICAGO MADE IN THAILAND P/O NO.: 176182 P/NO.: L78 P/O NO.: 176363 P/NO.: L8 5 P/O NO.: 17692 3 P/NO.: L76 P/O NO.: 177126 P/N O.: L84,L88,U04 P/O NO.: 177255 P/NO.: L89 P/O N O.: 177262 P/NO.: L88 P/O NO.: 177767 P/NO.: L8 7 P/O NO.: 17776 8 P/NO.: L88 P/O NO.: 177916 P/N O.: L67,L76 P/O NO.: 177987 P/NO.: L67,L89 P/O N O.: 178027 P/NO.: L76,L84,L85,L8 6,L89 P/O NO.: 1 78042 P/NO.: L67 ,L83,L85,L89 P/O NO.: 178163 P/NO.: L75,L81,L83,U 05 P/O NO.: 1781 69 P/NO.: L67,L8 4,L85,L88 P/O NO.: 178170 P/NO.: L70,L79,L84,U05 P/O NO.: 178175 P/NO.: L75,L83,L 84 P/O NO.: 1783 47 P/NO.: L78,L8 5,L88,U04,U05, U1 5 P/O NO.: 17868 9 P/NO.: L67,L88 P/O NO.: 178693 P/NO.: L62,L63, L67,L76,L78, L84, L85,U04,U05 ,U15 P/O NO.: 178796 P/NO.: L75 P/O N O.: 178900 P/NO.: L75 P/O NO.: 179427 P/NO.: L8 3 P/O NO.: 17943 2 P/NO.: L65,L71 P/O NO.: 179442 P/NO.: L81< BR> P/O NO.: QQQ177686 P/NO.: L85 P/O NO.: QQQ178165 P /NO.: L84 P/O NO.: QQQ178384 P/N O.: U05 P/O NO.: QQQ178691 P/NO.: U04,U15 P/O NO.: QQQ178721 P /O.: L62,L84 P/O NO.: QQQ178882 P /NO.: L83<br><br>V1P04979270 | 1174 CARTON(S) OF FASTENERS ALL IN CONFORMITY WITH P.O. NO. ( S ) VARIOUS P.O. NO ( S ) C AND F CHICAGO , IL INVOICE NO.: 0122020 L/C NO.: ML10016 250 DATE : 20.12.2021 ISSUING BANK : TD BANK N.A. MO UNT LAUREL (NEW JERSEY) HT S # 7318.12 AND 7318.14 AN D 7318.15 TOTAL : 21 PALLE TS ( 1,174 CARTONS ) N.W. 15,398.100 KGS ACTUAL EXPO RTER : DURA FASTENERS CO., LTD. SCAC CODE : WFSO HB/ L : STB22000494 AMS SUBMIT BY WICE | 16,616.560 KGS.<br>36,633.244 LBS. | 25.000 CU. M.<br>882.860 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 1,174 | **TOTAL:** 16,616.560 KGS.<br>36,633.244 LBS. | 882.860 CU. FT.<br>25.000 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **25-JANUARY-2022** | **25-JANUARY-2022** | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

# MSC MEDITERRANEAN SHIPPING COMPANY S.A.

**Website:** www.msc.com          SCAC Code : MSCU

## SEA WAYBILL No.

### NOT NEGOTIABLE - COPY

**MEDUT5846802**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0    Of    Zero | 2 |

**SHIPPER:**
WICE LOGISTICS PUBLIC COMPANY LIMITED

88/8 NONSEE ROAD,CHONG-NONSEE, YANNAWA,BANGKOK 10120
THAILAND

**FORWARDING AGENT :**

**CONSIGNEE:**
PANDA LOGISTICS(NEW YORK),INC.

33 E.MERRICK ROAD,SUITES 6 VALLEY STREAM,NY 11580
TEL:1.516.887.0088 FAX:1.516.887.0038

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF
NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS
FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9280022
INTENDED TO TRANSHIP AT SINGAPORE ONTO MAERSK SANA V.207W SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH
ISPM15 REGULATIONS. FAILUR INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOO VER THE
APPLICABLE FREE TIME AND RESULTING FROM THE EXTRAORDINARY DISORDERS CURRENTLY EXPERIENCED AT SON OF NATURAL VARIATIONS IN
ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY I MISC EXPRESSLY RESERVES ITS RIGHTS TO INVOICE TO THE MERCHANT ANY
STORAGE, DETENTION  COSTS ACCRUED O DESTINATION IN THE ON-CARRIAGE OF CARGO TO FINAL PLACE OF DELIVERY. E/ PENALTIES WILL BE FOR SHIPPER'S
ACCOUNTS. E TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FIN CARRIER HAS NO LIABILITY
OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REA DS, IN
[CONTINUED IN THE DESCRIPTION SECTION]

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS(NEW YORK),INC.

33 E.MERRICK ROAD,SUITES 6 VALLEY STREAM,NY 11580
TEL:1.516.887.0088 FAX:1.516.887.0038



| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MAERSK SANA - 207W | LAEM CHABANG,THAILAND | SIAM BANGKOK PORT,THAILAND |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| EBKG02552435 | 21-507TPC-DT | SAVANNAH,GA,UNITED STATES | CHARLOTTE,NC,UNITED STATES |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS**<br>**continued from Carrier's Agent Endorsements**<br>such temperatures | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless
otherwise stated herein the total number or quantity of containers or other packages or units
indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the
Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever
is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS
AND AGREES TO, ON HIS OWN BEHALF AND THAT OF THE CONSIGNEE, THE
OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO
SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE
INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF
THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to
the Consignee or his authorized representatives. This Sea Waybill is not a document of title to
the Goods and delivery will made, after payment of any outstanding Freight and changes, only
on provision of proper proof of identity and authorization at the Port of Discharge or Place of
Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier |
|---|---|---|
| XXXXXXXXXXXXXXXX | 4 cntrs | MSC Mediterranean Shipping Company S.A. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 09-FEBRUARY-2022 | 09-FEBRUARY-2022 | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

RIDER PAGE

Page 1 of 2

**MEDUT5846802**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **FCIU5775705**<br><br>20' DRY VAN<br><br>SEAL NUMBER:FJ13769298<br><br>MARKS AND NUMBERS: SERVICE METAL P10 26867,P1027010 CHARLOTTE MADE IN THAILAND P/NO.1-42 SERVICE METAL P1 026867,P1027010 CHARLOTTE MADE IN THAILAND P/NO.1-4 3 | 925 CARTON(S) OF (87 PALLETS) GALVANIZED AND BLACK MALLEABLE IRON PIPE FITTINGS, CLASS 150 LBS AND 300LBS. WITH AMERICAN STANDARD THREADS, AS PER YOUR ORDER NO. P1026867,P10 27010,P1026867,P1027010. HARMONIZED SYSTEM CODE NUMBER:7307.19 SCAC CODE:WFSO HB/L NO.STB22000854 AMS SUBMIT BY WICE EXPORTER NAME : SIAM FITTINGS CO.,LTD. | 16,970.950   KGS.<br>37,414.540   LBS. | 25.000   CU. M.<br>882.860   CU. FT. |
| **MEDU5489556**<br><br>20' DRY VAN<br><br>SEAL NUMBER:FJ13762060<br><br>MARKS AND NUMBERS: SERVICE METAL P10 26867,P1027010 CHARLOTTE MADE IN THAILAND P/NO.1-42 SERVICE METAL P1 026867,P1027010 CHARLOTTE MADE IN THAILAND P/NO.1-4 3 | 924 CARTON(S) OF (87 PALLETS) GALVANIZED AND BLACK MALLEABLE IRON PIPE FITTINGS, CLASS 150 LBS AND 300LBS. WITH AMERICAN STANDARD THREADS, AS PER YOUR ORDER NO. P1026867,P10 27010,P1026867,P1027010. HARMONIZED SYSTEM CODE NUMBER:7307.19 SCAC CODE:WFSO HB/L NO.STB22000854 AMS SUBMIT BY WICE EXPORTER NAME : SIAM FITTINGS CO.,LTD. | 16,969.000   KGS.<br>37,410.241   LBS. | 25.000   CU. M.<br>882.860   CU. FT. |
| **MSDU1067307**<br><br>20' DRY VAN<br><br>SEAL NUMBER:FJ13769243<br><br>MARKS AND NUMBERS: SERVICE METAL P10 26867,P1027010 CHARLOTTE MADE IN THAILAND P/NO.1-42 SERVICE METAL P1 026867,P1027010 CHARLOTTE MADE IN THAILAND P/NO.1-4 3 | 920 CARTON(S) OF (87 PALLETS) GALVANIZED AND BLACK MALLEABLE IRON PIPE FITTINGS, CLASS 150 LBS AND 300LBS. WITH AMERICAN STANDARD THREADS, AS PER YOUR ORDER NO. P1026867,P10 27010,P1026867,P1027010. HARMONIZED SYSTEM CODE NUMBER:7307.19 SCAC CODE:WFSO HB/L NO.STB22000854 AMS SUBMIT BY WICE EXPORTER NAME : SIAM FITTINGS CO.,LTD. | 16,994.130   KGS.<br>37,465.643   LBS. | 25.000   CU. M.<br>882.860   CU. FT. |
| **GLDU5070969**<br><br>20' DRY VAN<br><br>SEAL NUMBER:FJ13769244<br><br>MARKS AND NUMBERS: SERVICE METAL P10 26867,P1027010 CHARLOTTE MADE IN THAILAND P/NO.1-42 SERVICE METAL P1 026867,P1027010 CHARLOTTE MADE IN THAILAND P/NO.1-4 3 | 920 CARTON(S) OF (87 PALLETS) GALVANIZED AND BLACK MALLEABLE IRON PIPE FITTINGS, CLASS 150 LBS AND 300LBS. WITH AMERICAN STANDARD THREADS, AS PER YOUR ORDER NO. P1026867,P10 27010,P1026867,P1027010. HARMONIZED SYSTEM CODE NUMBER:7307.19 SCAC CODE:WFSO HB/L NO.STB22000854 AMS SUBMIT BY WICE EXPORTER NAME : SIAM FITTINGS CO.,LTD.<br><br><br>V1P04974644 | 16,994.130   KGS.<br>37,465.643   LBS. | 25.000   CU. M.<br>882.860   CU. FT. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier |
|---|---|---|
| **09-FEBRUARY-2022** | **09-FEBRUARY-2022** | MSC Mediterranean Shipping Company S.A. |



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.** REDTS44602

**RIDER PAGE**

Page 2 of 2

| CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14) | | | |
|---|---|---|---|
| **Container Numbers, Seal Numbers and Marks** | **Description of Packages and Goods** (Continued on further Sea Waybill Rider page(s), if applicable) | **Gross Cargo Weight** | **Measurement** |
| | TOTAL NUMBER OF PACKAGES: 3,689                    **TOTAL:** | 67,928.210  KGS. <br> 149,756.068  LBS. | 3,531.440  CU. FT. <br> 100.000  cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **09-FEBRUARY-2022** | **09-FEBRUARY-2022** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

| **MSC** MEDITERRANEAN SHIPPING COMPANY S.A. | **SEA WAYBILL No.** | **MEDUT5848550** |
|---|---|---|
| Website: www.msc.com    SCAC Code : MSCU | NOT NEGOTIABLE - COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 2 |

**SHIPPER:**
WICE LOGISTICS PUBLIC COMPANY LIMITED

88/8 NONSEE ROAD, CHONG NONSEE, YANNAWA, BANGKOK 10120,
THAILAND TEL:(662) 681-6181 FAX:(662) 681-6173

**FORWARDING AGENT :**

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:+310-635-1990 FAX:+310-635-1433

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OF RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES. LLOYDS/IMO NUMBER: 9451116
CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REA K TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FIN DIL IN SUCH TEMPERATURES E/ PENALITIES WILL BE FOR SHIPPER'S ACCOUNTS. SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILUR MSC EXPRESSLY RESERVES ITS RIGHTS TO INVOICE TO THE MERCHANT ANY STORAGE, DETENTION COSTS ACCRUED O INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOOD WHERE APPLICABLE FREE TIME AND RESULTING FROM THE EXTRAORDINARY DISORDERS CURRENTLY EXPERIENCED AT DESTINATION IN THE ON-CARRIAGE OF CARGO TO FINAL PLACE OF DELIVERY. SON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY I

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE # 555 CARSON,CA 90745 U.S.A.
TEL:+310-635-1990 FAX:+310-635-1433

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING: | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC FRANCESCA - 205A** | **LAEM CHABANG,THAILAND** | **SAMUT PRAKARN,THAILAND** |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **EBKG02566616** | **21-507TPC** | **PRINCE RUPERT, CANADA** | **CHICAGO, IL, UNITED STATES** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E  -  See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **XXXXXXXXXXXXXXXX** | **2 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **16-FEBRUARY-2022** | **16-FEBRUARY-2022** | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED ON REVERSE ♫

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**MEDUT5848550**

RIDER PAGE

Page 1 of 2

CONTI NUATI ON OF PARTI CULARS FURNI SHED BY THE SHI PPER - NOT CHECKED BY CARRI ER - CARRI ER NOT RESPONSI BLE ( see Cl ause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MEDU1314056**<br><br>20' DRY VAN<br><br>SEAL NUMBER:FJ13769303<br><br>MARKS AND NUMBERS: SSS CHICAGO MADE IN THAILAND P/N O. : 177126 P/NO. : U51 P/O P/N O. : 177481 P/NO. : U5 1 P/O NO. : 17791 6 P/NO. : U51 P/O NO. : 178042 P/N O. : U51 P/O NO. : 178169 P/NO. : U51 P/O NO. : 178 175 P/NO. : U20,U 51 P/O NO. : 1782 32 P/NO. : U51 P /O NO. : 178693 P /NO. : U51 P/O NO. : 178723 P/NO. : U51 P/O NO. : 1 79081 P/NO. : L69 ,L74,U03,U11,U19 P/O NO. : 179427 P/NO. : L69,U10,U 19 P/O NO. : 1794 29 P/NO. : L64,L6 8,L69 P/O NO. : 1 79432 P/NO. : L61 ,L66,L69,L73,L74, L77,L80, L82,U0 1,U02,U03, U06,U0 7,U08,U09,U10, U1 1,U14, U16,U17,U1 9 P/O NO. : 17944 2 P/NO. : L74,U03 P/O NO. : 179450 P/NO. : L69 P/O NO. : 179504 P/NO. : L69,L74,U11 P /O NO. : 180193 P /NO. : U18 P/O NO. : 180542 P/NO. : L72,U18 P/O NO. : 180545 P/NO. : U18 P/O NO. : 1 80605 P/NO. : U18 P/O NO. : QQQ178 159 P/NO. : U51 P /O NO. : QQQ17869 1 P/NO. : U51 >> | 1573 CARTON(S) OF TOTAL : 54 PALLETS ( 3,102 CARTONS ) FASTENERS ALL I N CONFORMITY WITH P.O. NO . ( S ) - VARIOUS P.O. NO ( S ) C AND F CHICAGO , IL INVOICE NO. : 0222054, 022 2055 L/C NO. : ML10016331 DATE : 31.01.2022 ISSUING BANK : TD BANK N.A. MOUNT LAUREL (NEW JERSEY) HTS # 7318.12 AND 7318.14 AND 73 18.15 N.W. 31,133.910 KGS , DDC COLLECT ACTUAL EXPOR TER : DURA FASTENERS CO., LTD. SCAC CODE : WFSO HB/L : STB22000868 AMS SUBMIT BY WICE >>SSS CHICAGO MADE IN THAILAND P/O NO. : 177 768 P/NO. : U54 P/O NO. : 177987 P/NO. : U57 P/O NO. : 178027 P/NO. : U55,U57 P/O NO. : 178042 P/NO. : U 54 P/O NO. : 178161 P/NO. : U57 P/O NO. : 178163 P/N O. : U39,U54,U57 P/O NO. : 178167 P/NO. : U57 P/O NO . : 178169 P/NO. : U41,U44 ,U54,U57 P/O NO. : 178175 P/NO. : U39,U55,U57 P/O NO. : 178232 P/NO. : U57 P/O NO. : 178347 P/NO. : U41 P/O NO. : 178693 P/NO. : U 41,U54,U55,U57 P/O NO. : 1 78723 P/NO. : U54 P/O NO. : 179081 P/NO. : E49,U45,U 56 P/O NO. : 179427 P/NO. : U49,U56 P/O NO. : 179432 P/NO. : E49,U12,U13, U33, U34,U35,U36,U37,U38,U40,U4 2, U43,U44,U45,U46,U47,U48 ,U52,U53,U56 P/O NO. : 179 450 P/NO. : U42 P/O NO. : 179464 P/NO. : U45 P/O NO. : 179504 P/NO. : U42,U56 P/O NO. : 180186 P/NO. : U 30 P/O NO. : 180547 P/NO. : U30 P/O NO. : QQQ178384 P/NO. : U39 P/O NO. : QQQ1 79025 P/NO. : U45 P/O NO. : QQQ179445 P/NO. : U53,U5 6 | 17,101.230   KGS.<br>37,701.759   LBS. | 25.000   CU. M.<br>882.860   CU. FT. |
| **INBU3837279**<br><br>20' DRY VAN<br><br>SEAL NUMBER:FJ13769309<br><br>MARKS AND NUMBERS: SSS CHICAGO MADE IN THAILAND P/O N O. : 177126 P/NO. : U51 P/O P/N O. : 177481 P/NO. : U5 1 P/O NO. : 17791 6 P/NO. : U51 P/O NO. : 178042 P/N O. : U51 P/O NO. : 178169 P/NO. : U51 P/O NO. : 178 175 P/NO. : U20,U 51 P/O NO. : 1782 32 P/NO. : U51 P /O NO. : 178693 P /NO. : U51 P/O NO. : 178723 P/NO. : U51 P/O NO. : 1 79081 P/NO. : L69 ,L74,U03,U11,U19 P/O NO. : 179427 P/NO. : L69,U10,U 19 P/O NO. : 1794 29 P/NO. : L64,L6 8,L69 P/O NO. : 1 79432 P/NO. : L61 ,L66,L69,L73,L74, L77,L80, L82,U0 1,U02,U03, U06,U0 7,U08,U09,U10, U1 1,U14, U16,U17,U1 9 P/O NO. : 17944 2 P/NO. : L74,U03 P/O NO. : 179450 P/NO. : L69 P/O NO. : 179504 P/NO. : L69,L74,U11 P /O NO. : 180193 P /NO. : U18 P/O NO. : 180542 P/NO. : L72,U18 P/O NO. : 180545 P/NO. : U18 P/O NO. : 1 80605 P/NO. : U18 P/O NO. : QQQ178 159 P/NO. : U51 P /O NO. : QQQ17878 1 P/NO. : U51 >> | 1529 CARTON(S) OF TOTAL : 54 PALLETS ( 3,102 CARTONS ) FASTENERS ALL I N CONFORMITY WITH P.O. NO . ( S ) - VARIOUS P.O. NO ( S ) C AND F CHICAGO , IL INVOICE NO. : 0222054, 022 2055 L/C NO. : ML10016331 DATE : 31.01.2022 ISSUING BANK : TD BANK N.A. MOUNT LAUREL (NEW JERSEY) HTS # 7318.12 AND 7318.14 AND 73 18.15 N.W. 31,133.910 KGS , DDC COLLECT ACTUAL EXPOR TER : DURA FASTENERS CO., LTD. SCAC CODE : WFSO HB/L : STB22000868 AMS SUBMIT BY WICE >>SSS CHICAGO MADE IN THAILAND P/O NO. : 177 768 P/NO. : U54 P/O NO. : 177987 P/NO. : U57 P/O NO. : 178027 P/NO. : U55,U57 P/O NO. : 178042 P/NO. : U 54 P/O NO. : 178161 P/NO. : U57 P/O NO. : 178163 P/N O. : U39,U54,U57 P/O NO. : 178167 P/NO. : U57 P/O NO . : 178169 P/NO. : U41,U44 ,U54,U57 P/O NO. : 178175 P/NO. : U39,U55,U57 P/ O NO. : 178232 P/NO. : U57 P/O NO. : 178347 P/NO. : U41 P/O NO. : 178693 P/NO. : U 41,U54,U55,U57 P/O NO. : 1 78723 P/NO. : U54 P/O NO. : 179081 P/NO. : E49,U45,U 56 P/O NO. : 179427 P/NO. : U49,U56 P/O NO. : 179432 P/NO. : E49,U12,U13, U33, U34,U35,U36,U37,U38,U40,U4 2, U43,U44,U45,U46,U47,U48 ,U52,U53,U56 P/O NO. : 179 450 P/NO. : U42 P/O NO. : 179464 P/NO. : U45 P/O NO. : 179504 P/NO. : U42,U56 P/O NO. : 180186 P/NO. : U 30 P/O NO. : 180547 P/NO. : U30 P/O NO. : QQQ178384 P/NO. : U39 P/O NO. : QQQ1 79025 P/NO. : U45 P/O NO. : QQQ179445 P/NO. : U53,U5 6 | 17,200.320   KGS.<br>37,920.215   LBS. | 25.000   CU. M.<br>882.860   CU. FT. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **16-FEBRUARY-2022** | **16-FEBRUARY-2022** | |

Sea Waybill U.S. Edition - 01/2017



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**  MEDUTS048650

**RIDER PAGE**

Page 2 of 2

| CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14) | | | |
|---|---|---|---|
| **Container Numbers, Seal Numbers and Marks** | **Description of Packages and Goods** (Continued on further Sea Waybill Rider page(s), if applicable) | **Gross Cargo Weight** | **Measurement** |
| | TOTAL NUMBER OF PACKAGES: 3,102                    **TOTAL:** | 34,301.550  KGS.<br>75,621.973  LBS. | 1,765.720  CU. FT.<br>50.000  cu. m. |

PLACE AND DATE OF ISSUE

**16-FEBRUARY-2022**

SHIPPED ON BOARD DATE

**16-FEBRUARY-2022**

SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier
MSC Mediterranean Shipping Company S.A.

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

# MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**  SCAC Code : MSCU

## SEA WAYBILL No.
NOT NEGOTIABLE - COPY

**MEDUT8180878**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0 Of Zero | 1 |

**SHIPPER:**
SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

**FORWARDING AGENT :**
FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD
TIANJINXINGANG, 300012
EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

LLOYDS/IMO NUMBER: 9463047
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS /WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC EMMA - 131A** | **TIANJINXINGANG** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177XFNFNXMNN2805** | 21-481TPC-DT | **VANCOUVER, CANADA** | **CHICAGO, IL, UNITED STATES - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES** Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **5 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **17-JULY-2021** | **17-JULY-2021** | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**    **MEDUT8180878**

**RIDER PAGE**

Page 1 of 1

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **MSMU8712733** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18956848 | | | | | |
| MARKS AND NUMBERS: N/M | 4576 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 6,269.120 | KGS. | 69.000 | CU. M. |
| | | 13,821.044 | LBS. | 2,436.694 | CU. FT. |
| **MSMU8722114** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18956847 | | | | | |
| MARKS AND NUMBERS: N/M | 4752 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 6,462.720 | KGS. | 69.000 | CU. M. |
| | | 14,247.859 | LBS. | 2,436.694 | CU. FT. |
| **MSMU8722243** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18957225 | | | | | |
| MARKS AND NUMBERS: N/M | 4752 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 6,462.720 | KGS. | 69.000 | CU. M. |
| | | 14,247.859 | LBS. | 2,436.694 | CU. FT. |
| **MSMU8732914** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18957196 | | | | | |
| MARKS AND NUMBERS: N/M | 4576 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 6,269.120 | KGS. | 69.000 | CU. M. |
| | | 13,821.044 | LBS. | 2,436.694 | CU. FT. |
| **MSMU8722156** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18957221 | | | | | |
| MARKS AND NUMBERS: N/M | 4576 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 6,269.120 | KGS. | 69.000 | CU. M. |
| | | 13,821.044 | LBS. | 2,436.694 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 23,232 | | | | |
| | **TOTAL:** | 31,732.800 | KGS. | 12,183.468 | CU. FT. |
| | | 69,958.849 | LBS. | 345.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier |
|---|---|---|
| **17-JULY-2021** | **17-JULY-2021** | MSC Mediterranean Shipping Company S.A. |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

# MSC

## MEDITERRANEAN SHIPPING COMPANY S.A.

**SEA WAYBILL No.**

**MEDUT8180894**

"Port-to-Port" or "Combined Transport" (see Clause 1)

**NOT NEGOTIABLE - COPY**

Website: www.msc.com    SCAC Code : MSCU

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
|---|---|---|
| 0   Of   Zero | | 1 |

SHIPPER:
SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

FORWARDING AGENT :
FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD     EMAIL:
TIANJINXINGANG, 300012

CONSIGNEE:
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9463047
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS /WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC EMMA - 131A | TIANJINXINGANG | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177XFNFNXMNN2806 | 21-481TPC-DT | VANCOUVER, CANADA | CHICAGO, IL, UNITED STATES - RAMP |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E -  See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 5 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 17-JULY-2021 | 17-JULY-2021 | |

Sea Waybill U.S. Edition - 01/2017            TERMS CONTINUED ON REVERSE ↲

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**
**RIDER PAGE**

Page 1 of 1

**MEDUT8180894**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| MSMU8723511 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18956998 | | | | | |
| MARKS AND NUMBERS: N/M | 4968 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,365.440 | KGS. | 69.000 | CU. M. |
| | | 11,828.770 | LBS. | 2,436.694 | CU. FT. |
| MSMU8723492 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18956754 | | | | | |
| MARKS AND NUMBERS: N/M | 4968 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,365.440 | KGS. | 69.000 | CU. M. |
| | | 11,828.770 | LBS. | 2,436.694 | CU. FT. |
| MSMU8722095 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18956843 | | | | | |
| MARKS AND NUMBERS: N/M | 4968 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,365.440 | KGS. | 69.000 | CU. M. |
| | | 11,828.770 | LBS. | 2,436.694 | CU. FT. |
| MSMU8711681 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18956799 | | | | | |
| MARKS AND NUMBERS: N/M | 4968 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,365.440 | KGS. | 69.000 | CU. M. |
| | | 11,828.770 | LBS. | 2,436.694 | CU. FT. |
| MSMU8726444 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18957076 | | | | | |
| MARKS AND NUMBERS: N/M | 4968 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,365.440 | KGS. | 69.000 | CU. M. |
| | | 11,828.770 | LBS. | 2,436.694 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 24,840 | TOTAL: 26,827.200 | KGS. | 12,183.468 | CU. FT. |
| | | 59,143.852 | LBS. | 345.000 | cu.m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **17-JULY-2021** | **17-JULY-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

## MSC

**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com          SCAC Code : MSCU

**SEA WAYBILL No.**          **MEDUT8180902**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
|---|---|---|
| 0    Of    Zero | | 1 |

SHIPPER:

SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

FORWARDING AGENT :

FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD     EMAIL:
TIANJINXINGANG, 300012

CONSIGNEE:

**PANDA LOGISTICS USA, INC.**

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9463047
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS /WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

**PANDA LOGISTICS USA, INC.**

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC EMMA - 131A** | **TIANJINXINGANG** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177XFNFNXMNN2807** | 21-481TPC-DT | **VANCOUVER, CANADA** | **CHICAGO, IL, UNITED STATES - RAMP** |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods<br>(Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **4 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **17-JULY-2021** | **17-JULY-2021** | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED ON REVERSE ⏎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT8180902**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **TRHU5057327** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18949258 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MA | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| **MSMU8512519** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18949469 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MA | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| **MSMU8718053** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18949358 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MA | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| **TGCU0154638** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18949419 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MA | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 9,720 | **TOTAL:** 39,074.400 | KGS. | 9,746.774 | CU. FT. |
| | | 86,144.306 | LBS. | 276.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **17-JULY-2021** | **17-JULY-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提単的条款和条件详请见网站 | www.msc.com

# MSC MEDITERRANEAN SHIPPING COMPANY S.A.

Website: www.msc.com                    SCAC Code : MSCU

## SEA WAYBILL No.

**NOT NEGOTIABLE - COPY**

**MEDUT8186040**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

**FORWARDING AGENT :**
FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD
TIANJINXINGANG, 300012                    EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

LLOYDS/IMO NUMBER: 9463047
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS /WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC EMMA - 131A | TIANJINXINGANG | XXXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177XFNFNXMNN2808 | 21-481TPC-DT | VANCOUVER, CANADA | CHICAGO, IL, UNITED STATES - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R   -   C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXXX | 5 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 17-JULY-2021 | 17-JULY-2021 | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ⤵

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**        **MEDUT8186040**
RIDER PAGE

Page 1 of 1

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE ( see Clause 14 )

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MSMU8725860**<br>40' HIGH CUBE<br>SEAL NUMBER:FX18956991<br><br>MARKS AND NUMBERS: N/M | 6160 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 7,207.200  KGS.<br>15,889.156  LBS. | 69.000  CU. M.<br>2,436.694  CU. FT. |
| **MSMU8723487**<br>40' HIGH CUBE<br>SEAL NUMBER:FX18956760<br><br>MARKS AND NUMBERS: N/M | 6160 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 7,207.200  KGS.<br>15,889.156  LBS. | 69.000  CU. M.<br>2,436.694  CU. FT. |
| **MSMU8723506**<br>40' HIGH CUBE<br>SEAL NUMBER:FX18956993<br><br>MARKS AND NUMBERS: N/M | 4914 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,700.240  KGS.<br>12,566.878  LBS. | 69.000  CU. M.<br>2,436.694  CU. FT. |
| **MSMU8723471**<br>40' HIGH CUBE<br>SEAL NUMBER:FX18956759<br><br>MARKS AND NUMBERS: N/M | 6160 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 7,207.200  KGS.<br>15,889.156  LBS. | 69.000  CU. M.<br>2,436.694  CU. FT. |
| **MSMU8709534**<br>40' HIGH CUBE<br>SEAL NUMBER:FX18956794<br><br>MARKS AND NUMBERS: N/M | 4968 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,365.440  KGS.<br>11,828.770  LBS. | 69.000  CU. M.<br>2,436.694  CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 28,362                                      TOTAL: | 32,687.280  KGS.<br>72,063.117  LBS. | 12,183.468  CU. FT.<br>345.000  cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **17-JULY-2021** | **17-JULY-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

| **MSC** MEDITERRANEAN SHIPPING COMPANY S.A. | **SEA WAYBILL No.** | **MEDUT8186057** |
|---|---|---|
| Website: www.msc.com          SCAC Code : MSCU | NOT NEGOTIABLE - COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.
UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

**FORWARDING AGENT :**
FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.
FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD
TIANJINXINGANG, 300012                      EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
LLOYDS/IMO NUMBER: 9463047
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS /WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC EMMA - 131A | TIANJINXINGANG | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177XFNFNXMNN2809 | 21-481TPC-DT | VANCOUVER, CANADA | CHICAGO, IL, UNITED STATES - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E  -  See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 4 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 17-JULY-2021 | 17-JULY-2021 | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ⏎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT8186057**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **FFAU1770293** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18949252 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MA | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| **MSMU8722177** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18949310 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MA | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| **MSMU8721720** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18949306 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MA | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| **TRHU5069122** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18949259 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MA | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 9,720 | **TOTAL:** 39,074.400 | KGS. | 9,746.774 | CU. FT. |
| | | 86,144.306 | LBS. | 276.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **17-JULY-2021** | **17-JULY-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# msc MEDITERRANEAN SHIPPING COMPANY S.A.

**Website:** www.msc.com   SCAC Code : MSCU

## SEA WAYBILL No.
### NOT NEGOTIABLE - COPY

**MEDUT8186065**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0  Of  Zero | 1 |

**SHIPPER:**
SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

**FORWARDING AGENT :**
FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD   EMAIL:
TIANJINXINGANG, 300012

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

LLOYDS/IMO NUMBER: 9463047
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS /WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC EMMA - 131A | TIANJINXINGANG | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177XFNFNXMNN2810 | 21-481TPC-DT | VANCOUVER, CANADA | CHICAGO, IL, UNITED STATES - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 17-JULY-2021 | 17-JULY-2021 | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

**MEDUT8186065**

Page 1 of 1

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSMU8709215 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18956796 | | | |
| MARKS AND NUMBERS: N/M | 3150 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 8,127.000 KGS. | 69.000 CU. M. |
| | | 17,916.968 LBS. | 2,436.694 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 3,150    **TOTAL:** | 8,127.000 KGS. | 2,436.694 CU. FT. |
| | | 17,916.968 LBS. | 69.000 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **17-JULY-2021** | **17-JULY-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

# MSC
## MEDITERRANEAN SHIPPING COMPANY S.A.

Website: www.msc.com          SCAC Code : MSCU

**SEA WAYBILL No.**          **MEDUT8290115**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
|---|---|---|
| **0** Of **Zero** | | **1** |

| | |
|---|---|
| SHIPPER:<br>**SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.**<br><br>UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD' | FORWARDING AGENT :<br>**FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.**<br><br>FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD    EMAIL:<br>TIANJINXINGANG, 300012 |

| | |
|---|---|
| CONSIGNEE:<br>**PANDA LOGISTICS USA, INC.**<br><br>1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.<br>1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:<br>ARRIVAL@PANDALOGUSA.COM | CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)<br><br>LLOYDS/IMO NUMBER: 9463047<br>EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS.  FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS |

| | |
|---|---|
| NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)<br>**PANDA LOGISTICS USA, INC.**<br><br>1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.<br>1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:<br>ARRIVAL@PANDALOGUSA.COM | |

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC EMMA - 131A** | **TIANJINXINGANG** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177XFNFNXMNN3007** | 21-481TPC-DT | **VANCOUVER, CANADA** | **CHICAGO, IL, UNITED STATES - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E -  See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods<br>(Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

| | |
|---|---|
| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.<br><br>Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.<br><br>IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill. |

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3)<br>XXXXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1)<br>**4 cntrs** | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE<br>**03-AUGUST-2021** | SHIPPED ON BOARD DATE<br>**03-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED  ON REVERSE ⏎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**MEDUT8290115**

RIDER PAGE

Page 1 of 1

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **MSMU5830563** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18983138 | | | | | |
| MARKS AND NUMBERS: N/M | 4752 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 6,985.440 | KGS. | 69.000 | CU. M. |
| | | 15,400.259 | LBS. | 2,436.694 | CU. FT. |
| **MSMU5830521** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18983135 | | | | | |
| MARKS AND NUMBERS: N/M | 4752 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 6,985.440 | KGS. | 69.000 | CU. M. |
| | | 15,400.259 | LBS. | 2,436.694 | CU. FT. |
| **MSMU5845671** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18982153 | | | | | |
| MARKS AND NUMBERS: N/M | 4752 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 6,985.440 | KGS. | 69.000 | CU. M. |
| | | 15,400.259 | LBS. | 2,436.694 | CU. FT. |
| **MSMU5840983** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18982218 | | | | | |
| MARKS AND NUMBERS: N/M | 4752 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 6,985.440 | KGS. | 69.000 | CU. M. |
| | | 15,400.259 | LBS. | 2,436.694 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 19,008          TOTAL: | 27,941.760 | KGS. | 9,746.774 | CU. FT. |
| | | 61,601.036 | LBS. | 276.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-AUGUST-2021** | **03-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

## MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**                 SCAC Code : MSCU

### SEA WAYBILL No.
NOT NEGOTIABLE - COPY

**MEDUT8290123**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0    Of    Zero | 1 |

SHIPPER:

SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

FORWARDING AGENT :
FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD
TIANJINXINGANG, 300012                    EMAIL:

CONSIGNEE:
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9463047
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS /WOODEN PALLETS, LOAD
BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE
REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT
ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO
LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC EMMA - 131A** | **TIANJINXINGANG** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177XFNFNXMNN3008** | 21-481TPC-DT | **VANCOUVER, CANADA** | **CHICAGO, IL, UNITED STATES - RAMP** |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R   -   C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **4 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **03-AUGUST-2021** | **03-AUGUST-2021** | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT8290123**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE ( see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| MSMU5846132 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18962978 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MA | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| MSMU5850410 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18962835 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MA | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| MSMU5851247 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18982405 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MA | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| MSMU5851294 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18982307 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MA | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 9,720 | TOTAL: 39,074.400 | KGS. | 9,746.774 | CU. FT. |
| | | 86,144.306 | LBS. | 276.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-AUGUST-2021** | **03-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

| **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUT8290156** |
|---|---|---|
| Website: www.msc.com    SCAC Code : MSCU | NOT NEGOTIABLE - COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0    Of    Zero | 1 |

**SHIPPER:**

SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

**FORWARDING AGENT :**

FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD
TIANJINXINGANG, 300012      EMAIL:

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9463047
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC EMMA - 131A** | **TIANJINXINGANG** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177XFNFNXMNN3009** | **21-481TPC-DT** | **VANCOUVER, CANADA** | **CHICAGO, IL, UNITED STATES - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). |
|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **3 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **03-AUGUST-2021** | **03-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017 — TERMS CONTINUED ON REVERSE

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**
**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**
**RIDER PAGE**
Page 1 of 1

**MEDUT8290156**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **MSMU5844422** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18982030 | | | | | |
| MARKS AND NUMBERS: N/M | 7150 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 7,579.000 | KGS. | 69.000 | CU. M. |
| | | 16,708.835 | LBS. | 2,436.694 | CU. FT. |
| **MSMU5841167** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18982012 | | | | | |
| MARKS AND NUMBERS: N/M | 7150 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 7,579.000 | KGS. | 69.000 | CU. M. |
| | | 16,708.835 | LBS. | 2,436.694 | CU. FT. |
| **MSMU5841104** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18982111 | | | | | |
| MARKS AND NUMBERS: N/M | 7560 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 8,013.600 | KGS. | 69.000 | CU. M. |
| | | 17,666.964 | LBS. | 2,436.694 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 21,860 | **TOTAL:** 23,171.600 | KGS. | 7,310.081 | CU. FT. |
| | | 51,084.634 | LBS. | 207.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-AUGUST-2021** | **03-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

## msc
**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com        SCAC Code : MSCU

**SEA WAYBILL No.**          **MEDUT8495987**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
|---|---|---|
| 0   Of   Zero | | 1 |

**SHIPPER:**
SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

**FORWARDING AGENT :**
FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD
TIANJINXINGANG, 300012          EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

LLOYDS/IMO NUMBER: 9704960
IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS EXPRESS RELEASE THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL SHIPPER DECLARES THAT APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS.. (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC).

**NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC LILY - 131N** | **TIANJINXINGANG** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177OFNFNXMNN3301** | 21-481TPC-DT | **VANCOUVER, CANADA** | **CHICAGO, IL, UNITED STATES - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (See Clause 16).**

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **5 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **21-AUGUST-2021** | **21-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED ON REVERSE ⏎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**
**MEDUT8495987**

**RIDER PAGE**
Page 1 of 1

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **MSMU5907238** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20568369 | | | | | |
| MARKS AND NUMBERS: N/M | 4914 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,700.240 | KGS. | 69.000 | CU. M. |
| | | 12,566.878 | LBS. | 2,436.694 | CU. FT. |
| **MSMU5895203** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20568413 | | | | | |
| MARKS AND NUMBERS: N/M | 4914 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,700.240 | KGS. | 69.000 | CU. M. |
| | | 12,566.878 | LBS. | 2,436.694 | CU. FT. |
| **MSMU5910627** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20568411 | | | | | |
| MARKS AND NUMBERS: N/M | 4914 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,700.240 | KGS. | 69.000 | CU. M. |
| | | 12,566.878 | LBS. | 2,436.694 | CU. FT. |
| **MSMU6250030** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20568257 | | | | | |
| MARKS AND NUMBERS: N/M | 4914 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,700.240 | KGS. | 69.000 | CU. M. |
| | | 12,566.878 | LBS. | 2,436.694 | CU. FT. |
| **MSMU5913755** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20568370 | | | | | |
| MARKS AND NUMBERS: N/M | 4914 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,700.240 | KGS. | 69.000 | CU. M. |
| | | 12,566.878 | LBS. | 2,436.694 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 24,570 | **TOTAL:** 28,501.200 | KGS. | 12,183.468 | CU. FT. |
| | | 62,834.390 | LBS. | 345.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **21-AUGUST-2021** | **21-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

## MSC

**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com                SCAC Code : MSCU

**SEA WAYBILL No.**          **MEDUT8634973**

NOT NEGOTIABLE - COPY          "Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

**FORWARDING AGENT :**
FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD          EMAIL:
TIANJINXINGANG, 300012

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9305469
SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS.  FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). EXPRESS RELEASE THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| TIANPING - 26E | TIANJINXINGANG | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177XFNFNXMNN3525 | 21-481TPC-DT | VANCOUVER, CANADA | CHICAGO, IL, UNITED STATES - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**  Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 3 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 08-SEPTEMBER-2021 | 08-SEPTEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT8634973**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **MSMU5631941** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20572049 | | | | | |
| MARKS AND NUMBERS: N/M | 4212 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,433.480 | KGS. | 69.000 | CU. M. |
| | | 11,978.773 | LBS. | 2,436.694 | CU. FT. |
| **MSMU5910123** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20572019 | | | | | |
| MARKS AND NUMBERS: N/M | 4212 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,433.480 | KGS. | 69.000 | CU. M. |
| | | 11,978.773 | LBS. | 2,436.694 | CU. FT. |
| **MSCU7077818** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20572057 | | | | | |
| MARKS AND NUMBERS: N/M | 4212 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,433.480 | KGS. | 69.000 | CU. M. |
| | | 11,978.773 | LBS. | 2,436.694 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 12,636 | **TOTAL:** 16,300.440 | KGS. | 7,310.081 | CU. FT. |
| | | 35,936.319 | LBS. | 207.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **08-SEPTEMBER-2021** | **08-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

# MSC

## MEDITERRANEAN SHIPPING COMPANY S.A.

**Website:** www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**   **MEDUT8634981**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

**FORWARDING AGENT :**
FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD
TIANJINXINGANG, 300012

EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9305469
EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. .(WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS COSTS/FINES/PENALTIES. AND FEE FOR SHIPPERS ACCOUNTS IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| TIANPING - 26E | TIANJINXINGANG | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177XFNFNXMNN3526 | 21-481TPC-DT | VANCOUVER, CANADA | CHICAGO, IL, UNITED STATES - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 3 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 08-SEPTEMBER-2021 | 08-SEPTEMBER-2021 | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**
**MEDUT8634981**

**RIDER PAGE**
Page 1 of 1

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **MSMU5632070**<br>40' HIGH CUBE<br>SEAL NUMBER:FX20572091<br><br>MARKS AND NUMBERS: N/M | 4914 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,700.240<br>12,566.878 | KGS.<br>LBS. | 69.000<br>2,436.694 | CU. M.<br>CU. FT. |
| **MSMU5632104**<br>40' HIGH CUBE<br>SEAL NUMBER:FX20572094<br><br>MARKS AND NUMBERS: N/M | 4914 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,700.240<br>12,566.878 | KGS.<br>LBS. | 69.000<br>2,436.694 | CU. M.<br>CU. FT. |
| **MSMU5632038**<br>40' HIGH CUBE<br>SEAL NUMBER:FX20572093<br><br>MARKS AND NUMBERS: N/M | 4914 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,700.240<br>12,566.878 | KGS.<br>LBS. | 69.000<br>2,436.694 | CU. M.<br>CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 14,742            **TOTAL:** | 17,100.720<br>37,700.634 | KGS.<br>LBS. | 7,310.081<br>207.000 | CU. FT.<br>cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **08-SEPTEMBER-2021** | **08-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# msc

**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com                      SCAC Code : MSCU

**SEA WAYBILL No.**                    **MEDUT8690207**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

SHIPPER:

SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

FORWARDING AGENT :

FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD
TIANJINXINGANG, 300012

EMAIL:

CONSIGNEE:

PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9444845
THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION EXPRESS RELEASE (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| SANTA INES - 137N | TIANJINXINGANG | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177OFNFNXMNN3602 | 21-481TPC-DT | VANCOUVER, CANADA | CHICAGO, IL, UNITED STATES - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited.

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXXX | 4 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 12-SEPTEMBER-2021 | 12-SEPTEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017                      TERMS CONTINUED  ON REVERSE ⤴

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT8690207**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **MEDU4753411** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20583812 | | | | | |
| MARKS AND NUMBERS: N/M | 3696 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 7,170.240 | KGS. | 69.000 | CU. M. |
| | | 15,807.673 | LBS. | 2,436.694 | CU. FT. |
| **BEAU5689348** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20583756 | | | | | |
| MARKS AND NUMBERS: N/M | 3696 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 7,170.240 | KGS. | 69.000 | CU. M. |
| | | 15,807.673 | LBS. | 2,436.694 | CU. FT. |
| **MSMU8105160** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20583002 | | | | | |
| MARKS AND NUMBERS: N/M | 3696 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 7,170.240 | KGS. | 69.000 | CU. M. |
| | | 15,807.673 | LBS. | 2,436.694 | CU. FT. |
| **DFSU7269783** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20583101 | | | | | |
| MARKS AND NUMBERS: N/M | 3696 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 7,170.240 | KGS. | 69.000 | CU. M. |
| | | 15,807.673 | LBS. | 2,436.694 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 14,784               TOTAL: | 28,680.960 | KGS. | 9,746.774 | CU. FT. |
| | | 63,230.693 | LBS. | 276.000 | cu. m. |

PLACE AND DATE OF ISSUE

**12-SEPTEMBER-2021**

SHIPPED ON BOARD DATE

**12-SEPTEMBER-2021**

SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier
MSC Mediterranean Shipping Company S.A.

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

## MSC    MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**          SCAC Code : MSCU

| **SEA WAYBILL No.** | **MEDUT8776915** |

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
| 0   Of   Zero | 1 |

**SHIPPER:**

SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

**CONSIGNEE:**

**PANDA LOGISTICS USA, INC.**

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

**FORWARDING AGENT :**
FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD
TIANJINXINGANG, 300012            EMAIL:

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9463047
SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS ..(WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC) THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION EXPRESS RELEASE FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
| **MSC EMMA - 138A** | **TIANJINXINGANG** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
| **177XFNFNXMNN3702** | 21-481TPC-DT | **VANCOUVER, CANADA** | **CHICAGO, IL, UNITED STATES - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
| --- | --- | --- | --- |
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited.

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
| --- | --- |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
| XXXXXXXXXXXXXXXX | **4 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
| **18-SEPTEMBER-2021** | **18-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                              TERMS CONTINUED  ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

**MEDUT8776915**

Page 1 of 1

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MSDU7423447** <br> 40' HIGH CUBE <br> SEAL NUMBER:FX20584884 <br><br> MARKS AND NUMBERS: N/M | 4212 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,433.480 KGS. <br> 11,978.773 LBS. | 69.000 CU. M. <br> 2,436.694 CU. FT. |
| **TCNU1571885** <br> 40' HIGH CUBE <br> SEAL NUMBER:FX20584885 <br><br> MARKS AND NUMBERS: N/M | 4212 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,433.480 KGS. <br> 11,978.773 LBS. | 69.000 CU. M. <br> 2,436.694 CU. FT. |
| **TGBU9622799** <br> 40' HIGH CUBE <br> SEAL NUMBER:FX20586504 <br><br> MARKS AND NUMBERS: N/M | 4212 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,433.480 KGS. <br> 11,978.773 LBS. | 69.000 CU. M. <br> 2,436.694 CU. FT. |
| **MSMU7351847** <br> 40' HIGH CUBE <br> SEAL NUMBER:FX20586712 <br><br> MARKS AND NUMBERS: N/M | 4212 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,433.480 KGS. <br> 11,978.773 LBS. | 69.000 CU. M. <br> 2,436.694 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 16,848 | **TOTAL:** 21,733.920 KGS. <br> 47,915.092 LBS. | 9,746.774 CU. FT. <br> 276.000 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **18-SEPTEMBER-2021** | **18-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件詳請見网站 | **www.msc.com**

| **msc** | **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUT8776923** | "Port-to-Port" or "Combined Transport" (see Clause 1) |
|---|---|---|---|---|
| | Website: www.msc.com      SCAC Code : MSCU | NOT NEGOTIABLE - COPY | | |

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
|---|---|---|
| **0   Of   Zero** | | **1** |

**SHIPPER:**

SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

**FORWARDING AGENT :**

FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD
TIANJINXINGANG, 300012          EMAIL:

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9463047
FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS COST/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). EXPRESS RELEASE

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC EMMA - 138A** | **TIANJINXINGANG** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177XFNFNXMNN3703** | **21-481TPC-DT** | **VANCOUVER, CANADA** | **CHICAGO, IL, UNITED STATES - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited.

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). |
|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **18-SEPTEMBER-2021** | **18-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED ON REVERSE ♩

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT8776923**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSCU4973106 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX20584978 | | | |
| MARKS AND NUMBERS: N/M | 7560 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 8,013.600   KGS. | 69.000   CU. M. |
| | | 17,666.964   LBS. | 2,436.694   CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 7,560 | **TOTAL:**  8,013.600   KGS. | 2,436.694   CU. FT. |
| | | 17,666.964   LBS. | 69.000   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **18-SEPTEMBER-2021** | **18-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

## m s c   MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**          SCAC Code : MSCU

**SEA WAYBILL No.**                          **MEDUT8840679**
NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

**FORWARDING AGENT :**
FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD
TIANJINXINGANG, 300012          EMAIL:

**CONSIGNEE:**
**PANDA LOGISTICS USA, INC.**

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LL0YDS/IMO NUMBER: 9460356
EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS.  FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE SHIPPERS ACCOUNTS

**NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC SAVONA - 141N** | **TIANJINXINGANG** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177UFNFNXMNN3805** | 21-481TPC | **LOS ANGELES, UNITED STATES** | **CHICAGO, IL, UNITED STATES - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).**

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **4 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **04-OCTOBER-2021** | **04-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED  ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com
SCAC Code : MSCU

**SEA WAYBILL No.**
RIDER PAGE
Page 1 of 1

**MEDUT8840679**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MEDU7424894** 40' HIGH CUBE SEAL NUMBER:FX20580602 MARKS AND NUMBERS: N/M | 12540 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 8,151.000 KGS. 17,969.879 LBS. | 69.000 CU. M. 2,436.694 CU. FT. |
| **MEDU4941698** 40' HIGH CUBE SEAL NUMBER:FX20580665 MARKS AND NUMBERS: N/M | 12540 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 8,151.000 KGS. 17,969.879 LBS. | 69.000 CU. M. 2,436.694 CU. FT. |
| **TCLU5953045** 40' HIGH CUBE SEAL NUMBER:FX20580613 MARKS AND NUMBERS: N/M | 12540 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 8,652.600 KGS. 19,075.718 LBS. | 69.000 CU. M. 2,436.694 CU. FT. |
| **TCNU2345408** 40' HIGH CUBE SEAL NUMBER:FX20580761 MARKS AND NUMBERS: N/M | 12540 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 8,151.000 KGS. 17,969.879 LBS. | 69.000 CU. M. 2,436.694 CU. FT. |
| | V1P04852717 | | |
| | TOTAL NUMBER OF PACKAGES: 50,160 | **TOTAL:** 33,105.600 KGS. 72,985.355 LBS. | 9,746.774 CU. FT. 276.000 cu. m. |

PLACE AND DATE OF ISSUE
**04-OCTOBER-2021**

SHIPPED ON BOARD DATE
**04-OCTOBER-2021**

SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier
MSC Mediterranean Shipping Company S.A.

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

| **msc** MEDITERRANEAN SHIPPING COMPANY S.A. | **SEA WAYBILL No.** | **MEDUT8902834** |
|---|---|---|
| Website: www.msc.com   SCAC Code : MSCU | NOT NEGOTIABLE - COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
|---|---|---|
| 0   Of   Zero | | 1 |

**SHIPPER:**

SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

**FORWARDING AGENT :**

FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD
TIANJINXINGANG, 300012          EMAIL:

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9467433
EXPRESS RELEASE THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS . (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC FLAVIA - 139A | TIANJINXINGANG | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177XFNFNXMNN3905 | 21-481TPC | PRINCE RUPERT, CANADA | CHICAGO, IL, UNITED STATES - RAMP |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited.

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). |
|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 4 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 03-OCTOBER-2021 | 03-OCTOBER-2021 | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED ON REVERSE ↵

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

**MEDUT8902834**

Page 1 of 1

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| MSMU6265390 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20603900 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MAT | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| MSMU6266870 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20603876 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MAT | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| MSMU6269251 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20603920 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MAT | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| MSMU6269858 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20603899 | | | | | |
| MARKS AND NUMBERS: N/M | 2430 CARTON(S) OF GOODNITES BED MAT | 9,768.600 | KGS. | 69.000 | CU. M. |
| | | 21,536.077 | LBS. | 2,436.694 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 9,720 | **TOTAL:** 39,074.400 | KGS. | 9,746.774 | CU. FT. |
| | | 86,144.306 | LBS. | 276.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-OCTOBER-2021** | **03-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

## MSC

**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com                    SCAC Code : MSCU

**SEA WAYBILL No.**

NOT NEGOTIABLE - COPY

**MEDUT8902842**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0  Of  Zero | 1 |

**SHIPPER:**
SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

**FORWARDING AGENT :**
FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD
TIANJINXINGANG, 300012          EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF
NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS
FOR CARRIAGE IN DRY-VAN CONTAINERS. AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES
LLOYDS/IMO NUMBER: 9467433
SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS ..(WOODEN PALLETS, LOAD BOARDS, DUNNAGE,
CRATING, BOXES, PALLETS, SPACERS, BEADERS, BRACING, ETC). COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS OF IMPORT WILL TRIGGER
SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING
MATERIALS FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL THE MERCHANTS ARE LIABLE TO
ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION EXPRESS RELEASE

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC FLAVIA - 139A** | **TIANJINXINGANG** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177XFNFNXMNN3906** | 21-481TPC | **PRINCE RUPERT, CANADA** | **CHICAGO, IL, UNITED STATES - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).**

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **5 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **03-OCTOBER-2021** | **03-OCTOBER-2021** | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**
**RIDER PAGE**

**MEDUT8902842**

Page 1 of 1

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| MSMU6270648 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20606434 | | | | | |
| MARKS AND NUMBERS: N/M | 4784 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,214.560 | KGS. | 69.000 | CU. M. |
| | | 11,496.137 | LBS. | 2,436.694 | CU. FT. |
| MSMU6265868 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20606447 | | | | | |
| MARKS AND NUMBERS: N/M | 4784 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,214.560 | KGS. | 69.000 | CU. M. |
| | | 11,496.137 | LBS. | 2,436.694 | CU. FT. |
| MSMU6265549 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20606399 | | | | | |
| MARKS AND NUMBERS: N/M | 4784 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,214.560 | KGS. | 69.000 | CU. M. |
| | | 11,496.137 | LBS. | 2,436.694 | CU. FT. |
| MSMU6270801 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20603830 | | | | | |
| MARKS AND NUMBERS: N/M | 4784 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,214.560 | KGS. | 69.000 | CU. M. |
| | | 11,496.137 | LBS. | 2,436.694 | CU. FT. |
| MSMU6274978 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20603970 | | | | | |
| MARKS AND NUMBERS: N/M | 4784 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,214.560 | KGS. | 69.000 | CU. M. |
| | | 11,496.137 | LBS. | 2,436.694 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 23,920 | TOTAL: 26,072.800 | KGS. | 12,183.468 | CU. FT. |
| | | 57,480.685 | LBS. | 345.000 | cu.m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-OCTOBER-2021** | **03-OCTOBER-2021** | |
| | Sea Waybill U.S. Edition - 01/2017 | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомпения с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

| **msc** | **MEDITERRANEAN SHIPPING COMPANY S.A.** | | **SEA WAYBILL No.** | **MEDUT8902859** |
|---|---|---|---|---|

**SEA WAYBILL No.**  **MEDUT8902859**
"Port-to-Port" or "Combined Transport" (see Clause 1)

NOT NEGOTIABLE - COPY

| Website: www.msc.com | SCAC Code : MSCU |
|---|---|

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0    Of    Zero | 1 |

SHIPPER:

SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

FORWARDING AGENT :

FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD
TIANJINXINGANG, 300012                        EMAIL:

CONSIGNEE:

**PANDA LOGISTICS USA, INC.**

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

WINTER CLAUSE: CARRIER HAS NO LIABILITY OF RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF
NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS
FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9467433
FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL THE MERCHANTS ARE LIABLE TO ENQUIRE
AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING
MATERIALS COMPLY WITH ISPM15 REGULATIONS . COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS (WOODEN PALLETS, LOAD BOARDS, DUNNAGE,
CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD
PACKAGING MATERIALS OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

**PANDA LOGISTICS USA, INC.**

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC FLAVIA - 139A** | **TIANJINXINGANG** | XXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177XFNFNXMNN3907** | **21-481TPC** | **PRINCE RUPERT, CANADA** | **CHICAGO, IL, UNITED STATES - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless
otherwise stated herein the total number or quantity of containers or other packages or units
indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the
Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever
is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS
AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE
OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO
SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE
INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF
THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to
the Consignee or his authorized representatives. This Sea Waybill is not a document of title to
the Goods and delivery will made, after payment of any outstanding Freight and changes, only
on provision of proper proof of identity and authorization at the Port of Discharge or Place of
Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **4 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **03-OCTOBER-2021** | **03-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                                    TERMS CONTINUED  ON REVERSE ↲

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

RIDER PAGE

Page 1 of 1

**MEDUT8902859**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **FSCU6240158**<br>40' HIGH CUBE<br>SEAL NUMBER:FX20606488<br><br>MARKS AND NUMBERS: N/M | 5508 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,563.080<br>12,264.492 | KGS.<br>LBS. | 69.000<br>2,436.694 | CU. M.<br>CU. FT. |
| **MSMU6267198**<br>40' HIGH CUBE<br>SEAL NUMBER:FX20606436<br><br>MARKS AND NUMBERS: N/M | 5508 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,563.080<br>12,264.492 | KGS.<br>LBS. | 69.000<br>2,436.694 | CU. M.<br>CU. FT. |
| **MSCU7692289**<br>40' HIGH CUBE<br>SEAL NUMBER:FX20606335<br><br>MARKS AND NUMBERS: N/M | 5508 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,563.080<br>12,264.492 | KGS.<br>LBS. | 69.000<br>2,436.694 | CU. M.<br>CU. FT. |
| **MSMU6272548**<br>40' HIGH CUBE<br>SEAL NUMBER:FX20603962<br><br>MARKS AND NUMBERS: N/M | 5508 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,563.080<br>12,264.492 | KGS.<br>LBS. | 69.000<br>2,436.694 | CU. M.<br>CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 22,032                        TOTAL: | 22,252.320<br>49,057.968 | KGS.<br>LBS. | 9,746.774<br>276.000 | CU. FT.<br>cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-OCTOBER-2021** | **03-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# MEDITERRANEAN SHIPPING COMPANY S.A.

**Website:** www.msc.com                    SCAC Code : MSCU

## SEA WAYBILL No.                    **MEDUT9133157**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

SHIPPER:

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525 PUDONG ROAD
SHANGHAI, 200135                    EMAIL:

CONSIGNEE:

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9461427

COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS .

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9)  **MSC LIVORNO - 134A** | PORT OF LOADING  **SHANGHAI, CHINA** | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2)  XXXXXXXXXXXXXXXX |
|---|---|---|
| BOOKING REF.  **177QPNPNS10615** | SERVICE CONTRACT NUMBER  **21-129TPC-DT** | PORT OF DISCHARGE  **LONG BEACH, CA** |
| | | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2)  **CHICAGO, IL - RAMP** |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3)  **XXXXXXXXXXXXXXXX** | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1)  **1 cntr** | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier  MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE  **23-AUGUST-2021** | SHIPPED ON BOARD DATE  **23-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ↲

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9133157**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| TGBU6483220 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18828143 | | | |
| MARKS AND NUMBERS: N/M | 42 PACKAGE(S) OF HOSE CLAMPS | 19,320.000   KGS. | 37.400   CU. M. |
| | | 42,593.309   LBS. | 1,320.759   CU. FT. |
| | V1P04800773 | | |
| | TOTAL NUMBER OF PACKAGES: 42 | **TOTAL:** 19,320.000   KGS. | 1,320.759   CU. FT. |
| | | 42,593.309   LBS. | 37.400   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **23-AUGUST-2021** | **23-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

## MSC  MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**   SCAC Code : MSCU

### SEA WAYBILL No.   **MEDUT9133165**

"Port-to-Port" or "Combined Transport" (see Clause 1)

NOT NEGOTIABLE - COPY

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0  Of  Zero | 1 |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525   EMAIL:
PUDONG ROAD
SHANGHAI, 200135

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9461427
FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL EXPRESS RELEASE SHIPPER DECLARES
THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC LIVORNO - 134A** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177QPNPNS10616** | **21-129TPC-DT** | **LONG BEACH, CA** | **CHICAGO, IL - RAMP** |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **23-AUGUST-2021** | **23-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ⤸

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9133165**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| FCIU9487097 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18841743 | | | |
| MARKS AND NUMBERS: N/M | 124 PACKAGE(S) OF ROD ASSEMBLY | 15,221.296  KGS. | 35.440   CU. M. |
| | | 33,557.213  LBS. | 1,251.542  CU. FT. |
| | V1P04800773 | | |
| | TOTAL NUMBER OF PACKAGES: 124                    TOTAL: | 15,221.296  KGS. | 1,251.542  CU. FT. |
| | | 33,557.213  LBS. | 35.440   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **23-AUGUST-2021** | **23-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

## MEDITERRANEAN SHIPPING COMPANY S.A.

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**MEDUT9133173**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0 Of Zero | 1 |

SHIPPER:

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525 PUDONG ROAD SHANGHAI, 200135

EMAIL:

CONSIGNEE:

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS IMO NUMBER: 9461427
EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC LIVORNO - 134A** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177QPNPNS10617** | **21-129TPC-DT** | **LONG BEACH, CA** | **CHICAGO, IL - RAMP** |

PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **23-AUGUST-2021** | **23-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017

TERMS CONTINUED ON REVERSE ↲

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

**MEDUT9133173**

Page 1 of 1

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| FSCU6649110 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18841497 | | | |
| MARKS AND NUMBERS: N/M | 16 PACKAGE(S) OF WHEEL-REAR | 19,376.000 KGS. | 22.000 CU. M. |
| | | 42,716.768 LBS. | 776.917 CU. FT. |
| | V1P04800773 | | |
| | TOTAL NUMBER OF PACKAGES: 16 | **TOTAL:** 19,376.000 KGS. | 776.917 CU. FT. |
| | | 42,716.768 LBS. | 22.000 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **23-AUGUST-2021** | **23-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**   SCAC Code : MSCU

## SEA WAYBILL No.

**NOT NEGOTIABLE - COPY**

**MEDUT9133181**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525 PUDONG ROAD
SHANGHAI, 200135       EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9461427
EXPRESS RELEASE FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS.

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC LIVORNO - 134A** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177QPNPNS10618** | **21-129TPC-DT** | **LONG BEACH, CA** | **CHICAGO, IL - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **23-AUGUST-2021** | **23-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED  ON REVERSE ⏎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9133181**

CONTI NUATI ON  OF  PARTI CULARS  FURNI SHED  BY  THE  SHI PPER -  NOT  CHECKED  BY  CARRI ER -  CARRI ER  NOT  RESPONSI BLE  ( s e e  Cl ause  14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| FCIU8889105 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18841732 | | | | | |
| MARKS AND NUMBERS: N/M | 6 PACKAGE(S) OF CAB AR BASIC | 4,332.000 | KGS. | 40.950 | CU. M. |
| | | 9,550.425 | LBS. | 1,446.125 | CU. FT. |
| | V1P04800773 | | | | |
| | TOTAL NUMBER OF PACKAGES: 6 | TOTAL: 4,332.000 | KGS. | 1,446.125 | CU. FT. |
| | | 9,550.425 | LBS. | 40.950 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **23-AUGUST-2021** | **23-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

# MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**          SCAC Code : MSCU

## SEA WAYBILL No.

### NOT NEGOTIABLE - COPY

**MEDUT9149344**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525
PUDONG ROAD
SHANGHAI, 200135

EMAIL:

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

LLOYDS/IMO NUMBER: 9461427
COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT AT CARGO
DESTROYED - ALL SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS . EXPRESS RELEASE

**NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC LIVORNO - 134A** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177QPNPNS10620** | **21-129TPC-DT** | **LONG BEACH, CA** | **CHICAGO, IL - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).**

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **23-AUGUST-2021** | **23-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ⤴

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9149344**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSDU7951927 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18841700 | | | |
| MARKS AND NUMBERS: N/M | 8 PACKAGE(S) OF ROLLOVER GP/BARCKET AS/ LEVER AS | 2,425.000 KGS. | 35.000 CU. M. |
| | | 5,346.210 LBS. | 1,236.004 CU. FT. |
| | V1P04800773 | | |
| | TOTAL NUMBER OF PACKAGES: 8 | TOTAL: 2,425.000 KGS. | 1,236.004 CU. FT. |
| | | 5,346.210 LBS. | 35.000 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **23-AUGUST-2021** | **23-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

| **msc** **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUT9281378** |
|---|---|---|

"Port-to-Port" or "Combined Transport" (see Clause 1)

**Website: www.msc.com**    SCAC Code : MSCU

**NOT NEGOTIABLE - COPY**

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 4 |

SHIPPER:

**SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH**

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :

**SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH**

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525    EMAIL:
PUDONG ROAD
SHANGHAI, 200135

CONSIGNEE:

**PANDA LOGISTICS USA, INC.**

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9401104
THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS EXPRESS RELEASE

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

**PANDA LOGISTICS USA, INC.**

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC SOLA - 134N** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177UPNPNS10695** | **21-129TPC-DT** | **VANCOUVER, CANADA** | **CHICAGO, IL - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **20 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017      TERMS CONTINUED ON REVERSE ⤵



**MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**
RIDER PAGE

Page 1 of 4

**MEDUT9281378**

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSMU5676102 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877913 | | | |
| MARKS AND NUMBERS: N/M | 1200 PACKAGE(S) OF TYRE | 10,432.800 KGS. | 70.000 CU. M. |
| | | 23,000.387 LBS. | 2,472.008 CU. FT. |
| MSMU5676139 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877918 | | | |
| MARKS AND NUMBERS: N/M | 750 PACKAGE(S) OF TYRE | 12,644.300 KGS. | 70.000 CU. M. |
| | | 27,875.910 LBS. | 2,472.008 CU. FT. |
| MSMU5676144 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877917 | | | |
| MARKS AND NUMBERS: N/M | 980 PACKAGE(S) OF TYRE | 11,690.420 KGS. | 70.000 CU. M. |
| | | 25,772.964 LBS. | 2,472.008 CU. FT. |
| MSMU5676587 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877940 | | | |
| MARKS AND NUMBERS: N/M | 980 PACKAGE(S) OF TYRE | 11,690.420 KGS. | 70.000 CU. M. |
| | | 25,772.964 LBS. | 2,472.008 CU. FT. |
| MSMU5677346 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877992 | | | |
| MARKS AND NUMBERS: N/M | 760 PACKAGE(S) OF TYRE | 11,512.480 KGS. | 70.000 CU. M. |
| | | 25,380.674 LBS. | 2,472.008 CU. FT. |
| MSMU5671353 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877948 | | | |
| MARKS AND NUMBERS: N/M | 1800 PACKAGE(S) OF TYRE | 13,973.400 KGS. | 70.000 CU. M. |
| | | 30,806.074 LBS. | 2,472.008 CU. FT. |
| MSMU5671878 | | | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | MSC Mediterranean Shipping Company S.A. |

Sea Waybill U.S. Edition - 01/2017



**MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.** MEDUT8381378

**RIDER PAGE**

Page 2 of 4

| CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14) | | | |
|---|---|---|---|
| **Container Numbers, Seal Numbers and Marks** | **Description of Packages and Goods** (Continued on further Sea Waybill Rider page(s), if applicable) | **Gross Cargo Weight** | **Measurement** |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877941 | | | |
| MARKS AND NUMBERS: N/M | 980 PACKAGE(S) OF TYRE | 11,690.420 KGS.<br>25,772.964 LBS. | 70.000 CU. M.<br>2,472.008 CU. FT. |
| **MSMU5676463** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877931 | | | |
| MARKS AND NUMBERS: N/M | 760 PACKAGE(S) OF TYRE | 11,512.480 KGS.<br>25,380.674 LBS. | 70.000 CU. M.<br>2,472.008 CU. FT. |
| **MSMU5671815** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877868 | | | |
| MARKS AND NUMBERS: N/M | 760 PACKAGE(S) OF TYRE | 11,512.480 KGS.<br>25,380.674 LBS. | 70.000 CU. M.<br>2,472.008 CU. FT. |
| **MSMU5671836** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877870 | | | |
| MARKS AND NUMBERS: N/M | 760 PACKAGE(S) OF TYRE | 11,512.480 KGS.<br>25,380.674 LBS. | 70.000 CU. M.<br>2,472.008 CU. FT. |
| **MSMU5672339** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877878 | | | |
| MARKS AND NUMBERS: N/M | 760 PACKAGE(S) OF TYRE | 11,512.480 KGS.<br>25,380.674 LBS. | 70.000 CU. M.<br>2,472.008 CU. FT. |
| **MSMU5673649** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877865 | | | |
| MARKS AND NUMBERS: N/M | 720 PACKAGE(S) OF TYRE | 12,345.840 KGS.<br>27,217.918 LBS. | 70.000 CU. M.<br>2,472.008 CU. FT. |
| **MSMU5674795** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877842 | | | |
| MARKS AND NUMBERS: N/M | 760 PACKAGE(S) OF TYRE | 11,512.480 KGS.<br>25,380.674 LBS. | 70.000 CU. M.<br>2,472.008 CU. FT. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.** MEDUPT038173

**RIDER PAGE**

Page 3 of 4

| CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14) | | | |
|---|---|---|---|
| **Container Numbers, Seal Numbers and Marks** | **Description of Packages and Goods** (Continued on further Sea Waybill Rider page(s), if applicable) | **Gross Cargo Weight** | **Measurement** |
| **MSMU5674630** 40' HIGH CUBE SEAL NUMBER:FX18877987 MARKS AND NUMBERS: N/M | 1250 PACKAGE(S) OF TYRE | 11,343.750 KGS. 25,008.688 LBS. | 70.000 CU. M. 2,472.008 CU. FT. |
| **MSMU5677080** 40' HIGH CUBE SEAL NUMBER:FX18877982 MARKS AND NUMBERS: N/M | 4154 PACKAGE(S) OF TYRE | 13,708.200 KGS. 30,221.408 LBS. | 70.000 CU. M. 2,472.008 CU. FT. |
| **MSMU5677243** 40' HIGH CUBE SEAL NUMBER:FX18877984 MARKS AND NUMBERS: N/M | 760 PACKAGE(S) OF TYRE | 11,512.480 KGS. 25,380.674 LBS. | 70.000 CU. M. 2,472.008 CU. FT. |
| **MSMU5676890** 40' HIGH CUBE SEAL NUMBER:FX18877986 MARKS AND NUMBERS: N/M | 760 PACKAGE(S) OF TYRE | 11,512.480 KGS. 25,380.674 LBS. | 70.000 CU. M. 2,472.008 CU. FT. |
| **MSMU5677201** 40' HIGH CUBE SEAL NUMBER:FX18877907 MARKS AND NUMBERS: N/M | 760 PACKAGE(S) OF TYRE | 11,512.480 KGS. 25,380.674 LBS. | 70.000 CU. M. 2,472.008 CU. FT. |
| **MSMU5677238** 40' HIGH CUBE SEAL NUMBER:FX18877909 MARKS AND NUMBERS: N/M | 1200 PACKAGE(S) OF TYRE | 12,312.000 KGS. 27,143.314 LBS. | 70.000 CU. M. 2,472.008 CU. FT. |
| **MSMU5677259** | | | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017



**MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.** MEDUO6381378

**RIDER PAGE**

Page 4 of 4

| CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14) | | | |
|---|---|---|---|
| **Container Numbers, Seal Numbers and Marks** | **Description of Packages and Goods** (Continued on further Sea Waybill Rider page(s), if applicable) | **Gross Cargo Weight** | **Measurement** |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877985 | | | |
| MARKS AND NUMBERS: N/M | 1200 PACKAGE(S) OF TYRE | 11,550.000 KGS. | 70.000 CU. M. |
| | | 25,463.391 LBS. | 2,472.008 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 22,054         TOTAL: | 236,993.870 KGS. | 49,440.160 CU. FT. |
| | | 522,482.047 LBS. | 1,400.000 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

## MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**          SCAC Code : MSCU

### SEA WAYBILL No.

NOT NEGOTIABLE - COPY

**MEDUT9281386**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 4 |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525
PUDONG ROAD
SHANGHAI, 200135          EMAIL:

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555  CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

LLOYDS/IMO NUMBER: 9401104
SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC.) FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION EXPRESS RELEASE COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS

**NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC SOLA - 134N | SHANGHAI | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS10696 | 21-129TPC-DT | VANCOUVER, CANADA | CHICAGO, IL, UNITED STATES - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E -  See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).**

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 20 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 07-SEPTEMBER-2021 | 07-SEPTEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED  ON REVERSE ⤴



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 4

**MEDUT9281386**

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSMU5676226 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877920 | | | |
| MARKS AND NUMBERS: N/M | 1250 PACKAGE(S) OF TYRE | 11,343.750 KGS. | 70.000 CU. M. |
| | | 25,008.688 LBS. | 2,472.008 CU. FT. |
| MSMU5676885 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877929 | | | |
| MARKS AND NUMBERS: N/M | 760 PACKAGE(S) OF TYRE | 11,512.480 KGS. | 70.000 CU. M. |
| | | 25,380.674 LBS. | 2,472.008 CU. FT. |
| MSMU5670167 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877866 | | | |
| MARKS AND NUMBERS: N/M | 760 PACKAGE(S) OF TYRE | 11,512.480 KGS. | 70.000 CU. M. |
| | | 25,380.674 LBS. | 2,472.008 CU. FT. |
| MSMU5671219 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18873902 | | | |
| MARKS AND NUMBERS: N/M | 1400 PACKAGE(S) OF TYRE | 11,984.000 KGS. | 70.000 CU. M. |
| | | 26,420.198 LBS. | 2,472.008 CU. FT. |
| MSMU5671380 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18873910 | | | |
| MARKS AND NUMBERS: N/M | 760 PACKAGE(S) OF TYRE | 11,512.480 KGS. | 70.000 CU. M. |
| | | 25,380.674 LBS. | 2,472.008 CU. FT. |
| MSMU5671950 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18873885 | | | |
| MARKS AND NUMBERS: N/M | 1600 PACKAGE(S) OF TYRE | 13,241.600 KGS. | 70.000 CU. M. |
| | | 29,192.731 LBS. | 2,472.008 CU. FT. |
| MSMU5670110 | | | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **07-SEPTEMBER-2021** | **07-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 2 of 4

| CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14) |||||
|---|---|---|---|---|
| **Container Numbers, Seal Numbers and Marks** | **Description of Packages and Goods** (Continued on further Sea Waybill Rider page(s), if applicable) | | **Gross Cargo Weight** | **Measurement** |
| 40' HIGH CUBE | | | | |
| SEAL NUMBER:FX18877852 | | | | |
| MARKS AND NUMBERS: N/M | 1250 PACKAGE(S) OF TYRE | | 11,343.750 KGS. | 70.000 CU. M. |
| | | | 25,008.688 LBS. | 2,472.008 CU. FT. |
| **MSMU5671939** | | | | |
| 40' HIGH CUBE | | | | |
| SEAL NUMBER:FX14816354 | | | | |
| MARKS AND NUMBERS: N/M | 750 PACKAGE(S) OF TYRE | | 12,644.250 KGS. | 70.000 CU. M. |
| | | | 27,875.800 LBS. | 2,472.008 CU. FT. |
| **MSMU5672508** | | | | |
| 40' HIGH CUBE | | | | |
| SEAL NUMBER:FX18877756 | | | | |
| MARKS AND NUMBERS: N/M | 1400 PACKAGE(S) OF TYRE | | 11,340.000 KGS. | 70.000 CU. M. |
| | | | 25,000.421 LBS. | 2,472.008 CU. FT. |
| **MSMU5672513** | | | | |
| 40' HIGH CUBE | | | | |
| SEAL NUMBER:FX13951114 | | | | |
| MARKS AND NUMBERS: N/M | 750 PACKAGE(S) OF TYRE | | 12,644.250 KGS. | 70.000 CU. M. |
| | | | 27,875.800 LBS. | 2,472.008 CU. FT. |
| **MSMU5672719** | | | | |
| 40' HIGH CUBE | | | | |
| SEAL NUMBER:FX18877833 | | | | |
| MARKS AND NUMBERS: N/M | 1800 PACKAGE(S) OF TYRE | | 13,527.000 KGS. | 70.000 CU. M. |
| | | | 29,821.930 LBS. | 2,472.008 CU. FT. |
| **MSMU5672771** | | | | |
| 40' HIGH CUBE | | | | |
| SEAL NUMBER:FX18877817 | | | | |
| MARKS AND NUMBERS: N/M | 1960 PACKAGE(S) OF TYRE | | 12,571.440 KGS. | 70.000 CU. M. |
| | | | 27,715.281 LBS. | 2,472.008 CU. FT. |
| **MSMU5673037** | | | | |
| 40' HIGH CUBE | | | | |
| SEAL NUMBER:FX18877892 | | | | |
| MARKS AND NUMBERS: N/M | 760 PACKAGE(S) OF TYRE | | 11,512.480 KGS. | 70.000 CU. M. |
| | | | 25,380.674 LBS. | 2,472.008 CU. FT. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **07-SEPTEMBER-2021** | **07-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 3 of 4

**MEDUT2818364**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **MSMU5674558** 40' HIGH CUBE SEAL NUMBER:FX18877825 MARKS AND NUMBERS: N/M | 760 PACKAGE(S) OF TYRE | 11,512.480 25,380.674 | KGS. LBS. | 70.000 2,472.008 | CU. M. CU. FT. |
| **MSMU5674666** 40' HIGH CUBE SEAL NUMBER:FX18877837 MARKS AND NUMBERS: N/M | 1200 PACKAGE(S) OF TYRE | 11,550.000 25,463.391 | KGS. LBS. | 70.000 2,472.008 | CU. M. CU. FT. |
| **MSMU5670629** 40' HIGH CUBE SEAL NUMBER:FX18873792 MARKS AND NUMBERS: N/M | 1350 PACKAGE(S) OF TYRE | 10,719.000 23,631.350 | KGS. LBS. | 70.000 2,472.008 | CU. M. CU. FT. |
| **MSMU5670634** 40' HIGH CUBE SEAL NUMBER:FX18873794 MARKS AND NUMBERS: N/M | 1370 PACKAGE(S) OF TYRE | 10,877.800 23,981.444 | KGS. LBS. | 70.000 2,472.008 | CU. M. CU. FT. |
| **MSMU5671040** 40' HIGH CUBE SEAL NUMBER:FX18873795 MARKS AND NUMBERS: N/M | 1400 PACKAGE(S) OF TYRE | 11,984.000 26,420.198 | KGS. LBS. | 70.000 2,472.008 | CU. M. CU. FT. |
| **MSMU5681454** 40' HIGH CUBE SEAL NUMBER:FX18873796 MARKS AND NUMBERS: N/M | 1400 PACKAGE(S) OF TYRE | 11,340.000 25,000.421 | KGS. LBS. | 70.000 2,472.008 | CU. M. CU. FT. |
| **MSMU5681520** | | | | | |

| PLACE AND DATE OF ISSUE **07-SEPTEMBER-2021** | SHIPPED ON BOARD DATE **07-SEPTEMBER-2021** | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|

Sea Waybill U.S. Edition - 01/2017


**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No** MEDUTQ281368

**RIDER PAGE**

Page 4 of 4

| CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14) | | | |
|---|---|---|---|
| **Container Numbers, Seal Numbers and Marks** | **Description of Packages and Goods**<br>(Continued on further Sea Waybill Rider page(s), if applicable) | **Gross Cargo Weight** | **Measurement** |
| 40' HIGH CUBE<br><br>SEAL NUMBER:FX18873797<br><br>MARKS AND NUMBERS: N/M | 1400 PACKAGE(S) OF TYRE | 11,340.000   KGS.<br>25,000.421   LBS. | 70.000   CU. M.<br>2,472.008   CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 24,080                       TOTAL: | 236,013.240   KGS.<br>520,320.128   LBS. | 49,440.160   CU. FT.<br>1,400.000   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **07-SEPTEMBER-2021** | **07-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# MSC MEDITERRANEAN SHIPPING COMPANY S.A.

Website: www.msc.com                        SCAC Code : MSCU

## SEA WAYBILL No.

NOT NEGOTIABLE - COPY

**MEDUT9313395**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA
SHANGHAI, 200135

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9295165
FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS .

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC DAISY - 136N | SHANGHAI | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177QPNPNS10705 | 21-129TPC-DT | TACOMA, UNITED STATES | CHICAGO, IL, UNITED STATES - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E  - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).**

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 2 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 01-OCTOBER-2021 | 01-OCTOBER-2021 | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website:** www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9313395**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE ( see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MSDU7230685** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18848830 | | | |
| MARKS AND NUMBERS: N/M | 22 PACKAGE(S) OF PLATE - ADAPTER/1434653 CLAMP | 7,322.000   KGS. | 35.000   CU. M. |
| | | 16,142.247   LBS. | 1,236.004   CU. FT. |
| **MSMU8333004** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18848782 | | | |
| MARKS AND NUMBERS: N/M | 5 PACKAGE(S) OF PLATE - ADAPTER/1434653 CLAMP | 2,000.000   KGS. | 35.000   CU. M. |
| | | 4,409.245   LBS. | 1,236.004   CU. FT. |
| | V1P04834343 | | |
| | TOTAL NUMBER OF PACKAGES: 27                    TOTAL: | 9,322.000   KGS. | 2,472.008   CU. FT. |
| | | 20,551.492   LBS. | 70.000   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **01-OCTOBER-2021** | **01-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

# MSC MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**     SCAC Code : MSCU

## SEA WAYBILL No.

**NOT NEGOTIABLE - COPY**

**MEDUT9313403**     "Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0 Of Zero | 1 |

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH
ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA
SHANGHAI, 200135

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9295165
SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL EXPRESS RELEASE COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA. 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC DAISY - 136N | SHANGHAI | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177QPNPNS10706 | 21-129TPC-DT | TACOMA, UNITED STATES | CHICAGO, IL, UNITED STATES - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E -  See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 2 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 01-OCTOBER-2021 | 01-OCTOBER-2021 | |

Sea Waybill U.S. Edition - 01/2017     TERMS CONTINUED ON REVERSE ↲

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9313403**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE ( see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **TCNU1416620** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18849794 | | | |
| MARKS AND NUMBERS: N/M | 91 PACKAGE(S) OF ROD AS VALVEGP TEST(1) | 11,689.570 KGS. | 35.630 CU. M. |
| | | 25,771.090 LBS. | 1,258.252 CU. FT. |
| **MSDU8230801** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18848874 | | | |
| MARKS AND NUMBERS: N/M | 53 PACKAGE(S) OF ROD AS VALVEGP TEST(1) | 15,576.130 KGS. | 34.210 CU. M. |
| | | 34,339.489 LBS. | 1,208.106 CU. FT. |
| | V1P04834343 | | |
| | TOTAL NUMBER OF PACKAGES: 144 | TOTAL: 27,265.700 KGS. | 2,466.358 CU. FT. |
| | | 60,110.579 LBS. | 69.840 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier |
|---|---|---|
| **01-OCTOBER-2021** | **01-OCTOBER-2021** | MSC Mediterranean Shipping Company S.A. |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

| **msc** MEDITERRANEAN SHIPPING COMPANY S.A. | **SEA WAYBILL No.** | **MEDUT9313411** |
|---|---|---|
| | NOT NEGOTIABLE - COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |

| Website: www.msc.com          SCAC Code : MSCU | NO. & SEQUENCE OF SEA WAYBILLS 0   Of   Zero | NO. OF RIDER PAGES 1 |
|---|---|---|

SHIPPER:

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA
SHANGHAI, 200135

CONSIGNEE:

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF
NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS
FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9295165
EXPRESS RELEASE COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS
COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) **MSC DAISY - 136N** | PORT OF LOADING **SHANGHAI** | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) **XXXXXXXXXXXXXXXX** |
|---|---|---|
| BOOKING REF. **177QPNPNS10707** | SERVICE CONTRACT NUMBER **21-129TPC-DT** | PORT OF DISCHARGE **TACOMA, UNITED STATES** | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) **CHICAGO, IL, UNITED STATES - RAMP** |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill. |
|---|---|

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) **XXXXXXXXXXXXXXXX** | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) **2 cntrs** | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE **01-OCTOBER-2021** | SHIPPED ON BOARD DATE **01-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED ON REVERSE ⏎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9313411**

| CONTI NUATI ON OF PARTI CULARS FURNI SHED BY THE SHI PPER - NOT CHECKED BY CARRI ER - CARRI ER NOT RESPONSI BLE ( s e e Cl a u s e 1 4 ) | | | |
|---|---|---|---|
| **Container Numbers, Seal Numbers and Marks** | **Description of Packages and Goods** (Continued on further Sea Waybill Rider page(s), if applicable) | **Gross Cargo Weight** | **Measurement** |
| TXGU5409751 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18849813 | | | |
| MARKS AND NUMBERS: N/M | 18 PACKAGE(S) OF BRACKET AS/PLATE/PLATE AS/BRACKET/BRACKET | 3,937.000   KGS.<br>8,679.599   LBS. | 17.000   CU. M.<br>600.345   CU. FT. |
| | | | |
| **MSCU4997073** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18850377 | | | |
| MARKS AND NUMBERS: N/M | 39 PACKAGE(S) OF BRACKET AS/PLATE/PLATE AS/BRACKET/BRACKET | 5,075.000   KGS.<br>11,188.460   LBS. | 34.000   CU. M.<br>1,200.690   CU. FT. |
| | V1P04834343 | | |
| | TOTAL NUMBER OF PACKAGES: 57      TOTAL: | 9,012.000   KGS.<br>19,868.059   LBS. | 1,801.034   CU. FT.<br>51.000   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **01-OCTOBER-2021** | **01-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

| **msc** MEDITERRANEAN SHIPPING COMPANY S.A. | **SEA WAYBILL No.** | **MEDUT9313429** |
|---|---|---|

| | | | "Port-to-Port" or "Combined Transport" (see Clause 1) |
|---|---|---|---|
| Website: www.msc.com | SCAC Code : MSCU | NOT NEGOTIABLE - COPY | |

| NO. & SEQUENCE OF SEA WAYBILLS<br>0   Of   Zero | NO. OF RIDER PAGES<br>1 |
|---|---|

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA
SHANGHAI, 200135

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9295165
COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9)<br>**MSC DAISY - 136N** | PORT OF LOADING<br>**SHANGHAI** | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2)<br>XXXXXXXXXXXXXXX |
|---|---|---|

| BOOKING REF.<br>**177QPNPNS10708** | SERVICE CONTRACT NUMBER<br>**21-129TPC-DT** | PORT OF DISCHARGE<br>**TACOMA, UNITED STATES** | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2)<br>**CHICAGO, IL, UNITED STATES - RAMP** |
|---|---|---|---|

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods<br>(Continued on attached Sea Waybill Rider page(s), if applicable)<br>PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3)<br>XXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1)<br>**2 cntrs** | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE<br>**01-OCTOBER-2021** | SHIPPED ON BOARD DATE<br>**01-OCTOBER-2021** | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

RIDER PAGE

Page 1 of 1

**MEDUT9313429**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MSMU6016206**<br>40' HIGH CUBE<br>SEAL NUMBER:FX18876623<br><br>MARKS AND NUMBERS: N/M | 9 PACKAGE(S) OF REAR WHEEL | 19,240.800 KGS.<br>42,418.703 LBS. | 23.825 CU. M.<br>841.366 CU. FT. |
| **MSMU6016248**<br>40' HIGH CUBE<br>SEAL NUMBER:FX18876624<br><br>MARKS AND NUMBERS: N/M | 9 PACKAGE(S) OF REAR WHEEL<br><br><br>V1P04834343 | 17,827.200 KGS.<br>39,302.248 LBS. | 18.225 CU. M.<br>643.605 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 18        TOTAL: | 37,068.000 KGS.<br>81,720.951 LBS. | 1,484.971 CU. FT.<br>42.050 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **01-OCTOBER-2021** | **01-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

| **msc** | **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUT9313437** | "Port-to-Port" or "Combined Transport" (see Clause 1) |
|---|---|---|---|---|
| | **Website: www.msc.com**    SCAC Code : MSCU | **NOT NEGOTIABLE - COPY** | | |

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
|---|---|---|
| **0   Of   Zero** | | **1** |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA
SHANGHAI, 200135

**CONSIGNEE:**

**PANDA LOGISTICS USA, INC.**

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9295165
EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

**PANDA LOGISTICS USA, INC.**

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC DAISY - 136N** | **SHANGHAI** | XXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177QPNPNS10709** | **21-129TPC-DT** | **TACOMA, UNITED STATES** | **CHICAGO, IL, UNITED STATES - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R   -   C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXXX | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **01-OCTOBER-2021** | **01-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED ON REVERSE ⤸

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9313437**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| MSMU6016187 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18876622 | | | | | |
| MARKS AND NUMBERS: N/M | 9 PACKAGE(S) OF REAR WHEEL | 18,516.000 | KGS. | 21.030 | CU. M. |
| | | 40,820.792 | LBS. | 742.662 | CU. FT. |
| | V1P04834343 | | | | |
| | TOTAL NUMBER OF PACKAGES: 9 | **TOTAL:** 18,516.000 | KGS. | 742.662 | CU. FT. |
| | | 40,820.792 | LBS. | 21.030 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **01-OCTOBER-2021** | **01-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

| **msc** **MEDITERRANEAN SHIPPING COMPANY S.A.**<br><br>Website: www.msc.com    SCAC Code : MSCU | **SEA WAYBILL No.**<br>NOT NEGOTIABLE - COPY | **MEDUT9313445** "Port-to-Port" or "Combined Transport" (see Clause 1) |
|---|---|---|
| | NO. & SEQUENCE OF SEA WAYBILLS<br>0    Of    Zero | NO. OF RIDER PAGES<br>1 |

SHIPPER:

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525    EMAIL:
PUDONG ROAD
SHANGHAI, 200135

CONSIGNEE:
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9282259
COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO
DESTROYED - ALL EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS .

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9)<br>**MSC ELA - 132N** | PORT OF LOADING<br>**SHANGHAI, CHINA** | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2)<br>XXXXXXXXXXXXXXXX |
|---|---|---|
| BOOKING REF.<br>**177QPNPNS10710** | SERVICE CONTRACT NUMBER<br>**21-129TPC-DT** | PORT OF DISCHARGE<br>**PRINCE RUPERT, CANADA** | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2)<br>**CHICAGO, IL - RAMP** |

P A R T I C U L A R S    F U R N I S H E D    B Y    T H E    S H I P P E R - N O T    C H E C K E D    B Y    C A R R I E R  -  C A R R I E R    N O T    R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods<br>(Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES    Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3)<br>XXXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1)<br>**1 cntr** | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE<br>**25-AUGUST-2021** | SHIPPED ON BOARD DATE<br>**25-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017                         TERMS CONTINUED ON REVERSE ⏎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

**MEDUT9313445**

Page 1 of 1

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| TGCU0112252 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18848947 | | | | | |
| MARKS AND NUMBERS: N/M | 700 CARTON(S) OF LEVELLING SPACER | 10,710.000 | KGS. | 56.300 | CU. M. |
| | | 23,611.508 | LBS. | 1,988.201 | CU. FT. |
| | V1P04798811 | | | | |
| | TOTAL NUMBER OF PACKAGES: 700 | TOTAL: 10,710.000 | KGS. | 1,988.201 | CU. FT. |
| | | 23,611.508 | LBS. | 56.300 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **25-AUGUST-2021** | **25-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

# msc  MEDITERRANEAN SHIPPING COMPANY S.A.

**SEA WAYBILL No.**  **MEDUT9329821**

"Port-to-Port" or "Combined Transport" (see Clause 1)

**NOT NEGOTIABLE - COPY**

Website: www.msc.com          SCAC Code : MSCU

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

SHIPPER:

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525
PUDONG ROAD
SHANGHAI, 200135

EMAIL:

CONSIGNEE:
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9342516
FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS .COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS EXPRESS RELEASE

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MAERSK ALFIRK - 2104N | SHANGHAI, CHINA | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177QPNPNS10738 | 21-129TPC-DT | LONG BEACH, CA | CHICAGO, IL - RAMP |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R   -   C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**  Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 27-AUGUST-2021 | 27-AUGUST-2021 | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ⬎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9329821**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MSMU6015339** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18876437 | | | |
| MARKS AND NUMBERS: N/M | 597 PACKAGE(S) OF COMPRESSOR CLUTCH | 11,487.370  KGS. | 49.192   CU. M. |
| | | 25,325.316  LBS. | 1,737.186  CU. FT. |
| | V1P04800203 | | |
| | TOTAL NUMBER OF PACKAGES: 597    **TOTAL:** | 11,487.370  KGS. | 1,737.186  CU. FT. |
| | | 25,325.316  LBS. | 49.192   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **27-AUGUST-2021** | **27-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

# MEDITERRANEAN SHIPPING COMPANY S.A.

**Website:** www.msc.com   SCAC Code : MSCU

| **SEA WAYBILL No.** | **MEDUT9355701** | "Port-to-Port" or "Combined Transport" (see Clause 1) |
| --- | --- | --- |

## NOT NEGOTIABLE - COPY

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
| --- | --- | --- |
| 0   Of   Zero | | 1 |

SHIPPER:

**SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH**

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :
**SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH**

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525   EMAIL:
PUDONG ROAD
SHANGHAI, 200135

CONSIGNEE:

**PANDA LOGISTICS USA, INC.**

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9401104
SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS.  EXPRESS RELEASE OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS THE MERCHANTS ARE LIABLE TO ENSURE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC).

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

**PANDA LOGISTICS USA, INC.**

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
| --- | --- | --- |
| **MSC SOLA - 134N** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
| --- | --- | --- | --- |
| **177UPNPNS10836** | **21-129TPC-DT** | **VANCOUVER, CANADA** | **CHICAGO, IL - RAMP** |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E -  See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
| --- | --- | --- | --- |
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). |
| --- |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO. ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
| --- | --- | --- |
| XXXXXXXXXXXXXXXXX | **2 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
| --- | --- | --- |
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ⏎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9355701**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MSDU7843732** 40' HIGH CUBE SEAL NUMBER:FX19813204 MARKS AND NUMBERS: N/M | 750 PACKAGE(S) OF STEEL CHAISE LOUNGE ALUMINUM BEACH CHAIR | 4,645.000 KGS. 10,240.472 LBS. | 68.000 CU. M. 2,401.379 CU. FT. |
| **FFAU2924855** 40' HIGH CUBE SEAL NUMBER:FX19813004 MARKS AND NUMBERS: N/M | 1067 PACKAGE(S) OF STEEL CHAISE LOUNGE ALUMINUM BEACH CHAIR | 6,016.900 KGS. 13,264.994 LBS. | 68.000 CU. M. 2,401.379 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 1,817 | **TOTAL:** 10,661.900 KGS. 23,505.466 LBS. | 4,802.758 CU. FT. 136.000 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | **www.msc.com**

| **msc** | **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUT9355784** |
|---|---|---|---|

"Port-to-Port" or "Combined Transport" (see Clause 1)

NOT NEGOTIABLE - COPY

Website: www.msc.com          SCAC Code : MSCU

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525     EMAIL:
PUDONG ROAD
SHANGHAI, 200135

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

LLOYDS/IMO NUMBER: 9401104
FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENSURE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS EXPRESS RELEASE

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC SOLA - 134N** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177UPNPNS10806** | **21-129TPC-DT** | **VANCOUVER, CANADA** | **CHICAGO, IL - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R   -   C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **2 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE |
|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ⏎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9355784**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MEDU4889645** 40' HIGH CUBE SEAL NUMBER:FX19813166 MARKS AND NUMBERS: N/M | 26 PACKAGE(S) OF GUARD GP-RDTR/PANEL AS/ENCLOSURE GP/DOOR | 4,217.000 KGS. 9,296.894 LBS. | 26.500 CU. M. 935.832 CU. FT. |
| **MEDU8745380** 40' HIGH CUBE SEAL NUMBER:FX19813066 MARKS AND NUMBERS: N/M | 8 PACKAGE(S) OF GUARD GP-RDTR/PANEL AS/ENCLOSURE GP/DOOR | 6,400.000 KGS. 14,109.585 LBS. | 46.000 CU. M. 1,624.462 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 34 | **TOTAL:** 10,617.000 KGS. 23,406.478 LBS. | 2,560.294 CU. FT. 72.500 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

| **msc** | **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUT9355792** | "Port-to-Port" or "Combined Transport" (see Clause 1) |
|---|---|---|---|---|

**NOT NEGOTIABLE - COPY**

Website: www.msc.com   SCAC Code : MSCU

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

SHIPPER:

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525 PUDONG ROAD
SHANGHAI, 200135   EMAIL:

CONSIGNEE:

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9401104
(WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC) OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS . COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC SOLA - 134N | SHANGHAI, CHINA | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS10807 | 21-129TPC-DT | VANCOUVER, CANADA | CHICAGO, IL - RAMP |

PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 2 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 03-SEPTEMBER-2021 | 03-SEPTEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017   TERMS CONTINUED ON REVERSE ♩

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

**MEDUT9355792**

Page 1 of 1

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **MSMU7862019** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX19814146 | | | | | |
| MARKS AND NUMBERS: N/M | 20 PACKAGE(S) OF WHEEL-REAR | 19,558.000 | KGS. | 27.000 | CU. M. |
| | | 43,118.009 | LBS. | 953.489 | CU. FT. |
| | | | | | |
| **MSMU8582291** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX19814098 | | | | | |
| MARKS AND NUMBERS: N/M | 16 PACKAGE(S) OF WHEEL-REAR | 19,376.000 | KGS. | 22.000 | CU. M. |
| | | 42,716.768 | LBS. | 776.917 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 36                     TOTAL: | 38,934.000 | KGS. | 1,730.406 | CU. FT. |
| | | 85,834.777 | LBS. | 49.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件詳请见网站 | www.msc.com

# MSC

## MEDITERRANEAN SHIPPING COMPANY S.A.

Website: www.msc.com          SCAC Code : MSCU

### SEA WAYBILL No.          **MEDUT9355800**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
|---|---|---|
| 0   Of   Zero | | 1 |

SHIPPER:
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH
ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525 PUDONG ROAD
SHANGHAI, 200135          EMAIL:

CONSIGNEE:
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9401104
THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL EXPRESS RELEASE (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC), SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC SOLA - 134N** | **SHANGHAI** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177UPNPNS10808** | **21-129TPC-DT** | **VANCOUVER, CANADA** | **CHICAGO, IL, UNITED STATES - RAMP** |

### P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **2 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **07-SEPTEMBER-2021** | **07-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED  ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

RIDER PAGE

Page 1 of 1

**MEDUT9355800**

| CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER – NOT CHECKED BY CARRIER – CARRIER NOT RESPONSIBLE (see Clause 14) | | | |
|---|---|---|---|
| **Container Numbers, Seal Numbers and Marks** | **Description of Packages and Goods**<br>(Continued on further Sea Waybill Rider page(s), if applicable) | **Gross Cargo Weight** | **Measurement** |
| **BMOU6180447**<br>40' HIGH CUBE<br>SEAL NUMBER:FX19813110<br>MARKS AND NUMBERS: N/M | 78 PACKAGE(S) OF ROD AS VALVE GP QD 1 32 | 11,503.770  KGS.<br>25,361.472  LBS. | 26.490   CU. M.<br>935.478  CU. FT. |
| **TCNU1508199**<br>40' HIGH CUBE<br>SEAL NUMBER:FX19814133<br>MARKS AND NUMBERS: N/M | 29 PACKAGE(S) OF ROD AS VALVE GP QD 1 32 | 7,567.410  KGS.<br>16,683.283  LBS. | 18.610   CU. M.<br>657.201  CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 107                    TOTAL: | 19,071.180  KGS.<br>42,044.755  LBS. | 1,592.679  CU. FT.<br>45.100   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **07-SEPTEMBER-2021** | **07-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

| **msc** **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUT9355818** |
|---|---|---|

"Port-to-Port" or "Combined Transport" (see Clause 1)

**NOT NEGOTIABLE - COPY**

| Website: www.msc.com | SCAC Code : MSCU | NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|---|---|
| | | 0   Of   Zero | 1 |

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH
ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525
PUDONG ROAD    EMAIL:
SHANGHAI, 200135

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
LLOYDS/IMO NUMBER: 9401104
(WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)**
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC SOLA - 134N | SHANGHAI, CHINA | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS10809 | 21-129TPC-DT | VANCOUVER, CANADA | CHICAGO, IL - RAMP |

**PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).**

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXX | 2 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 03-SEPTEMBER-2021 | 03-SEPTEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED ON REVERSE ↲

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9355818**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE ( see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **CXDU2062297** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX19813020 | | | |
| MARKS AND NUMBERS: N/M | 9 PACKAGE(S) OF 3622674ROLLOVER AS/5800027PLATFORM AS | 3,600.000 KGS. | 35.000 CU. M. |
| | | 7,936.641 LBS. | 1,236.004 CU. FT. |
| **UETU5582375** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX19813108 | | | |
| MARKS AND NUMBERS: N/M | 9 PACKAGE(S) OF 3622674ROLLOVER AS/5800027PLATFORM AS | 3,600.000 KGS. | 35.000 CU. M. |
| | | 7,936.641 LBS. | 1,236.004 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 18 | **TOTAL:** 7,200.000 KGS. | 2,472.008 CU. FT. |
| | | 15,873.283 LBS. | 70.000 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

## m s c   MEDITERRANEAN SHIPPING COMPANY S.A.

**SEA WAYBILL No.**

**MEDUT9355826**

"Port-to-Port" or "Combined Transport" (see Clause 1)

NOT NEGOTIABLE - COPY

Website: www.msc.com          SCAC Code : MSCU

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH
ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH
ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525
PUDONG ROAD
SHANGHAI, 200135          EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
LLOYDS/IMO NUMBER: 9401104
OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS EXPRESS RELEASE COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION

**NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)**
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC SOLA - 134N** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177UPNPNS10810** | **21-129TPC-DT** | **VANCOUVER, CANADA** | **CHICAGO, IL - RAMP** |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R -  N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E  -  See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited.

**FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).**

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 03-SEPTEMBER-2021 | 03-SEPTEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED ON REVERSE ⤵

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | **www.msc.com**

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

## SEA WAYBILL No.

**RIDER PAGE**

Page 1 of 1

**MEDUT9355826**

---

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **MEDU4715685** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX19813157 | | | | | |
| MARKS AND NUMBERS: N/M | 2 PACKAGE(S) OF CAB AR | 3,640.000 | KGS. | 20.460 | CU. M. |
| | | 8,024.826 | LBS. | 722.533 | CU. FT. |
| | **TOTAL NUMBER OF PACKAGES: 2** | **TOTAL:** 3,640.000 | KGS. | 722.533 | CU. FT. |
| | | 8,024.826 | LBS. | 20.460 | cu. m. |

---

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

# MSC

## MEDITERRANEAN SHIPPING COMPANY S.A.

Website: www.msc.com                SCAC Code : MSCU

## SEA WAYBILL No.

**NOT NEGOTIABLE - COPY**

**MEDUT9356022**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| **0**   Of   **Zero** | **1** |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525 PUDONG ROAD
SHANGHAI, 200135                EMAIL:

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

LLOYDS/IMO NUMBER: 9401104
THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS EXPRESS RELEASE FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD-PORT OR CARGO DESTROYED - ALL SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS

**NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **MSC SOLA - 134N** | | **SHANGHAI, CHINA** | **XXXXXXXXXXXXXXX** |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177UPNPNS10830** | **21-129TPC-DT** | **VANCOUVER, CANADA** | **DETROIT, MI - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).**

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **XXXXXXXXXXXXXXXX** | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                TERMS CONTINUED  ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9356022**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSCU5830060 | | | |
| 40' DRY VAN | | | |
| SEAL NUMBER:FX18797804 | | | |
| MARKS AND NUMBERS: N/M | 1268 PACKAGE(S) OF EXHAUST TAILPIPES | 9,649.330   KGS.<br>21,273.131   LBS. | 53.980   CU. M.<br>1,906.271   CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 1,268          TOTAL: | 9,649.330   KGS.<br>21,273.131   LBS. | 1,906.271   CU. FT.<br>53.980   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | **www.msc.com**

# MSC  MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**   SCAC Code : MSCU

## SEA WAYBILL No.   MEDUT9357533

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
|---|---|---|
| 0   Of   Zero | | 1 |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525    EMAIL:
PUDONG ROAD
SHANGHAI, 200135

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9401104
SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS.  COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS THE MERCHANTS ARE LIABLE TO ENSURE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION EXPRESS RELEASE OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC SOLA - 134N** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177UPNPNS10848** | **21-129TPC-DT** | **VANCOUVER, CANADA** | **CHICAGO, IL - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017    TERMS CONTINUED  ON REVERSE ↲

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9357533**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **TCLU9477878** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX19813101 | | | | | |
| MARKS AND NUMBERS: N/M | 195 PACKAGE(S) OF POWER SCOOTER | 9,795.000 | KGS. | 67.200 | CU. M. |
| | | 21,594.279 | LBS. | 2,373.128 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 195 | **TOTAL:** 9,795.000 | KGS. | 2,373.128 | CU. FT. |
| | | 21,594.279 | LBS. | 67.200 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

## MSC

**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com          SCAC Code : MSCU

**SEA WAYBILL No.**

**MEDUT9358283**

"Port-to-Port" or "Combined Transport" (see Clause 1)

NOT NEGOTIABLE - COPY

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525 PUDONG ROAD SHANGHAI, 200135          EMAIL:

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9401104
EXPRESS RELEASE COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC SOLA - 134N | SHANGHAI, CHINA | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS10852 | 21-129TPC-DT | VANCOUVER, CANADA | CHICAGO, IL - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 03-SEPTEMBER-2021 | 03-SEPTEMBER-2021 | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

**MEDUT9358283**

Page 1 of 1

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MEDU7646171 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX19813063 | | | |
| MARKS AND NUMBERS: N/M | 209 PACKAGE(S) OF RUBBER PRODUCTS | 12,776.570 KGS. | 63.330 CU. M. |
| | | 28,167.515 LBS. | 2,236.461 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 209 | **TOTAL:** 12,776.570 KGS. | 2,236.461 CU. FT. |
| | | 28,167.515 LBS. | 63.330 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | MSC Mediterranean Shipping Company S.A. |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | **www.msc.com**

| **msc** | **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUT9358325** |
|---|---|---|---|

"Port-to-Port" or "Combined Transport" (see Clause 1)

**NOT NEGOTIABLE - COPY**

**Website: www.msc.com**    SCAC Code : MSCU

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| **0**   Of   **Zero** | **1** |

SHIPPER:
**SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH**
ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :
**SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH**
ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525    EMAIL:
PUDONG ROAD
SHANGHAI, 200135

CONSIGNEE:
**PANDA LOGISTICS USA, INC.**
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9401104
(WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
**PANDA LOGISTICS USA, INC.**

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC SOLA - 134N** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177UPNPNS10856** | **21-129TPC-DT** | **VANCOUVER, CANADA** | **CHICAGO, IL - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND THAT OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXXX | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED ON REVERSE ↲

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9358325**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| TCNU8279411 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX19814126 | | | | | |
| MARKS AND NUMBERS: N/M | 805 PACKAGE(S) OF JACK PARTS | 18,870.000 | KGS. | 43.550 | CU. M. |
| | | 41,601.229 | LBS. | 1,537.942 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 805 | TOTAL: 18,870.000 | KGS. | 1,537.942 | CU. FT. |
| | | 41,601.229 | LBS. | 43.550 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier |
|---|---|---|
| **03-SEPTEMBER-2021** | **03-SEPTEMBER-2021** | MSC Mediterranean Shipping Company S.A. |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

| **MSC** MEDITERRANEAN SHIPPING COMPANY S.A. | **SEA WAYBILL No.** | **MEDUT9397646** |
|---|---|---|

"Port-to-Port" or "Combined Transport" (see Clause 1)

NOT NEGOTIABLE - COPY

Website: www.msc.com          SCAC Code : MSCU

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH
ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH
ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525
PUDONG ROAD
SHANGHAI, 200135          EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
LLOYDS IMO NUMBER: 9278155
EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILURE TO COMPLY WILL
RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)**
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC NERISSA - 131N | SHANGHAI, CHINA | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177QPNPNS10872 | 21-129TPC-DT | TACOMA, WA | CLEVELAND, OH - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).**

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 10-SEPTEMBER-2021 | 10-SEPTEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED ON REVERSE ⤸

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | **www.msc.com**

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

**MEDUT9397646**

Page 1 of 1

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| BEAU4280102 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18851679 | | | |
| MARKS AND NUMBERS: N/M | 24 PACKAGE(S) OF SYNTHETIC PAPER | 18,395.470  KGS.<br>40,555.069  LBS. | 24.000  CU. M.<br>847.546  CU. FT. |
| | V1P04830168 | | |
| | TOTAL NUMBER OF PACKAGES: 24 | **TOTAL:** 18,395.470  KGS.<br>40,555.069  LBS. | 847.546  CU. FT.<br>24.000  cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **10-SEPTEMBER-2021** | **10-SEPTEMBER-2021** | |

**Sea Waybill U.S. Edition - 01/2017**

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

| | | |
|---|---|---|
| **msc** MEDITERRANEAN SHIPPING COMPANY S.A.<br>Website: www.msc.com          SCAC Code : MSCU | **SEA WAYBILL No.**<br>NOT NEGOTIABLE - COPY | **MEDUT9398479**<br>"Port-to-Port" or "Combined Transport" (see Clause 1) |

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0    Of    Zero | 1 |

SHIPPER:

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525
PUDONG ROAD
SHANGHAI, 200135

CONSIGNEE:

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9295165
SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). EXPRESS RELEASE FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC DAISY - 136N** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177UPNPNS10901** | **21-129TPC-DT** | **PRINCE RUPERT, CANADA** | **CHICAGO, IL - RAMP** |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E  - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods<br>(Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND THAT OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXXX | **2 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **10-SEPTEMBER-2021** | **10-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9398479**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **FFAU2500440** <br> 40' HIGH CUBE <br> SEAL NUMBER:FX18848241 <br><br> MARKS AND NUMBERS: N/M | 6 PACKAGE(S) OF WHEEL-REAR | 18,642.000  KGS. <br> 41,098.575  LBS. | 24.000  CU. M. <br> 847.546  CU. FT. |
| **INKU6674990** <br> 40' HIGH CUBE <br> SEAL NUMBER:FX18845864 <br><br> MARKS AND NUMBERS: N/M | 16 PACKAGE(S) OF WHEEL-REAR | 19,376.000  KGS. <br> 42,716.768  LBS. | 22.000  CU. M. <br> 776.917  CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 22    **TOTAL:** | 38,018.000  KGS. <br> 83,815.343  LBS. | 1,624.462  CU. FT. <br> 46.000  cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier <br> MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **10-SEPTEMBER-2021** | **10-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

| **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUT9398602** |
|---|---|---|

Website: www.msc.com          SCAC Code : MSCU

"Port-to-Port" or "Combined Transport" (see Clause 1)

**NOT NEGOTIABLE - COPY**

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0    Of    Zero | 1 |

SHIPPER:

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525
PUDONG ROAD
SHANGHAI, 200135

CONSIGNEE:

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9318187
COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL
EXTENT. ANY REJECTION (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). SHIPPER DECLARES
THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE
MERCHANTS FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL IMPORTS INTO CANADA ARE
SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS EXPRESS RELEASE

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| GENOVA - 135N | SHANGHAI | XXXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS10915 | 21-129TPC-DT | VANCOUVER, CANADA | CHICAGO, IL, UNITED STATES - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E -  See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless
otherwise stated herein the total number or quantity of containers or other packages or units
indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the
Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever
is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS
AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE
OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO
SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE
INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF
THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to
the Consignee or his authorized representatives. This Sea Waybill is not a document of title to
the Goods and delivery will made, after payment of any outstanding Freight and changes, only
on provision of proper proof of identity and authorization at the Port of Discharge or Place of
Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 2 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 10-SEPTEMBER-2021 | 10-SEPTEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9398602**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MSDU7410239**<br>40' HIGH CUBE<br>SEAL NUMBER:FX18876963<br>MARKS AND NUMBERS: N/M | 69 PACKAGE(S) OF HOUSINGCLUTCH CARRIERBEARING | 14,534.360  KGS.<br>32,042.779  LBS. | 21.580  CU. M.<br>762.085  CU. FT. |
| **BMOU6872379**<br>40' HIGH CUBE<br>SEAL NUMBER:FX18876923<br>MARKS AND NUMBERS: N/M | 77 PACKAGE(S) OF HOUSINGCLUTCH CARRIERBEARING | 14,872.920  KGS.<br>32,789.176  LBS. | 25.400  CU. M.<br>896.986  CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 146                         TOTAL: | 29,407.280  KGS.<br>64,831.955  LBS. | 1,659.071  CU. FT.<br>46.980  cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **10-SEPTEMBER-2021** | **10-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | **www.msc.com**

# msc

## MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**          SCAC Code : MSCU

### SEA WAYBILL No.          **MEDUT9398677**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0    Of    Zero | 1 |

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH
ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525   EMAIL:
PUDONG ROAD
SHANGHAI, 200135

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
LLOYDS/IMO NUMBER: 9318187
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS /WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)**
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| GENOVA - 135N | SHANGHAI, CHINA | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS10922 | 21-129TPC-DT | VANCOUVER, CANADA | DETROIT, MI - RAMP |

**PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).**

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 10-SEPTEMBER-2021 | 10-SEPTEMBER-2021 | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9398677**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSMU6332117 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877160 | | | |
| MARKS AND NUMBERS: N/M | 110 PACKAGE(S) OF PALM SPRINGS SET | 7,207.200 KGS.<br>15,889.156 LBS. | 68.000 CU. M.<br>2,401.379 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 110 **TOTAL:** | 7,207.200 KGS.<br>15,889.156 LBS. | 2,401.379 CU. FT.<br>68.000 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier |
|---|---|---|
| **10-SEPTEMBER-2021** | **10-SEPTEMBER-2021** | MSC Mediterranean Shipping Company S.A. |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

## MEDITERRANEAN SHIPPING COMPANY S.A.

**Website:** www.msc.com

SCAC Code : MSCU

### SEA WAYBILL No.

**MEDUT9405886**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| **0** Of **Zero** | **1** |

SHIPPER:

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525 PUDONG ROAD
SHANGHAI, 200135

EMAIL:

CONSIGNEE:
**PANDA LOGISTICS USA, INC.**

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS IMO NUMBER: 9278155
EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
**PANDA LOGISTICS USA, INC.**

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING: | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC NERISSA - 131N** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177QPNPNS10935** | **21-129TPC-DT** | **TACOMA, WA** | **DETROIT, MI - RAMP** |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES  Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXX | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **10-SEPTEMBER-2021** | **10-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

TERMS CONTINUED ON REVERSE ↵

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



| **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUT9405886** |
|---|---|---|
| Website: www.msc.com | **RIDER PAGE** | |
| SCAC Code : MSCU | Page 1 of 1 | |

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| CAAU5824183 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18849314 | | | |
| MARKS AND NUMBERS: N/M | 110 PACKAGE(S) OF PALM SPRINGS SET | 7,207.200 KGS. | 68.000 CU. M. |
| | | 15,889.156 LBS. | 2,401.379 CU. FT. |
| | V1P04830200 | | |
| | TOTAL NUMBER OF PACKAGES: 110 | **TOTAL:** 7,207.200 KGS. | 2,401.379 CU. FT. |
| | | 15,889.156 LBS. | 68.000 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **10-SEPTEMBER-2021** | **10-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

# msc  MEDITERRANEAN SHIPPING COMPANY S.A.

Website: www.msc.com                    SCAC Code : MSCU

## SEA WAYBILL No.                    MEDUT9457101

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525   EMAIL:
PUDONG ROAD
SHANGHAI, 200135

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9318187
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS /WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| GENOVA - 135N | SHANGHAI, CHINA | XXXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS11023 | 21-129TPC-DT | VANCOUVER, CANADA | DETROIT, MI - RAMP |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**  Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 10-SEPTEMBER-2021 | 10-SEPTEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9457101**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSMU6332143 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877156 | | | |
| MARKS AND NUMBERS: N/M | 198 CARTON(S) OF DENALI CHAIR /DENALI TABLE | 5,076.060  KGS. | 68.000   CU. M. |
| | | 11,190.797  LBS. | 2,401.379  CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 198 | **TOTAL:** 5,076.060  KGS. | 2,401.379  CU. FT. |
| | | 11,190.797  LBS. | 68.000   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **10-SEPTEMBER-2021** | **10-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

# MSC

## MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**     SCAC Code : MSCU

## SEA WAYBILL No.

NOT NEGOTIABLE - COPY

**MEDUT9457150**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH
ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH
ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525
PUDONG ROAD
SHANGHAI, 200135

EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9318187
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OR IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| GENOVA - 135N | SHANGHAI, CHINA | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS11028 | 21-129TPC-DT | VANCOUVER, CANADA | CHICAGO, IL - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (See Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 10-SEPTEMBER-2021 | 10-SEPTEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017     TERMS CONTINUED ON REVERSE ↲

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9457150**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE ( see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSMU6330120 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18877158 | | | |
| MARKS AND NUMBERS: N/M | 110 PACKAGE(S) OF PALM SPRINGS SET | 7,207.200 KGS. | 68.000 CU. M. |
| | | 15,889.156 LBS. | 2,401.379 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 110         TOTAL: | 7,207.200 KGS. | 2,401.379 CU. FT. |
| | | 15,889.156 LBS. | 68.000 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **10-SEPTEMBER-2021** | **10-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

# msc MEDITERRANEAN SHIPPING COMPANY S.A.

**SEA WAYBILL No.**     **MEDUT9457168**    "Port-to-Port" or "Combined Transport" (see Clause 1)

NOT NEGOTIABLE - COPY

Website: www.msc.com     SCAC Code : MSCU

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525 PUDONG ROAD    EMAIL:
SHANGHAI, 200135

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

LLOYDS/IMO NUMBER: 9318187
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS /WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| GENOVA - 135N | SHANGHAI, CHINA | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS11029 | 21-129TPC-DT | VANCOUVER, CANADA | CHICAGO, IL - RAMP |

PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied by the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**  Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 10-SEPTEMBER-2021 | 10-SEPTEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017      TERMS CONTINUED ON REVERSE ♫

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9457168**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| MSMU6330243 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18877154 | | | | | |
| MARKS AND NUMBERS: N/M | 198 PACKAGE(S) OF DENALI CHAIR /DENALI TABLE | 5,076.060 | KGS. | 68.000 | CU. M. |
| | | 11,190.797 | LBS. | 2,401.379 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 198 | TOTAL: 5,076.060 | KGS. | 2,401.379 | CU. FT. |
| | | 11,190.797 | LBS. | 68.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **10-SEPTEMBER-2021** | **10-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详读见网站 | www.msc.com

| **msc** MEDITERRANEAN SHIPPING COMPANY S.A. | SEA WAYBILL No. | MEDUT9457176 |
|---|---|---|

"Port-to-Port" or "Combined Transport" (see Clause 1)

NOT NEGOTIABLE - COPY

Website: www.msc.com          SCAC Code : MSCU

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH
ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525          EMAIL:
PUDONG ROAD
SHANGHAI, 200135

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
LLOYDS/IMO NUMBER: 9318187
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS /WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| GENOVA - 135N | SHANGHAI, CHINA | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS11030 | 21-129TPC-DT | VANCOUVER, CANADA | CHICAGO, IL - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 10-SEPTEMBER-2021 | 10-SEPTEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED ON REVERSE ↲

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9457176**

**CONTI NUATI ON  OF  PARTI CULARS  FURNI SHED  BY  THE  SHI PPER -  NOT  CHECKED  BY  CARRI ER -  CARRI ER  NOT  RESPONSI BLE  ( s e e  Cl a us e  1 4 )**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **MSMU6331888** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18877157 | | | | | |
| MARKS AND NUMBERS: N/M | 110 PACKAGE(S) OF PALM SPRINGS SET | 7,207.200 | KGS. | 68.000 | CU. M. |
| | | 15,889.156 | LBS. | 2,401.379 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 110    **TOTAL:** | 7,207.200 | KGS. | 2,401.379 | CU. FT. |
| | | 15,889.156 | LBS. | 68.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **10-SEPTEMBER-2021** | **10-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提単的条款和条件詳请见网站 | www.msc.com

# MSC

**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com              SCAC Code : MSCU

**SEA WAYBILL No.**                                    **MEDUT9457200**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0    Of    Zero | 1 |

SHIPPER:
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH
ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525     EMAIL:
PUDONG ROAD
SHANGHAI, 200135

CONSIGNEE:
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9318187
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS /WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING: | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| GENOVA - 135N | SHANGHAI, CHINA | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS11032 | 21-129TPC-DT | VANCOUVER, CANADA | CHICAGO, IL - RAMP |

**PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 10-SEPTEMBER-2021 | 10-SEPTEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ⬎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9457200**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| BMOU5921777 | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18847103 | | | |
| MARKS AND NUMBERS: N/M | 1212 PACKAGE(S) OF HEATER CZ35E | 7,848.000  KGS. | 66.300  CU. M. |
| | | 17,301.878  LBS. | 2,341.345  CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 1,212 | **TOTAL:** 7,848.000  KGS. | 2,341.345  CU. FT. |
| | | 17,301.878  LBS. | 66.300  cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **10-SEPTEMBER-2021** | **10-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

# msc
## MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**          SCAC Code : MSCU

| SEA WAYBILL No. | **MEDUT9503557** |
|---|---|

"Port-to-Port" or "Combined Transport" (see Clause 1)

NOT NEGOTIABLE - COPY

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| **0** Of **Zero** | **1** |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525     EMAIL:
PUDONG ROAD
SHANGHAI, 200135

**CONSIGNEE:**

**PANDA LOGISTICS USA, INC.**

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

WINTER CLAUSE: CARRIER HAS NO LIABILITY OF RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9295165
EXPRESS RELEASE COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC).

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC DAISY - 136N** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177UPNPNS11097** | **21-129TPC-DT** | **PRINCE RUPERT, CANADA** | **CHICAGO, IL - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
|  | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** |  |  |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited.

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (See Clause 16). |
|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO. ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXXX | **1 cntr** |  |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **05-OCTOBER-2021** | **05-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED  ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9503557**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| FFAU1921297 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20071975 | | | | | |
| MARKS AND NUMBERS: N/M | 390 PACKAGE(S) OF EXERCISE EQUIPMENT | 17,881.500 | KGS. | 51.480 | CU. M. |
| | | 39,421.959 | LBS. | 1,817.985 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 390    TOTAL: | 17,881.500 | KGS. | 1,817.985 | CU. FT. |
| | | 39,421.959 | LBS. | 51.480 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **05-OCTOBER-2021** | **05-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

| **msc** MEDITERRANEAN SHIPPING COMPANY S.A. | **SEA WAYBILL No.** | **MEDUT9503599** |
|---|---|---|
| Website: www.msc.com        SCAC Code : MSCU | NOT NEGOTIABLE - COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |

| | NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|---|
| | 0   Of   Zero | 1 |

SHIPPER:

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525   EMAIL:
PUDONG ROAD
SHANGHAI, 200135

CONSIGNEE:

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

WINTER CLAUSE: CARRIER HAS NO LIABILITY OF RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS. AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9295165
OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS.SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATION . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS EXPRESS RELEASE COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNT6 (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC DAISY - 136N | SHANGHAI, CHINA | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS11101 | 21-129TPC-DT | PRINCE RUPERT, CANADA | CHICAGO, IL - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E  -  See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited.

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO. ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 05-OCTOBER-2021 | 05-OCTOBER-2021 | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED ON REVERSE ♩

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9503599**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MSMU8782411** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18797398 | | | |
| MARKS AND NUMBERS: N/M | 24 PACKAGE(S) OF WOVEN FABRIC OF ROVINGS | 24,350.000 KGS.<br>53,682.561 LBS. | 30.000 CU. M.<br>1,059.432 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 24    **TOTAL:** | 24,350.000 KGS.<br>53,682.561 LBS. | 1,059.432 CU. FT.<br>30.000 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier |
|---|---|---|
| **05-OCTOBER-2021** | **05-OCTOBER-2021** | MSC Mediterranean Shipping Company S.A. |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

| **msc** | **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | | **MEDUT9503607** | "Port-to-Port" or "Combined Transport" (see Clause 1) |
|---|---|---|---|---|---|
| | | NOT NEGOTIABLE - COPY | | | |
| | Website: www.msc.com   SCAC Code : MSCU | NO. & SEQUENCE OF SEA WAYBILLS **0   Of   Zero** | | NO. OF RIDER PAGES **1** | |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :

**SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH**

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525 PUDONG ROAD
SHANGHAI, 200135        EMAIL:

**CONSIGNEE:**

**PANDA LOGISTICS USA, INC.**

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9266165
THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS - (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). IMPORTED INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED – ALL

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
**PANDA LOGISTICS USA, INC.**

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) **MSC DAISY - 136N** | | PORT OF LOADING **SHANGHAI, CHINA** | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) **XXXXXXXXXXXXXXXX** |
|---|---|---|---|
| BOOKING REF. **177UPNPNS11102** | SERVICE CONTRACT NUMBER **21-129TPC-DT** | PORT OF DISCHARGE **PRINCE RUPERT, CANADA** | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) **CHICAGO, IL - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E -  See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) **XXXXXXXXXXXXXXXX** | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) **2 cntrs** | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE **05-OCTOBER-2021** | SHIPPED ON BOARD DATE **05-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ⏎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9503607**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MSMU6339153** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18880403 | | | |
| MARKS AND NUMBERS: N/M | 11 PACKAGE(S) OF LEVER SUPPORT RH | 18,950.000 KGS. | 21.299 CU. M. |
| | | 41,777.599 LBS. | 752.161 CU. FT. |
| **MSMU6339370** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX18880420 | | | |
| MARKS AND NUMBERS: N/M | 9 PACKAGE(S) OF LEVER SUPPORT RH | 18,920.000 KGS. | 21.411 CU. M. |
| | | 41,711.460 LBS. | 756.117 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 20 | **TOTAL:** 37,870.000 KGS. | 1,508.278 CU. FT. |
| | | 83,489.059 LBS. | 42.710 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **05-OCTOBER-2021** | **05-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

| **MSC** **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUT9503623** |
|---|---|---|
| Website: www.msc.com  SCAC Code : MSCU | NOT NEGOTIABLE - COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH
ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525   EMAIL:
PUDONG ROAD
SHANGHAI, 200135

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OF RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9295165
OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS . (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO CAGO POINT OR CARGO DESTROYED - ALL IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS EXPRESS RELEASE COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC DAISY - 136N | SHANGHAI, CHINA | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS11104 | 21-129TPC-DT | PRINCE RUPERT, CANADA | CHICAGO, IL - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E -  See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO. ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 05-OCTOBER-2021 | 05-OCTOBER-2021 | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ⤴

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9503623**

**CONTI NUATI ON OF PARTI CULARS FURNI SHED BY THE SHI PPER - NOT CHECKED BY CARRI ER - CARRI ER NOT RESPONSI BLE ( s e e Cl a u s e 1 4 )**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| MSMU6343256 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX18872329 | | | | | |
| MARKS AND NUMBERS: N/M | 12 PACKAGE(S) OF HOUSING BEARING | 3,406.000 | KGS. | 10.370 | CU. M. |
| | | 7,508.945 | LBS. | 366.210 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 12            TOTAL: | 3,406.000 | KGS. | 366.210 | CU. FT. |
| | | 7,508.945 | LBS. | 10.370 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **05-OCTOBER-2021** | **05-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

# msc   MEDITERRANEAN SHIPPING COMPANY S.A.

**Website:** www.msc.com          SCAC Code : MSCU

## SEA WAYBILL No.          MEDUT9547224

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

SHIPPER:

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525      EMAIL:
PUDONG ROAD
SHANGHAI, 200135

CONSIGNEE:

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF
NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS
FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS. IN SUCH TEMPERATURES
LLOYDS/IMO NUMBER: 9295165
COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS
COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC DAISY - 136N | SHANGHAI, CHINA | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177QPNPNS11210 | 21-129TPC-DT | TACOMA, WA | COLUMBUS, OH - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R   -   C A R R I E R   N O T   R E S P O N S I B L E -   See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 05-OCTOBER-2021 | 05-OCTOBER-2021 | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED ON REVERSE ⤸

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9547224**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MEDU1018413 | | | |
| 20' DRY VAN | | | |
| SEAL NUMBER:FX21036569 | | | |
| MARKS AND NUMBERS: N/M | 20 PACKAGE(S) OF TAPERED ROLLER BEARING | 17,198.000 KGS. | 14.860 CU. M. |
| | | 37,915.100 LBS. | 524.772 CU. FT. |
| | V1P04834400 | | |
| | TOTAL NUMBER OF PACKAGES: 20 | **TOTAL:** 17,198.000 KGS. | 524.772 CU. FT. |
| | | 37,915.100 LBS. | 14.860 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **05-OCTOBER-2021** | **05-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# msc  MEDITERRANEAN SHIPPING COMPANY S.A.

**Website:** www.msc.com   SCAC Code : MSCU

## SEA WAYBILL No.   **MEDUT9646208**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH
ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525
PUDONG ROAD
SHANGHAI, 200135    EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OF RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF
NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS
FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9295165
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS COSTS/FINES/PENALTIES
WILL BE FOR SHIPPERS ACCOUNTS OF IMPORT VESSEL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS THE MERCHANTS ARE LIABLE TO ENSURE
AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY
WITH  ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL (WOODEN
PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC).

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC DAISY - 136N** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177UPNPNS11314** | 21-129TPC-DT | **PRINCE RUPERT, CANADA** | **CHICAGO, IL - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).**

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless
otherwise stated herein the total number or quantity of containers or other packages or units
indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the
Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever
is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS
AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE
OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO
SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE
INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF
THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to
the Consignee or his authorized representatives. This Sea Waybill is not a document of title to
the Goods and delivery will made, after payment of any outstanding Freight and changes, only
on provision of proper proof of identity and authorization at the Port of Discharge or Place of
Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **05-OCTOBER-2021** | **05-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017    TERMS CONTINUED  ON REVERSE ⤵

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9646208**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| TLLU3268950 | | | | | |
| 20' DRY VAN | | | | | |
| SEAL NUMBER:FX21037360 | | | | | |
| MARKS AND NUMBERS: N/M | 680 PACKAGE(S) OF PLASTICS CUBE | 17,136.000 | KGS. | 17.000 | CU. M. |
| | | 37,778.413 | LBS. | 600.345 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 680           TOTAL: | 17,136.000 | KGS. | 600.345 | CU. FT. |
| | | 37,778.413 | LBS. | 17.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **05-OCTOBER-2021** | **05-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

| **msc** **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUT9674408** "Port-to-Port" or "Combined Transport" (see Clause 1) |
|---|---|---|

**NOT NEGOTIABLE - COPY**

| Website: www.msc.com | SCAC Code : MSCU |
|---|---|

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

SHIPPER:

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

FORWARDING AGENT :

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 601,WEST BUILDING CHINA PETROCHEMICAL TOWER 1525    EMAIL:
PUDONG ROAD
SHANGHAI, 200135

CONSIGNEE:

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF
NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS
FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS. IN SUCH TEMPERATURES -
LLOYDS/IMO NUMBER: 9295165
COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15
REGULATIONS : EXPRESS RELEASE FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC DAISY - 136N** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177QPNPNS11472** | **21-129TPC-DT** | **TACOMA, WA** | **CLEVELAND, OH - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R   -   C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE |
|---|---|
| **05-OCTOBER-2021** | **05-OCTOBER-2021** |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9674408**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| TLLU3260883 | | | |
| 20' DRY VAN | | | |
| SEAL NUMBER:FX21037464 | | | |
| MARKS AND NUMBERS: N/M | 80 PACKAGE(S) OF PLASTICS CUBE | 17,720.000   KGS. 39,065.913   LBS. | 25.000   CU. M. 882.860   CU. FT. |
| | V1P04834442 | | |
| | TOTAL NUMBER OF PACKAGES: 80      TOTAL: | 17,720.000   KGS. 39,065.913   LBS. | 882.860   CU. FT. 25.000   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **05-OCTOBER-2021** | **05-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомпления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

| **msc** MEDITERRANEAN SHIPPING COMPANY S.A. | | **SEA WAYBILL No.** | **MEDUT9725663** |
|---|---|---|---|
| | | NOT NEGOTIABLE - COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |
| Website: www.msc.com | SCAC Code : MSCU | NO. & SEQUENCE OF SEA WAYBILLS 0 Of Zero | NO. OF RIDER PAGES 1 |

| SHIPPER: SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE | FORWARDING AGENT : SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA SHANGHAI, 200135 EMAIL: |
|---|---|
| CONSIGNEE: PANDA LOGISTICS USA, INC. ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 | CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD) WINTER CLAUSE: CARRIER HAS NO LIABILITY OF RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES. LLOYDS/IMO NUMBER: 9398383 FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS , OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS EXPRESS RELEASE (WODDEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENSURE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS |
| NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20) PANDA LOGISTICS USA, INC. ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB | |

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) MSC LUCIANA - 137A | PORT OF LOADING SHANGHAI, CHINA | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) XXXXXXXXXXXXXXXX |
|---|---|---|
| BOOKING REF. 177UPNPNS11494 | SERVICE CONTRACT NUMBER 21-129TPC-DT | PORT OF DISCHARGE VANCOUVER, CANADA | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) CHICAGO, IL - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER. Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill. IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill. |
|---|---|

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) XXXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) 1 cntr | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE 01-OCTOBER-2021 | SHIPPED ON BOARD DATE 01-OCTOBER-2021 | |

Sea Waybill U.S. Edition - 01/2017 | TERMS CONTINUED ON REVERSE ⤴

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9725663**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MSMU6045082** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX20030627 | | | |
| MARKS AND NUMBERS: N/M | 1775 PACKAGE(S) OF BRUSH | 10,277.500 KGS. | 61.040 CU. M. |
| | | 22,658.009 LBS. | 2,155.591 CU. FT. |
| | **TOTAL NUMBER OF PACKAGES: 1,775** | **TOTAL:** 10,277.500 KGS. | 2,155.591 CU. FT. |
| | | 22,658.009 LBS. | 61.040 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **01-OCTOBER-2021** | **01-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# **msc** MEDITERRANEAN SHIPPING COMPANY S.A.

Website: www.msc.com                SCAC Code : MSCU

**SEA WAYBILL No.**                **MEDUT9725689**

"Port-to-Port" or "Combined Transport" (see Clause 1)

NOT NEGOTIABLE - COPY

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA          EMAIL:
SHANGHAI, 200135

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

WINTER CLAUSE: CARRIER HAS NO LIABILITY OF RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES. LLOYDS/IMO NUMBER: 9398383
FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS . COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC), OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T: 310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC LUCIANA - 137A | SHANGHAI, CHINA | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS11496 | 21-129TPC-DT | VANCOUVER, CANADA | CHICAGO, IL - RAMP |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E -  See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 01-OCTOBER-2021 | 01-OCTOBER-2021 | |

Sea Waybill U.S. Edition - 01/2017                TERMS CONTINUED  ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT9725689**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MSMU7620519** | | | |
| 40' HIGH CUBE | | | |
| SEAL NUMBER:FX20092733 | | | |
| MARKS AND NUMBERS: N/M | 110 PACKAGE(S) OF PALM SPRINGS SET | 7,207.200 KGS. | 68.000 CU. M. |
| | | 15,889.156 LBS. | 2,401.379 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 110 | **TOTAL:** 7,207.200 KGS. | 2,401.379 CU. FT. |
| | | 15,889.156 LBS. | 68.000 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **01-OCTOBER-2021** | **01-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**

SCAC Code : MSCU

## SEA WAYBILL No.

NOT NEGOTIABLE - COPY

**MEDUT9892224**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0 Of Zero | 1 |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA
SHANGHAI, 200135

EMAIL:

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

WINTER CLAUSE: CARRIER HAS NO LIABILITY OF RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9398383
EXPRESS RELEASE COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS.

**NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC LUCIANA - 137A | SHANGHAI, CHINA | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS100123 | 21-129TPC-DT | VANCOUVER, CANADA | DETROIT, MI - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited.

**FREIGHT & CHARGES** Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND THAT OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 01-OCTOBER-2021 | 01-OCTOBER-2021 | |

Sea Waybill U.S. Edition - 01/2017

TERMS CONTINUED ON REVERSE ⏎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# **msc** MEDITERRANEAN SHIPPING COMPANY S.A.

Website: www.msc.com

SCAC Code : MSCU

## SEA WAYBILL No.   MEDUT9892224

RIDER PAGE

Page 1 of 1

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| FFAU2994636 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX20092732 | | | | | |
| MARKS AND NUMBERS: N/M | 110 PACKAGE(S) OF PALM SPRINGS SET | 7,207.200 | KGS. | 68.000 | CU. M. |
| | | 15,889.156 | LBS. | 2,401.379 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 110               **TOTAL:** | 7,207.200 | KGS. | 2,401.379 | CU. FT. |
| | | 15,889.156 | LBS. | 68.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **01-OCTOBER-2021** | **01-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

# MSC

## MEDITERRANEAN SHIPPING COMPANY S.A.

Website: www.msc.com

SCAC Code : MSCU

## SEA WAYBILL No.

NOT NEGOTIABLE - COPY

**MEDUTC063608**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0    Of    Zero | 1 |

**SHIPPER:**

SHENZHEN PACIFIC-NET LOGISTICS INC.SHANGHAI BRANCH

ROOM 606,1395-1397JINQIAO ROAD, PUDONG AVENNE

**FORWARDING AGENT :**

SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH

ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA   EMAIL:
SHANGHAI, 200135

**CONSIGNEE:**

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

WINTER CLAUSE: CARRIER HAS NO LIABILITY OF RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9467433
THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS .
COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC).

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC FLAVIA - 139A** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177QPNPNS100318** | 21-129TPC | **PRINCE RUPERT, CANADA** | **CHICAGO, IL - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **3 cntrs** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **14-OCTOBER-2021** | **14-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ⤴

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**
RIDER PAGE

Page 1 of 1

**MEDUTC063608**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSMU7798310<br>40' HIGH CUBE<br>SEAL NUMBER:FX20090230<br>MARKS AND NUMBERS: N/M | 1044 PACKAGE(S) OF AUTO PARTS,VACUUM CLEANER ACCESSORIES | 6,594.980 KGS.<br>14,539.442 LBS. | 64.400 CU. M.<br>2,274.247 CU. FT. |
| DFSU7113039<br>40' HIGH CUBE<br>SEAL NUMBER:FX20090091<br>MARKS AND NUMBERS: N/M | 918 PACKAGE(S) OF AUTO PARTS,VACUUM CLEANER ACCESSORIES | 4,919.500 KGS.<br>10,845.641 LBS. | 65.500 CU. M.<br>2,313.093 CU. FT. |
| TGHU6072387<br>40' HIGH CUBE<br>SEAL NUMBER:FX20061933<br>MARKS AND NUMBERS: N/M | 234 PACKAGE(S) OF AUTO PARTS,VACUUM CLEANER ACCESSORIES | 12,519.000 KGS.<br>27,599.671 LBS. | 67.101 CU. M.<br>2,369.632 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 2,196 | TOTAL: 24,033.480 KGS.<br>52,984.754 LBS. | 6,956.972 CU. FT.<br>197.001 cu. m. |

PLACE AND DATE OF ISSUE
**14-OCTOBER-2021**

SHIPPED ON BOARD DATE
**14-OCTOBER-2021**

SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier
MSC Mediterranean Shipping Company S.A.

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# msc

## MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**   SCAC Code : MSCU

### SEA WAYBILL No.
NOT NEGOTIABLE - COPY

**MEDUTC325676**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0  Of  Zero | 1 |

**SHIPPER:**
MASTER INTERNATIONAL LOGISTICS (CHINA) CO., LTD.

ROOM 1902, JINLING INTERNATIONAL BLDG, NO.85, OUYANG ROAD,
HONGKOU DISTRICT, SHANGHAI 200081 TEL:021-61420600
FAX:021-61420601

**FORWARDING AGENT :**
SIGMA INTERNATIONAL LOGISTICS (SHANGHAI)CO.,LTD
SMTC-NV00751 ROOM 1002, BLOCK B, NO.269 HAINING ROAD
SHANGHAI, 200000

EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS CHICAGO INC.

1305 WILEY ROAD, STE 102 SCHAUMBURG, IL 60173 TEL: 847-882-2988
X 3022 FAX: 847-882-2933 ELAINE-CHI@PANDALOGUSA.COM

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF
NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS
FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES
LLOYDS/IMO NUMBER: 9282259
COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS
COMPLY WITH  ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL

**NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)**
PANDA LOGISTICS CHICAGO INC.

1305 WILEY ROAD, STE 102 SCHAUMBURG, IL 60173 TEL: 847-882-2988
X 3022 FAX: 847-882-2933 ELAINE-CHI@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC ELA - 142N** | **SHANGHAI** | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177QSGSGS46503** | **21-341TPC-2** | **LOS ANGELES, CA** | **MEMPHIS, TN, UNITED STATES** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E -  See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | MSC Mediterranean Shipping Company S.A. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **26-OCTOBER-2021** | **26-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                  TERMS CONTINUED  ON REVERSE ⏎

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**
RIDER PAGE

Page 1 of 1

**MEDUTC325676**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MSDU8431494**<br><br>40' HIGH CUBE<br><br>SEAL NUMBER:FX21548339<br><br>MARKS AND NUMBERS: PO#522498 SET2006735 SET132389 SET132390 SET1806976 | 348 CARTON(S) OF CATALOG ITEMS 60 CTNS  60  QTY P/O NO. 522498    SKU # SET132389 SEAT ASSY HI BACK 115A LTDREC HEIGHT ADJ  (HTS# 8714200000) 161 CTNS   161  QTY P/O NO. 522498    SKU # SET132390 SEAT ASSY HI BACK 115A LTDREC HEIGHT ADJ  (HTS# 8714200000) 108 CTNS   108  QTY P/O NO. 522498    SKU # SET1806976 SEAT ASSY HI BACK 115A LTDREC HEIGHT ADJ  (HTS# 8714200000) 19 CTNS   19  QTY P/O NO. 522498 SKU # SET2006735 SEAT  HI BACK  BLACK VINYL  22 W X 18  (HTS# 8714200000)<br><br><br>V1P04861445 | 9,705.000   KGS.<br>21,395.863   LBS. | 51.590   CU. M.<br>1,821.870  CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 348                                          TOTAL: | 9,705.000   KGS.<br>21,395.863   LBS. | 1,821.870  CU. FT.<br>51.590   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **26-OCTOBER-2021** | **26-OCTOBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

| **msc** **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUTC394490** |
|---|---|---|

"Port-to-Port" or "Combined Transport" (see Clause 1)

NOT NEGOTIABLE - COPY

| Website: www.msc.com | SCAC Code : MSCU | NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|---|---|
| | | 0   Of   Zero | 1 |

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA
SHANGHAI, 200135                                         EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9461415
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH 4PM/15 REGULATIONS - FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC DEILA - 141S | SHANGHAI, CHINA | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS100595 | 21-129TPC-1 | PRINCE RUPERT, CANADA | DETROIT, MI - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R   -   C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 01-NOVEMBER-2021 | 01-NOVEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUTC394490**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| MSDU8437321 | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX21583273 | | | | | |
| MARKS AND NUMBERS: N/M | 198 PACKAGE(S) OF FURNITURE,DENALI CHAIR DENALI TABLE | 5,076.060 | KGS. | 68.000 | CU. M. |
| | | 11,190.797 | LBS. | 2,401.379 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 198 | **TOTAL:** 5,076.060 | KGS. | 2,401.379 | CU. FT. |
| | | 11,190.797 | LBS. | 68.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **01-NOVEMBER-2021** | **01-NOVEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

---

# msc

## MEDITERRANEAN SHIPPING COMPANY S.A.

Website: www.msc.com                    SCAC Code : MSCU

## SEA WAYBILL No.

NOT NEGOTIABLE - COPY

**MEDUTC394508**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
|---|---|---|
| 0   Of   Zero | | 1 |

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA
SHANGHAI, 200135                    EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF
NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS
FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9461415
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS (WOODEN PALLETS, LOAD
BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE
REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT
ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH #IPM15 REGULATIONS - FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO
LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC DEILA - 141S** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177UPNPNS100596** | 21-129TPC-1 | **PRINCE RUPERT, CANADA** | **DETROIT, MI - RAMP** |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless
otherwise stated herein the total number or quantity of containers or other packages or units
indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the
Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever
is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS
AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE
OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO
SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE
INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF
THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to
the Consignee or his authorized representatives. This Sea Waybill is not a document of title to
the Goods and delivery will made, after payment of any outstanding Freight and changes, only
on provision of proper proof of identity and authorization at the Port of Discharge or Place of
Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **01-NOVEMBER-2021** | **01-NOVEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | **www.msc.com**



**MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**MEDUTC394508**

**RIDER PAGE**

Page 1 of 1

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **MSDU8422240** | | | | | |
| 40' HIGH CUBE | | | | | |
| SEAL NUMBER:FX21583272 | | | | | |
| MARKS AND NUMBERS: N/M | 110 PACKAGE(S) OF FURNITURE,PALM SPRINGS SET | 7,207.200 | KGS. | 68.000 | CU. M. |
| | | 15,889.156 | LBS. | 2,401.379 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 110 **TOTAL:** | 7,207.200 | KGS. | 2,401.379 | CU. FT. |
| | | 15,889.156 | LBS. | 68.000 | cu. m. |

PLACE AND DATE OF ISSUE

**01-NOVEMBER-2021**

SHIPPED ON BOARD DATE

**01-NOVEMBER-2021**

SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier
MSC Mediterranean Shipping Company S.A.

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 阅读背页条款和条件详细说明网站 | www.msc.com

| **MSC** **MEDITERRANEAN SHIPPING COMPANY S.A.** Website: www.msc.com | SCAC Code : MSCU | **SEA WAYBILL No.** NOT NEGOTIABLE - COPY | **MEDUTC414074** "Port-to-Port" or "Combined Transport" (see Clause 1) |
|---|---|---|---|

NO. & SEQUENCE OF SEA WAYBILLS: 0  Of  Zero     NO. OF RIDER PAGES: 1

SHIPPER:
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA

FORWARDING AGENT :
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA
SHANGHAI, 200135      EMAIL:

CONSIGNEE:
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)
WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDSIMO NUMBER: 9481415
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENSURE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS. FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED—ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) **MSC DEILA - 141S** | PORT OF LOADING **SHANGHAI, CHINA** | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) XXXXXXXXXXXXXXXX |
|---|---|---|
| BOOKING REF. **177UPNPNS100619** | SERVICE CONTRACT NUMBER **21-129TPC** | PORT OF DISCHARGE **PRINCE RUPERT, CANADA** | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) **CHICAGO, IL - RAMP** |

PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA the export administration regulations must be complied with by the Merchant. Diversion contrary to US law is prohibited.

FREIGHT & CHARGES  Cargo shall not be delivered unless Freight & charges are paid (see Clause 16):

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and of authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges - see Clause 7.3) XXXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) **1 cntr** | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE **01-NOVEMBER-2021** | SHIPPED ON BOARD DATE **01-NOVEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED ON REVERSE J

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 请申阅本佛阅本的条款 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com

SCAC Code : MSCU

| **SEA WAYBILL No.** | **MEDUTC414074** |
|---|---|
| **RIDER PAGE** | |
| Page 1 of 1 | |

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MEDU4438551<br>40' HIGH CUBE<br>SEAL NUMBER:FX18848397<br><br>MARKS AND NUMBERS: N/M | 8 PACKAGE(S) OF AUTO PARTS,LEVER SUPPORT-RH | 16,980.000 KGS.<br>37,434.492 LBS. | 17.520 CU. M.<br>618.708 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 8                                    TOTAL: | 16,980.000 KGS.<br>37,434.492 LBS. | 618.708 CU. FT.<br>17.520 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. | |
|---|---|---|---|
| **01-NOVEMBER-2021** | **01-NOVEMBER-2021** | | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | **www.msc.com**

# MSC

## MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**          SCAC Code : MSCU

## SEA WAYBILL No.

**NOT NEGOTIABLE - COPY**

**MEDUTC417960**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0  Of  Zero | 1 |

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA
SHANGHAI, 200135          EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9461415
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENSURE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  49PM15 REGULATIONS - FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)**
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC DEILA - 141S | SHANGHAI, CHINA | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177UPNPNS100620 | 21-129TPC-1 | PRINCE RUPERT, CANADA | CHICAGO, IL - RAMP |

### PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited.

**FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).**

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 01-NOVEMBER-2021 | 01-NOVEMBER-2021 | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUTC417960**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| MEDU6028348 | | | | | |
| 20' DRY VAN | | | | | |
| SEAL NUMBER:FX20074460 | | | | | |
| MARKS AND NUMBERS: N/M | 600 PACKAGE(S) OF CONTRUCTION MATERIALS,L CYSTEINE HCL MONOHYDRATE | 15,120.000 | KGS. | 28.000 | CU. M. |
| | | 33,333.894 | LBS. | 988.803 | CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 600    TOTAL: | 15,120.000 | KGS. | 988.803 | CU. FT. |
| | | 33,333.894 | LBS. | 28.000 | cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **01-NOVEMBER-2021** | **01-NOVEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | **www.msc.com**

| **msc** **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUTC434981** |
|---|---|---|

| | | | "Port-to-Port" or "Combined Transport" (see Clause 1) |
|---|---|---|---|
| **Website: www.msc.com** | SCAC Code : MSCU | NOT NEGOTIABLE - COPY | |

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
|---|---|---|
| 0    Of    Zero | | 1 |

**SHIPPER:**
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA

**FORWARDING AGENT :**
SHENZHEN PACIFIC-NET LOGISTICS INC. SHANGHAI BRANCH
ROOM 1208-1209, 299 JINGANG ROAD, PUDONG NEW AREA
SHANGHAI, 200135                                                    EMAIL:

**CONSIGNEE:**
**PANDA LOGISTICS USA, INC.**
ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9404651
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH. 4PM15 REGULATIONS - FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
PANDA LOGISTICS USA, INC.

ADDRESS: 1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 T:
310-971-9214 EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC CAMILLE - 142A** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177UPNPNS100676** | **21-129TPC-1** | **VANCOUVER, CANADA** | **DETROIT, MI - RAMP** |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited.

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **11-NOVEMBER-2021** | **11-NOVEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                          TERMS CONTINUED ON REVERSE ♪

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUTC434981**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| CRXU3323983 | | | |
| 20' DRY VAN | | | |
| SEAL NUMBER:FX20061520 | | | |
| MARKS AND NUMBERS: N/M | 814 PACKAGE(S) OF CONSTRUCTION MATERIALS,TAPER ROLLER BEARING | 19,666.000  KGS.<br>43,356.108  LBS. | 17.090  CU. M.<br>603.523  CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 814 | **TOTAL:** 19,666.000  KGS.<br>43,356.108  LBS. | 603.523  CU. FT.<br>17.090  cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **11-NOVEMBER-2021** | **11-NOVEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提單的条款和条件详请见网站 | www.msc.com

# msc

## MEDITERRANEAN SHIPPING COMPANY S.A.

Website: www.msc.com | SCAC Code : MSCU

### SEA WAYBILL No.

NOT NEGOTIABLE - COPY

**MEDUTC647608**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0   Of   Zero | 1 |

**SHIPPER:**
FASTGROW INTERNATIONAL CO., INC

FLAT A-G, 26/F, TIANXING RIVERFRONT SQUARE,81 11-JING ROAD,HEDONG DISTRICT. TIANJIN. CHINA TEL: 022-58155990  FAX: 022-24109912

**FORWARDING AGENT :**
SHANGHAI KEYUN LOGISTICS CO., LTD

RM1101, NO.258 WUSONG LOAD
SHANGHAI, 200082

**CONSIGNEE:**
PANDA LOGISTICS USA INC.

1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 TEL: 310-971-9214
EMAIL: TEAM-A@PANDALOGUSA.CLUB

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES
LLOYDS/IMO NUMBER: 9278155
EXPRESS RELEASE SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS.  FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE SHIPPERS ACCOUNTS

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA INC.

1 CIVIC PLAZA DRIVE SUITE 555 CARSON, CA 90745 TEL: 310-971-9214
EMAIL: TEAM-A@PANDALOGUSA.CLUB

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **MSC NERISSA - 144A** | **SHANGHAI, CHINA** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177QTKDGS09047** | **21-331TPC-DT** | **LOS ANGELES, CA** | **KANSAS CITY, KS, UNITED STATES** |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **10-NOVEMBER-2021** | **10-NOVEMBER-2021** | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**
**RIDER PAGE**

Page 1 of 1

**MEDUTC647608**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **TTNU5850258**<br><br>40' DRY VAN<br><br>SEAL NUMBER:FX21563379<br><br>MARKS AND NUMBERS:<br>OXYFLUORFEN TECH (GOAL<br>TECHNICAL PURIFIED) NET WEIGHT:<br>500KGS GROSS WEIGHT: 503KGS<br>BATCH NO.: OXY2110207-OXY211 0218<br>MADE IN CHINA TO UNITED STATES | 36 BAG(S) OF OXYFLUORFEN TECH (GOAL TECHNICAL PURIFIED)<br>CLASS:9 UN:3077 PO NO.:27365-1<br><br><br><br>SUBSTANCE NAME(PROPER SHIPPING NAME):<br>ENVIRONMENTALLY HAZARDOUS SUBSTANCES,<br>SOLID, N.O.S.* OXYFLUORFEN TECH CLASS: 9 UN#:<br>UN3077 PACKAGING GROUP: 3 EMERGENCY PHONE:<br>022-58155990<br><br>V1P04879819 | 18,108.000   KGS.<br>39,921.306   LBS. | 42.000   CU. M.<br>1,483.205   CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 36                    TOTAL: | 18,108.000   KGS.<br>39,921.306   LBS. | 1,483.205   CU. FT.<br>42.000   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier |
|---|---|---|
| **10-NOVEMBER-2021** | **10-NOVEMBER-2021** | MSC Mediterranean Shipping Company S.A. |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | **www.msc.com**

# msc

## MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**  SCAC Code : MSCU

## SEA WAYBILL No.

**NOT NEGOTIABLE - COPY**

**MEDUX2124485**

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| **0** Of **Zero** | **1** |

SHIPPER:
JIAHE LOGISTICS CO.,LTD

FL32ND,TIANXING RIVERFRONT SQUARE, NO.81 SHIYIJING
ROAD,HEDONG DIST, TIANJIN CHINA 300171  PHONE: 022- 58872699
FAX: 86-022-58298687

FORWARDING AGENT :
SHANGHAI MASTER INTERNATIOANL LOGISTICS CO.,LTD. XIAMEN BRANCH

3F,HAI YUN BUILDING NO.16, HAI SHAN ROAD     EMAIL:
XIAMEN, 361000

CONSIGNEE:
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745  PHONE:
1+310-635-1990 FAX: 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)

LLOYDS/IMO NUMBER: 9320245
EXPRESS RELEASE

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745  PHONE:
1+310-635-1990 FAX: 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **GERD MAERSK - 137N** | **XIAMEN, CHINA** | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **1811X021PE16838P1** | **21-335TPC-DT** | **LOS ANGELES, CA** | **CINCINNATI, OH - RAMP** |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with the Merchant. Diversion, contrary to US law is prohibited

FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and of authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | **1 cntr** | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| **30-SEPTEMBER-2021** | **30-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017    TERMS CONTINUED ON REVERSE ↵

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUX2124485**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MEDU7805587<br><br>40' HIGH CUBE<br><br>SEAL NUMBER:FJ13177677<br><br>MARKS AND NUMBERS: APARSO, INC. CINCINNATI,OH SKU #S: QTY NW: GW: MEAS: | 851 CARTON(S) OF GARMENTSSHIPPER DECLARED THAT: THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS<br><br><br>V1P04834046 | 6,648.250  KGS.<br>14,656.882  LBS. | 66.180   CU. M.<br>2,337.107  CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 851                                    TOTAL: | 6,648.250  KGS.<br>14,656.882  LBS. | 2,337.107  CU. FT.<br>66.180   cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **30-SEPTEMBER-2021** | **30-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# MEDITERRANEAN SHIPPING COMPANY S.A.

**Website: www.msc.com**  SCAC Code : MSCU

**SEA WAYBILL No.**  **MEDUT8290107**

NOT NEGOTIABLE - COPY

"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | | NO. OF RIDER PAGES |
|---|---|---|
| 0   Of   Zero | | 1 |

**SHIPPER:**
SHANGHAI FINIGATE INTEGRATED LOGISTICS CO.,LTD.

UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD'

**FORWARDING AGENT :**
FINIGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD.

FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD
TIANJINXINGANG, 300012

EMAIL:

**CONSIGNEE:**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**

LLOYDS/IMO NUMBER: 9463047
EXPRESS RELEASE IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS /WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC). THE MERCHANTS ARE LIABLE TO ENQUIRE AND RESPECT THESE REGULATIONS TO THE FULL EXTENT. ANY REJECTION OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH ISPM15 REGULATIONS . FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNTS

**NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)**
PANDA LOGISTICS USA, INC.

1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO.
1+310-635-1990 FAX NO. 1+310-635-1433 EMAIL:
ARRIVAL@PANDALOGUSA.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| MSC EMMA - 131A | | TIANJINXINGANG | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 177XFNFNXMNN3006 | 21-481TPC-DT | VANCOUVER, CANADA | CHICAGO, IL, UNITED STATES - RAMP |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, Technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited.

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL, THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier
MSC Mediterranean Shipping Company S.A.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | |
|---|---|---|
| XXXXXXXXXXXXXXXX | 4 cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE |
|---|---|
| 03-AUGUST-2021 | 03-AUGUST-2021 |

Sea Waybill U.S. Edition - 01/2017    TERMS CONTINUED ON REVERSE ↲

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

 **MEDITERRANEAN SHIPPING COMPANY S.A.**

**Website: www.msc.com**

SCAC Code : MSCU

**SEA WAYBILL No.**

**RIDER PAGE**

Page 1 of 1

**MEDUT8290107**

**CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | | Measurement | |
|---|---|---|---|---|---|
| **MSMU5834851** 40' HIGH CUBE SEAL NUMBER:FX18983086 MARKS AND NUMBERS: N/M | 5508 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,287.680 11,657.339 | KGS. LBS. | 69.000 2,436.694 | CU. M. CU. FT. |
| **MSMU5843806** 40' HIGH CUBE SEAL NUMBER:FX18983142 MARKS AND NUMBERS: N/M | 5508 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,287.680 11,657.339 | KGS. LBS. | 69.000 2,436.694 | CU. M. CU. FT. |
| **MSMU5842327** 40' HIGH CUBE SEAL NUMBER:FX18982185 MARKS AND NUMBERS: N/M | 5508 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,287.680 11,657.339 | KGS. LBS. | 69.000 2,436.694 | CU. M. CU. FT. |
| **MSMU5841486** 40' HIGH CUBE SEAL NUMBER:FX18982214 MARKS AND NUMBERS: N/M | 5508 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,287.680 11,657.339 | KGS. LBS. | 69.000 2,436.694 | CU. M. CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 22,032   **TOTAL:** | 21,150.720 46,629.356 | KGS. LBS. | 9,746.774 276.000 | CU. FT. cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **03-AUGUST-2021** | **03-AUGUST-2021** | |

Sea Waybill U.S. Edition - 01/2017

See website for large version of the reverse | Ver pagina Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单背面栏款条件详细见网站 | www.msc.com

| **MEDITERRANEAN SHIPPING COMPANY S.A.** | | **SEA WAYBILL No.** | **MEDUT8776931** |
|---|---|---|---|
| Website: www.msc.com | SCAC Code : MSCU | **NOT NEGOTIABLE - COPY** | "Port-to-Port" or "Combined Transport" (see Clause 1) |
| | | NO. & SEQUENCE OF SEA WAYBILLS   0   of   Zero | NO. OF RIDER PAGES   1 |

| SHIPPER: | FORWARDING AGENT : |
|---|---|
| SHANGHAI FINGATE INTEGRATED LOGISTICS CO.,LTD. | FINGATE (TIANJIN) INTEGRATED LOGISTICS CO.,LTD. |
| UNIT 203, TOWER A, BAOLAND PLAZA'NO.688 DALIAN ROAD' | FL 32ND,TIANXING RIVERFRONT SQUARE NO.81 SHIYIJING ROAD   EMAIL: |
| | TIANJINXINGANG, 300012 |

| CONSIGNEE: | CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD) |
|---|---|
| PANDA LOGISTICS USA, INC. | |
| 1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO. 1+310-835-1990 FAX NO. 1+310-835-1433 EMAIL: ARRIVAL@PANDALOGUSA.COM | LLOYDS/IMO NUMBER: 9403047 EXPRESS RELEASE THE MERCHANTS ARE LIABLE TO ENSURE AND RESPECT THESE REGULATIONS OR THE FULL EXTENT, ANY REJECTION FAILURE TO COMPLY WILL RESULT IN CONTAINERS BEING RETURNED TO LOAD PORT OR CARGO DESTROYED - ALL IMPORTS INTO CANADA ARE SUBJECT TO STRICT REGULATION FOR FUMIGATION OF WOOD PACKAGING MATERIALS OF IMPORT WILL TRIGGER SUBSTANTIAL COSTS TO BE PAID BY THE MERCHANTS COSTS/FINES/PENALTIES WILL BE FOR SHIPPERS ACCOUNT.IN (WOODEN PALLETS, LOAD BOARDS, DUNNAGE, CRATING, BOXES, PALLETS, SPACERS, BEARERS, BRACING, ETC) SHIPPER DECLARES THAT ANY APPLICABLE WOOD PACKAGING MATERIALS COMPLY WITH  ISPM15 REGULATIONS . |

| NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify – see Clause 20) | |
|---|---|
| PANDA LOGISTICS USA, INC. | |
| 1 CIVIC PLAZA DRIVE, SUITE #555 CARSON, CA 90745 TEL NO. 1+310-835-1990 FAX NO. 1+310-835-1433 EMAIL: ARRIVAL@PANDALOGUSA.COM | |

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **MSC EMMA - 138A** | | **TIANJINXINGANG** | **XXXXXXXXXXXXXXXX** |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **177XFNFNXMNN3705** | **21-481TPC-DT** | **VANCOUVER, CANADA** | **CHICAGO, IL, UNITED STATES - RAMP** |

PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited.

| FREIGHT & CHARGES  Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | |
|---|---|
| | RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER. Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and of authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill. IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill. |

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| **XXXXXXXXXXXXXXXX** | **3 cntrs** | |
| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
| **18-SEPTEMBER-2021** | **18-SEPTEMBER-2021** | |

Sea Waybill U.S. Edition - 01/2017                    TERMS CONTINUED  ON REVERSE J

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 請申請承载條件詳情見前面 | www.msc.com



**MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com
SCAC Code : MSCU

**SEA WAYBILL No.**
**RIDER PAGE**
Page 1 of 1

**MEDUT8776931**

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| TCNU2347930<br>40' HIGH CUBE<br>SEAL NUMBER:FX20584888<br><br>MARKS AND NUMBERS: N/M | 5508 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,563,080 KGS.<br>12,264.492 LBS. | 89.000 CU. M.<br>2,436.694 CU. FT. |
| MSDU8079336<br>40' HIGH CUBE<br>SEAL NUMBER:FX20584889<br><br>MARKS AND NUMBERS: N/M | 5508 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,287,880 KGS.<br>11,657.339 LBS. | 89.000 CU. M.<br>2,436.694 CU. FT. |
| MSMU7046519<br>40' HIGH CUBE<br>SEAL NUMBER:FX20584833<br><br>MARKS AND NUMBERS: N/M | 5508 CARTON(S) OF DISPOSABLE INCONTINENCE PADS | 5,287,680 KGS.<br>11,657.339 LBS. | 69.000 CU. M.<br>2,436.694 CU. FT. |
| | TOTAL NUMBER OF PACKAGES: 16,524                                    **TOTAL:** | 16,138,440 KGS.<br>35,579,170 LBS. | 7,310.081 CU. FT.<br>207.000 cu. m. |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. | |
|---|---|---|---|
| **18-SEPTEMBER-2021** | **18-SEPTEMBER-2021** | | |

Sea Waybill U.S. Edition - 01/2017